GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2022 NOV 30  PM 3: 25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   vs.<br><br>1.  Robert Andrew Johnson,<br>    (Counts 1-39)<br><br>2.  Taylor Michael Johnson,<br>    aka Ryo Jae Hyun,<br>    (Counts 1, 16-39)<br><br>3.  Kyle Andrew Johnson,<br>    (Counts 1, 13-15)<br><br>4.  Andrea Elizabeth Madison,<br>    (Counts 1, 7-12)<br><br>              Defendants. | No **CR22-02599 TUC-JGZ(BGM)**<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 2(a)<br>       (Aiding and Abetting the<br>       Commission of an Offense)<br>       Counts 7-39<br><br>18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Counts 2-6<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearms)<br>Counts 7-39<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

//

//

## COUNT 1

From on or about January of 2021 through July of 2021, in the District of Arizona, Defendants ROBERT ANDREW JOHNSON, TAYLOR MICHAEL JOHNSON, KYLE ANDREW JOHNSON, and ANDREA ELIZABETH MADISON did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a); Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

### Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms from the United States into the Republic of Mexico. The firearms smuggled or attempted to be smuggled in the course of this conspiracy include:

- Glock 48 9mm pistol,
- Barrett 82A1 .50 caliber rifle,
- Canik55 TP-9 Elite SC 9mm pistol,
- Canik55 TP-9 Elite 9mm pistol,
- Three (3) Canik55 TP-9SF 9mm pistols,
- Seven (7) Century Arms International VSKA 7.62mm rifles,
- Romarm/Cugir WASR-10/63KR 7.62mm rifle,
- Four (4) Diamondback Arms DB-15 5.56mm rifles,
- Three (3) Glock 17 9mm pistols,
- Four (4) Palmetto State Armory PSAK47 7.62x39 rifles,
- Two (2) Bersa Thunder 380 .380 caliber pistols,
- Two (2) Del-Ton DTI-15 5.56mm rifles,
- Walther PPQ 9mm pistol,
- Walther PDP 9mm pistol,
- Beretta USA 92 9mm pistol,

- Beretta USA 92FS 9mm pistol,
- DDI 47S 7.62mm rifle,
- M&M Inc. M10-762P 7.62mm pistol,
- M&M Inc./Cugir M10-762P 7.62mm,
- 2 (two) Pioneer Arms Hellpup 7.62mm pistols,
- Federal Armament/FSAAP FR-16 .223 caliber rifle,
- Vector Arms RPD-SA 7.62mm rifle,
- Vector Arms RPD 7.62mm rifle,
- Two (2) Radical Firearms RF-15 5.56mm pistols,
- Radical Firearms RF-15 5.56 caliber rifle,
- Two (2) Century Arms International VSKA 7.62mm rifles,
- Kahr Arms CW45 .45 caliber pistol,
- CWA M3HB .50 caliber rifle,
- Two (2) DSA RPDS 7.62mm rifles,
- Ruger Precision 6.5mm rifle,
- Glock 19X 9mm pistol,
- Taurus PT111 G2 9mm pistol,
- Sarsilmaz SAR 9 9mm pistol,
- Anderson Manufacturing AM-15 5.56mm rifle,
- Glock 19 9mm pistol,
- Glock 45 9mm pistol,
- Pioneer Arms Sporter 7.62mm pistol.

## The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase and acquire firearms within the District of Arizona.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would provide the funds and directions for the firearm purchases to the defendants and/or co-conspirators who purchased the firearms and provide monetary compensation for the firearm purchases.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would transfer the firearms purchased to other defendants and/or co-conspirators within the District of Arizona.

It was a further part of the conspiracy that the defendants and/or their co-conspirators would purchase and transfer the firearms with the knowledge that the firearms were intended to ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would transport the firearms from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about January 19, 2021, ROBERT ANDREW JOHNSON purchased a Canik55 TP-9 Elite 9mm pistol from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON, or another co-conspirator on behalf of ROBERT ANDREW JOHNSON, transported the firearms from Arizona to the Republic of Mexico. On or about November 12, 2021, the Canik55 TP-9 Elite 9mm pistol was recovered in the Republic of Mexico.

On or about May 28, 2021, ROBERT ANDREW JOHNSON purchased a Century Arms International VSKA 7.62mm rifle from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON, or another co-conspirator on behalf of ROBERT ANDREW JOHNSON, transported the firearms from Arizona to the Republic of Mexico. On or about December 7, 2021, the Century Arms International VSKA 7.62mm rifle was recovered in the Republic of Mexico.

