GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-02599-TUC-JGZ (BGM) |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Andrea Elizabeth Madison, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for January 12, 2024.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 15 and a criminal history category I for the defendant resulting in a sentencing guideline range of 18 to 24 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range.

//

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

Ms. Madison has no criminal history, is employed, performed well on pretrial services, and is the primary caretaker for her minor son. Like most of her other codefendants, Ms. Madison became involved in this criminal activity because of a family member. Were it not for the familial relation and the exploitation of that, it is unlikely that Ms. Madison would have been involved in any criminal activity. The evidence in the case indicates that Ms. Madison knew that her half-brother (Robert Johnson) lived in Mexico. Therefore, she had reason to believe that he was taking firearms to Mexico even if Ms. Madison did not know what was being done with the firearms once they were in Mexico.

The difficult upbringing and mental and physical health challenges Ms. Madison has struggled with throughout her life also call for leniency. She has made an admirable attempt to address her issues and continues to do so while on pretrial supervision. Given all of this, it is unlikely that Ms. Madison will recidivate and she is positioned to be a law abiding member of society.

**Recommendation**

The United States agrees with the reasoning and recommendation in the PSR and respectfully requests that the Court impose a sentence of probation. Such a sentence would be consistent with § 3553(a) factors. It would avoid disparate sentences, reflect the seriousness of the offense, promote respect for the law, and deter the defendant from committing further crimes.

Respectfully submitted this 11th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 11th day of January, 2024, to:

All ECF Participants

- 3 -