IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Robert Andrew Johnson,

Defendant.

CR 22-02599-01-TUC-JGZ (BGM)

PRELIMINARY ORDER OF FORFEITURE
($9,383.72 Forfeiture Judgment)

The defendant pled guilty to Count Six of the Indictment, charging the defendant with Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a).

The United States moves under Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit: one Glock 48 9mm pistol bearing serial number BTYH577, one Canik55 TP-9 Elite SC 9mm pistol bearing serial number 21CB07822, and one Barrett 82A1 .50 caliber rifle bearing serial number AA012766 (hereinafter "Firearms"), which constitute firearms involved in or used in violation of the offense to which the defendant pled guilty.

The United States has established pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), that the assets to be forfeited, to wit, the Firearms, a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been

placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty.

The United States has established that the value of the Firearms is $9,383.72 in United States currency.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $9,383.72 in United States currency.

IT IS FURTHER ORDERED that each defendant who pled to the same charges shall receive credit for payments made by the others, which amount shall not exceed $9,383.72 in United States currency, for this defendant.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $9,383.72 in United States currency.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

DATED this ____________ day of ______________________, 2026.

______________________________
BRUCE G. MACDONALD
United States Magistrate Judge