On or about June 18, 2021, ROBERT ANDREW JOHNSON purchased a Romarm/Cugir WASR-10/63KR 7.62mm rifle from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON, or another co-conspirator on

behalf of ROBERT ANDREW JOHNSON, transported the firearms from Arizona to the Republic of Mexico. On or about January 5, 2022, the Romarm/Cugir WASR-10/63KR 7.62mm rifle was recovered in the Republic of Mexico.

On or about June 23, 2021, ROBERT ANDREW JOHNSON purchased a Century Arms International VSKA 7.62mm rifle from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON, or another co-conspirator on behalf of ROBERT ANDREW JOHNSON, transported the firearms from Arizona to the Republic of Mexico. On or about November 12, 2021, the Century Arms International VSKA 7.62mm rifle was recovered in the Republic of Mexico.

On or about July 30, 2021, KYLE ANDREW JOHNSON purchased a Glock 48 9mm pistol from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON or another co-conspirator provided KYLE ANDREW JOHNSON the directions to purchase the firearm. After acquiring the firearm, KYLE ANDREW JOHNSON transferred the firearms to ROBERT ANDREW JOHNSON in exchange for payment. ROBERT ANDREW JOHNSON transported the firearms from Arizona to the Republic of Mexico. On or about July 30, 2021, the Glock 48 9mm pistol was recovered in ROBERT ANDREW JOHNSON's possession in the Republic of Mexico.

On or about July 30, 2021, ROBERT ANDREW JOHNSON purchased a Barrett 82A1 .50 caliber rifle from a federally licensed firearms dealer in the District of Arizona. ROBERT ANDREW JOHNSON transported the Barrett 82A1 .50 caliber rifle and a Canik55 TP-9 Elite SC 9mm pistol from Arizona to the Republic of Mexico. On or about July 30, 2021, the Barrett 82A1 .50 caliber rifle and the Canik55 TP-9 Elite SC 9mm pistol were recovered in ROBERT ANDREW JOHNSON's possession in the Republic of Mexico.

On or about the dates listed below, ANDREA ELIZABETH MADISON purchased the firearms listed below from federally licensed firearms dealers in the District of Arizona. ROBERT ANDREW JOHNSON or another co-conspirator provided ANDREA ELIZABETH MADISON the directions to purchase the firearms. After

acquiring the firearms, ANDREA ELIZABETH MADISON transferred the firearms to ROBERT ANDREW JOHNSON, or another co-conspirator, in exchange for payment. ROBERT ANDREW JOHNSON or another co-conspirator transported the firearms from Arizona to the Republic of Mexico.

| Date | Firearms |
|---|---|
| 06/15/2021 | Diamondback DB15 5.56 rifle<br>Century Arms VSKA 7.62x39 rifle |
| 07/13/2021 | Glock 17 9mm caliber pistol,<br>Century Arms VSKA 7.62x39 rifle |
| 07/19/2021 | Glock 17 9mm pistol |
| 07/22/2021 | Two (2) Palmetto State Armory PSAK47<br>7.62x39 rifles |
| 07/26/2021 | Palmetto State Armory PSAK47 7.62x39 rifle |
| 7/30/2021 | Palmetto State Armory PSAK47 7.62x39 rifle |

On or about the dates listed below, KYLE ANDREW JOHNSON purchased the firearms listed below from federally licensed firearms dealers in the District of Arizona. ROBERT ANDREW JOHNSON or another co-conspirator provided KYLE ANDREW JOHNSON the directions to purchase the firearms. After acquiring the firearms, KYLE ANDREW JOHNSON transferred the firearms to ROBERT ANDREW JOHNSON, or another co-conspirator, in exchange for payment. ROBERT ANDREW JOHNSON or another co-conspirator transported the firearms from Arizona to the Republic of Mexico.

| Date | Firearms |
|---|---|
| 06/25/2021 | Bersa Thunder 380 .380 caliber pistol,<br>Canik55 TP-9SF 9mm pistol |
| 07/14/2021 | Canik55 TP-9SF 9mm pistol |
| 07/30/2021 | Glock 48 9mm pistol |

On or about the dates listed below, TAYLOR MICHAEL JOHNSON purchased the firearms listed below from federally licensed firearms dealers in the District of Arizona. ROBERT ANDREW JOHNSON or another co-conspirator provided TAYLOR MICHAEL JOHNSON the directions to purchase the firearms. After acquiring the firearms, TAYLOR MICHAEL JOHNSON transferred the firearms to ROBERT ANDREW JOHNSON, or another co-conspirator, in exchange for payment. ROBERT

ANDREW JOHNSON or another co-conspirator transported the firearms from Arizona to the Republic of Mexico.

| Date | Firearms |
|---|---|
| 01/20/2021 | Del-Ton DTI-15 5.56mm rifle |
| 01/22/2021 | Walther PPQ 9mm pistol |
| 03/19/2021 | Beretta USA 92 9mm pistol |
| 03/19/2021 | Diamondback Arms DB-15 5.56mm rifle |
| 03/26/2021 | DDI 47S 7.62mm rifle |
| 03/29/2021 | M&M Inc. M10-762P 7.62mm pistol |
| 03/30/2021 | 2 (two) Pioneer Arms Hellpup 7.62mm pistols |
| 03/31/2021 | Federal Armament/FSAAP FR-16 .223 caliber rifle |
| 04/01/2021 | Walther PDP 9mm pistol, Vector Arms RPD-SA 7.62mm rifle |
| 04/02/2021 | 2 (two) Radical Firearms RF-15 5.56mm pistols |
| 04/08/2021 | Century Arms International VSKA 7.62mm rifle, Kahr Arms CW45 .45 caliber pistol |
| 04/15/2021 | M&M Inc./Cugir M10-762P 7.62mm, CWA M3HB .50 caliber rifle, Berretta USA 92FS 9mm pistol |
| 04/21/2021 | DSA RPDS 7.62mm rifle |
| 05/06/2021 | Ruger Precision 6.5mm rifle |
| 05/10/2021 | Diamondback Arms DB-15 5.56mm rifle |
| 05/22/2021 | Glock 19X 9mm pistol, Glock 17 9mm pistol |
| 06/11/2021 | Bersa Thunder 380 .380 caliber pistol, Taurus PT111 G2 9mm pistol, Century Arms International VSKA 7.62mm rifle |
| 06/18/2021 | Canik55 TP-9SF 9mm pistol, Sarsilmaz SAR 9 9mm pistol, |
| 06/26/2021 | Anderson Manufacturing AM-15 5.56mm rifle, Del-Ton DTI-15 5.56mm rifle |
| 07/08/2021 | Vector Arms RPD 7.62mm rifle, Century Arms International VSKA 7.62mm rifle |
| 07/10/2021 | Diamondback Arms DB-15 5.56mm rifle |

| 07/12/2021 | DSA RPDS 7.62mm rifle |
|---|---|
| 07/15/2021 | Glock 19 9mm pistol, Glock 45 9mm pistol, Radical Firearms RF-15 5.56 caliber rifle |
| 07/28/2021 | Pioneer Arms Sporter 7.62mm pistol |

All of the aforementioned firearms qualify as United States Commerce Control List items, and therefore are prohibited by law for export from the United States into Mexico without a valid license. None of the aforementioned defendants or their co-conspirators had a license or any other lawful authority to export the firearms from the United States into Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Between on or about January 19, 2021, and November 12, 2021, in the District of Arizona, Defendant ROBERT ANDREW JOHNSON, knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: Canik55 TP-9 Elite 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3

Between on or about May 28, 2021, and December 7, 2021, in the District of Arizona, Defendant ROBERT ANDREW JOHNSON, knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: Century Arms International VSKA 7.62mm rifle; knowing the

same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 4

Between on or about June 18, 2021, and January 5, 2022, in the District of Arizona, Defendant ROBERT ANDREW JOHNSON, knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Romarm/Cugir WASR-10/63KR 7.62mm rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 5

Between on or about June 23, 2021, and November 12, 2021, in the District of Arizona, Defendant ROBERT ANDREW JOHNSON, knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Century Arms International VSKA 7.62mm rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

//

//

*United States of America v. Robert Andrew Johnson, et al.*
*Superseding Indictment Page 9 of 15*

## COUNT 6

On or about July 30, 2021, in the District of Arizona, Defendant ROBERT ANDREW JOHNSON, knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock 48 9mm pistol, one Canik55 TP-9 Elite SC 9mm pistol, and one Barrett 82A1 .50 caliber rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNTS 7 - 12

On or about the dates listed below, in the District of Arizona, Defendants ROBERT ANDREW JOHNSON and ANDREA ELIZABETH MADISON knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ANDREA ELIZABETH MADISON stated that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly acquiring the firearms on behalf of Defendant ROBERT ANDREW JOHNSON; and Defendant ROBERT ANDREW JOHNSON aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 7 | 06/15/2021 | Sahuarita Guns | Diamondback DB15 5.56 rifle<br>Century Arms VSKA 7.62x39 rifle |
| 8 | 07/13/2021 | Sahuarita Guns | Glock 17, 9mm caliber pistol,<br>Century Arms VSKA 7.62x39 rifle |

| 9 | 07/19/2021 | Sahuarita Guns | Glock 17, 9mm pistol |
| 10 | 07/22/2021 | Tucson Equestrian Trading Post | Two (2) Palmetto State Armory PSAK47 7.62x39 rifles |
| 11 | 07/26/2021 | Tucson Equestrian Trading Post | Palmetto State Armory PSAK47 7.62x39 rifle |
| 12 | 7/30/2021 | Tucson Equestrian Trading Post | Palmetto State Armory PSAK47 7.62x39 rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 13 - 15

On or about the dates listed below, in the District of Arizona, Defendants ROBERT ANDREW JOHNSON and KYLE ANDREW JOHNSON knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant KYLE ANDREW JOHNSON stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant ROBERT ANDREW JOHNSON; and Defendant ROBERT ANDREW JOHNSON aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 13 | 06/25/2021 | Sahuarita Guns | Bersa Thunder 380 .380 caliber pistol, Canik55 TP-9SF 9mm pistol |
| 14 | 07/14/2021 | Sahuarita Guns | Canik55 TP-9SF 9mm pistol |
| 15 | 07/30/2021 | Sahuarita Guns | Glock 48 9mm pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNTS 16 - 39

On or about the dates listed below, in the District of Arizona, Defendants ROBERT ANDREW JOHNSON and TAYLOR MICHAEL JOHNSON knowingly made false statements and representations in connection with the acquisition of firearms to the

*United States of America v. Robert Andrew Johnson, et al.*
*Superseding Indictment Page 11 of 15*

businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant TAYLOR MICHAEL JOHNSON stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of Defendant ROBERT ANDREW JOHNSON; and Defendant ROBERT ANDREW JOHNSON aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 16 | 01/20/2021 | Sportsman's Warehouse, Tucson | Del-Ton DTI-15 5.56mm rifle |
| 17 | 01/22/2021 | Sportsman's Warehouse, Tucson | Walther PPQ 9mm pistol |
| 18 | 03/19/2021 | Sahuarita Guns | Beretta USA 92 9mm pistol |
| 19 | 03/19/2021 | Sahuarita Guns | Diamondback Arms DB-15 5.56mm rifle |
| 20 | 03/26/2021 | Sahuarita Guns | DDI 47S 7.62mm rifle |
| 21 | 03/29/2021 | Sahuarita Guns | M&M Inc. M10-762P 7.62mm pistol |
| 22 | 03/30/2021 | Sahuarita Guns | 2 (two) Pioneer Arms Hellpup 7.62mm pistols |
| 23 | 03/31/2021 | Sahuarita Guns | Federal Armament/FSAAP FR-16 .223 caliber rifle |
| 24 | 04/01/2021 | Sahuarita Guns | Walther PDP 9mm pistol, Vector Arms RPD-SA 7.62mm rifle |
| 25 | 04/02/2021 | Sahuarita Guns | 2 (two) Radical Firearms RF-15 5.56mm pistols |
| 26 | 04/08/2021 | Sahuarita Guns | Century Arms International VSKA 7.62mm rifle, Kahr Arms CW45 .45 caliber pistol |
| 27 | 04/15/2021 | Sahuarita Guns | M&M Inc./Cugir M10-762P 7.62mm, CWA M3HB .50 caliber rifle, Berretta USA 92FS 9mm pistol |
| 28 | 04/21/2021 | Sahuarita Guns | DSA RPDS 7.62mm rifle |
| 29 | 05/06/2021 | Sahuarita Guns | Ruger Precision 6.5mm rifle |
| 30 | 05/10/2021 | Sahuarita Guns | Diamondback Arms DB-15 5.56mm rifle |

| 31 | 05/22/2021 | Sahuarita Guns | Glock 19X 9mm pistol, Glock 17 9mm pistol |
| 32 | 06/11/2021 | Sahuarita Guns | Bersa Thunder 380 .380 caliber pistol, Taurus PT111 G2 9mm pistol, Century Arms International VSKA 7.62mm rifle |
| 33 | 06/18/2021 | Sahuarita Guns | Canik55 TP-9SF 9mm pistol, Sarsilmaz SAR 9 9mm pistol, |
| 34 | 06/26/2021 | Sahuarita Guns | Anderson Manufacturing AM-15 5.56mm rifle, Del-Ton DTI-15 5.56mm rifle |
| 35 | 07/08/2021 | Sahuarita Guns | Vector Arms RPD 7.62mm rifle, Century Arms International VSKA 7.62mm rifle |
| 36 | 07/10/2021 | Sahuarita Guns | Diamondback Arms DB-15 5.56mm rifle |
| 37 | 07/12/2021 | Sahuarita Guns | DSA RPDS 7.62mm rifle |
| 38 | 07/15/2021 | Sahuarita Guns | Glock 19 9mm pistol, Glock 45 9mm pistol, Radical Firearms RF-15 5.56 caliber rifle |
| 39 | 07/28/2021 | Sahuarita Guns | Pioneer Arms Sporter 7.62mm pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 39 of the Indictment, the Defendants, ROBERT ANDREW JOHNSON, TAYLOR MICHAEL JOHNSON, KYLE ANDREW JOHNSON, and ANDREA ELIZABETH MADISON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following firearms:

- Glock 48 9mm pistol, Serial Number: BTYH577;
- Barrett 82A1 .50 caliber rifle, Serial Number: AA012766;
- Canik55 TP-9 Elite SC 9mm pistol, Serial Number: 21CB07822;
- Canik55 TP-9 Elite 9mm pistol, Serial Number: 20CB26289;
- Three (3) Canik55 TP-9SF 9mm pistols, Serial Numbers: 20BC71772, 21AT12424, 21BH14739;
- Seven (7) Century Arms International VSKA 7.62mm rifles, Serial Numbers: SV7058893, SV7050329, SV7069392, SV7044027, SV7067921, SV7060925, SV7050273;

*United States of America v. Robert Andrew Johnson, et al.*
*Superseding Indictment Page 13 of 15*

- Romarm/Cugir WASR-10/63KR 7.62mm rifle, Serial Number: CE-1329-69RO;
- Four (4) Diamondback Arms DB-15 5.56mm rifles, Serial Numbers: DB216558, DB2171531, DB2162622, DB2030123;
- Three (3) Glock 17 9mm pistols, Serial Numbers: BSVW565, BSVY225, BTBL394;
- Four (4) Palmetto State Armory PSAK47 7.62x39 rifles, Serial Numbers: AKB003460, AKB003244, AKB048026, AKB047559;
- Two (2) Bersa Thunder 380 .380 caliber pistols, Serial Numbers: K81426, K81427
- Two (2) Del-Ton DTI-15 5.56mm rifles, Serial Numbers: B70207, B66021;
- Walther PPQ 9mm pistol, Serial Number: FDF6116;
- Walther PDP 9mm pistol, Serial Number: FCU7847;
- Beretta USA 92 9mm pistol, Serial Number: A259254Z;
- Beretta USA 92FS 9mm pistol, Serial Number: A261157Z;
- DDI 47S 7.62mm rifle, Serial Number: AO4668;
- M&M Inc. M10-762P 7.62mm pistol, Serial Number: DF-7327-20ROA;
- M&M Inc./Cugir M10-762P 7.62mm, Serial Number: DF-7908-20;
- 2 (two) Pioneer Arms Hellpup 7.62mm pistols, Serial Numbers: PAC1140542, PAC1145518;
- Federal Armament/FSAAP FR-16 .223 caliber rifle, Serial Number: A00129;
- Vector Arms RPD-SA 7.62mm rifle, Serial Number: 00414;
- Vector Arms RPD 7.62mm rifle, Serial Number: 00828;
- Two (2) Radical Firearms RF-15 5.56mm pistols, Serial Numbers: 21-010494, 21-060705;
- Radical Firearms RF-15 5.56 caliber rifle, Serial Number: 21-049754;
- Kahr Arms CW45 .45 caliber pistol, Serial Number: SG1181;
- CWA M3HB .50 caliber rifle, Serial Number: 2005251;
- Two (2) DSA RPDS 7.62mm rifle, Serial Numbers: RPDS013355, RPDS011895;
- Ruger Precision 6.5mm rifle, Serial Number: 1803-40706;
- Glock 19X 9mm pistol, Serial Number: BTRE157;
- Taurus PT111 G2 9mm pistol, Serial Number: ACB502598;
- Sarsilmaz SAR 9 9mm pistol, Serial Number: T1102-21BV00485;
- Anderson Manufacturing AM-15 5.56mm rifle, Serial Number: 21178138;
- Glock 19 9mm pistol, Serial Number: BSXD105;
- Glock 45 9mm pistol, Serial Number: BTUH530; and
- Pioneer Arms Sporter 7.62mm pistol, Serial Number: PAC1153025.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

SARAH B. HOUSTON
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE