# EXHIBIT A



# Santa Cruz County Sheriff's Office
Deputy Report for Incident 211025003

| | |
|---|---|
| **Nature:** Found | **Address:** 636 HWY 82; SPC 15 |
| **Location:** 1 | AZ 85621 |

**Offense Codes:** 6203
**Received By:** A Cirerol     **How Received:** T     **Agency:** SCSO
**Responding Officers:** J Muzquiz, O Rodriguez
**Responsible Officer:** O Rodriguez     **Disposition:** ACT 10/25/21
**When Reported:** 09:55:44 10/25/21     **Occurred Between:** 09:55:37 10/25/21 and 09:55:37 10/25/21

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** \*\*/\*\*/\*\* |
| **Status:** | **Status Date:** \*\*/\*\*/\*\* | **Due Date:** \*\*/\*\*/\*\* |

**Complainant:** 1108
**Last:** Santa Cruz Co     **First:**     **Mid:**
Sheriff's Office
**DOB:** \*\*/\*\*/\*\*     **Dr Lic:**     **Address:** 2170 N CONGRESS DR
**Race:**     **Sex:**     **Phone:** (520)761-7869     **City:** Nogales, AZ 85621

## Offense Codes
**Reported:** LFPR Lost or Found Property     **Observed:** 6203 Found Property
**Additional Offense:** 6203 Found Property

## Circumstances
LT20 Residence/Home

**Responding Officers:**     **Unit :**
J Muzquiz     102
O Rodriguez     150

**Responsible Officer:** O Rodriguez     **Agency:** SCSO
**Received By:** A Cirerol     **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*
**How Received:** T Telephone     **Clearance:** RTF Report To Follow
**When Reported:** 09:55:44 10/25/21     **Disposition:** ACT **Date:** 10/25/21
**Judicial Status:**     **Occurred between:** 09:55:37 10/25/21
**Misc Entry:** 52.03A     **and:** 09:55:37 10/25/21

**Modus Operandi:**     **Description :**     **Method :**

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED A.T.F SANTA CRUZ CO. SHERIFF'S OFFICE REL/TO Agent C Brandt DATE 1/11/22

## Involvements

11/12/21

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 10/25/21 | Name | Santa Cruz Co Sheriff's Office, | Complainant |
| 10/25/21 | Cad Call | 09:55:44 10/25/21 Found | Initiating Call |
| 10/26/21 | Evidence | PTR INDUSTRIES RIFLE 7.62X39 | Evidence Incident |
| 10/26/21 | Evidence | RIFLE 7.62X39MM NOD#RAS47 | Evidence Incident |
| 10/26/21 | Evidence | RIFLE MODEL: 110 6.5 CREEAMOOR | Evidence Incident |
| 10/26/21 | Evidence | CENTURION BP-12 12GA SHOTGUN | Evidence Incident |
| 10/26/21 | Evidence | SHOTGUN MODEL 88 12GA | Evidence Incident |
| 10/26/21 | Evidence | CITADEL 12GA SHOTGUN | Evidence Incident |
| 10/26/21 | Evidence | SAWED-OFF SHOTGUN 12GA | Evidence Incident |
| 10/26/21 | Evidence | 9MM HANDGUN W/MAGAZINE | Evidence Incident |

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY
SECONDARY DISSEMINATION TO NON ATF
C.J. AGENCIES IS PROHIBITED
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Branat
DATE 1/11/22

11/12/21

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY
SECONDARY DISSEMINATION TO NON
C.J. AGENCIES IS PROHIBITED
SANTA CRUZ CO. SHERIFF'S OFFICE
REUTO  Agent C Brandt
DATE  1/11/22

Deputy Report for Incident 211025003                                Page 3 of 6

## Narrative

SYNOPSIS: This report documents found weapons at 249 3rd Street in Nogales, Arizona. The incident was later reported by Mr. Sergio Castaneda at ▮▮▮▮▮ in Nogales, Arizona. The report was received on October 25, 2021. Details are as follows:

1.      REPORTING PARTY:
        Sergio C. Castaneda Cirerol
        DOB: ▮▮▮▮1952
        AZ Driver License: ▮▮▮▮▮
        Address: ▮▮▮▮▮

2.      BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF) PERSONNEL:
        Agent Creighton Brandt
        Agent Jules Borja

3.      FOUND PROPERTY:
        Item 1OR: One "PTR Industries, Inc" long rifle 7.62 x 39 caliber. Black, S/N: FC01612

        Item 2OR: One "Century Arms" long rifle 7.62 x 39 caliber. Model: RAS47, S/N: RAS47012278

        Item 3OR: One "Savage" long rile, model 110 6.5 Creeamooor, green/black S/N: N789016

        Item 4OR: One "Adler Arms" model Centurion BP-12 12 gauge 3"-2", S/N: #20US-01047 Shotgun

        Item 5OR: One "Maverick Arms" shotgun, model 88 12 gauge, S/N: #MV0642922, black

        Item 6OR: One "Citadel" 12 gauge shotgun, black, S/N: 20SA-KR29686

        Item 7OR: One sawed-off shotgun, 12 gauge, brown/black, S/N: E707899, unknown make or model

        Item 8OR: One "Jimenez Arms" 9mm handgun, gray/black, unknown serial number or model.

NARRATIVE:
On October 25, 2021, at approximately 0955 hours, I responded to 636 Highway 82, Space 15 in Nogales, Arizona, regarding possible found firearms. Santa Cruz County Sheriff's Office (SCCSO) Commander Gerardo Castillo, badge no. 114, received information from Sergio Castaneda of found weapons. SCCSO Deputy Jose Muzquiz, Badge No. 102, also responded to assist.

Once I arrived, I met with the homeowner, Mr. Sergio Castaneda. I asked Mr. Castaneda what had occurred. According to Mr. Castaneda, he owns property at 249 W. 3rd Street in Nogales, Arizona. He further explained that he rents this property to "Johnson," who has a body or repair shop. Sergio said that after a few weeks of not hearing from "Johnson," he went to his property and noticed it had been abandoned. He told me that he later learned that the tenant had been arrested in Mexico. Mr. Castaneda stated he went inside the building and retrieved some items in attempts to get his money back. He said that the items he took from the property included several firearms that were inside the

11/12/21

building.

I asked Mr. Castaneda when he took the firearms with him. He said he has had the firearms at his house on Highway 82 for at least 2 months. I asked him how come he had not reported the incident. He mentioned that he was thinking of selling them to make some money off of them. I informed Mr. Castaneda that I would be contacting the Nogales Police Department (NPD) since all the firearms were retrieved from their jurisdiction.

The SCCSO Communications Division contacted NPD, and we were later informed the supervisor would be calling us in a few minutes. After waiting approximately an hour, I decided to take over the incident, since no one had contacted me, even after I contacted the NPD directly once again.

I asked Mr. Castaneda to take me where he had the firearms. He walked me inside his residence and into a bedroom inside his residence. Once there, he showed me a safe, where I observed long rifles and shotguns. He also showed me a handgun in a case. I retrieved all firearms from his possession and placed them inside my patrol vehicle.

I informed Mr. Castaneda I would transport the firearms to the Sheriff's Office and place them in evidence as "found property." Mr. Castaneda was provided with the report number for future reference.

I proceeded to the SCCSO Evidence Division and submitted 3 long rifles, 4 shotguns and 1 handgun into evidence as found property. I departed from the Sheriff's Office without further incident.

Shortly after, I received a call from NPD Sergeant Jonathan Molera, Badge No. 215. He informed me that he had assisted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) with search warrants a couple of days prior. He said the search warrants were probably related to this same incident. He provided me with ATF Agent Creighton Brandt's information.

I attempted contact with Agent Brandt; however, he did not answer so I left a voicemail. Later in the day, Agent Brandt returned my call and I briefed him on my findings. He mentioned that in fact they had a pending investigation with Mr. Castaneda. I informed him the firearms were submitted into evidence; however, I had advised our Evidence Custodian Luis Gonzalez that the firearms might be later taken by ATF. He said he would contact me the following week for a follow-up.

All items were submitted into evidence and photographed prior to submission. Please refer to Chain of Custody Form for details.

I had no further involvement in the matter.

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY
SECONDARY DISSEMINATION TO NON ATF
C.J. AGENCIES IS PROHIBITED
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Brandt
DATE 1/11/22

Date, Time, Reporting Officer:
Fri Nov 12 08:56:56 MST 2021
Sergeant O. Rodriguez, #150

11/12/21

Responsible LEO:

Approved by:

Date    11/12/2021

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY
SECONDARY DISSEMINATION TO NON
C.J. AGENCIES IS PROHIBITED ATF
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Brandt
DATE 1/11/22

11/12/21

## Name Involvements:

**Complainant :**  1108

| | | |
|---|---|---|
| **Last:** Santa Cruz Co Sheriff's Office | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** 2170 N CONGRESS DR |
| **Race:**     **Sex:** | **Phone:** (520)761-7869 | **City:** Nogales, AZ 85621 |

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED   ATF
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO  Agent C. Brandt
DATE  1/11/22

11/12/21

**SANTA CRUZ COUNTY SHERIFF'S OFFICE**

**CHAIN OF CUSTODY**

| CASE NUMBER | CLASSIFICATION/OFFENSE |
|---|---|
| 211025003 | FOUND PROPERTY |
| | Time: 0955  Date: 10/25/2021 |

OFFICER: Last Name: RODRIGUEZ  First: OMAR  Badge#: 150

Location of Incident: 249 W 3RD ST, NOGALES, AZ    Evidence located at: 636 HIGHWAY 82, NOGALES, AZ

| | | D.O.B |
|---|---|---|
| Victim's Name | NOT APPLICABLE | |
| Address | | City | State |
| Victim's Name | | D.O.B |
| Address | | City | State |
| Suspect's Name | | D.O.B |
| Address | | City | State |
| Suspect's Name | | D.O.B |
| Address | | City | State |

| Item# | Quantity | BCID# | Description of Item (For Additional Information Use Continuation Sheet) |
|---|---|---|---|
| 1 OR | 1 | | ONE (1) "PTR INDUSTRIES, INC" LONG RIFLE 7.62 X 39 CALIBER, BLACK, S/N#FC01612 |
| 2 OR | 1 | | ONE (1) "CENTURY ARMS" LONG RIFLE 7.62 X 39 MM, MOD # RAS47, S/N#RAS47012278 |
| 3 OR | 1 | | ONE (1) "SAVAGE" LONG RIFLE MODEL 110 6.5 CREEAMOOR, GREEN/BLACK S/N#N789016 |
| 4 OR | 1 | | ONE (1) "ADLER ARMS" MODEL CENTURION BP-12 12GA 3"-2", S/N #20US-01047, SHOTGUN |
| 5 OR | 1 | | ONE (1) "MAVERICK ARMS" SHOTGUN, MODEL 88 12GA, S/N# MV0642922 BLACK |

**FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF**

Request for Scientific Examination: ☐ (Requested)    Process for Latent Prints: ☐ (Requested)

| From Name | I.D.No. | To Name | I.D.No. | Purpose | Date and Time |
|---|---|---|---|---|---|
| O. RODRIGUEZ | 150 | EVIDENCE LOCKER | 025 | FOUND PROPERTY | 10/25/2021 @ 1300 |
| | | | | | |
| | | | | | |

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED  ATC SANTA CRUZ CO SHERIFF'S OFFICE HELD  Agent C Brandt DATE  8/11/22

Stored in Section    Shelf    Box



## SANTA CRUZ COUNTY SHERIFF'S OFFICE

**Chain of Custody - Continuation**

| CASE NUMBER | CLASSIFICATION / OFFENSE |
|---|---|
| 211025003 | FOUND PROPERTY |

| Time | Date |
|---|---|
| 0955 | 10/25/2021 |

| Officer: Last Name | First | Badge # |
|---|---|---|
| RODRIGUEZ | OMAR | 150 |

| Item # | Quantity | Description of Item |
|---|---|---|
| 6OR | 1 | ONE (1) "CITADEL" 12ga SHOTGUN, BLACK, S/N # 20SA-KR29686 |
| 7OR | 1 | ONE (1) SAWED-OFF SHOTGUN 12ga, BROWN/BLACK, S/N # E707899, UNKNOW MAKE. |
| 8OR | 1 | ONE (1) "JIMENEZ ARMS" 9mm HANDGUN, GRAY/BLACK. UNKNOWN SERIAL NUMBER OR MODEL INCLUDES MAGAZINE |

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY  ATF
SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO  Agent C. Brandt
DATE  1/11/22

Stored in: Defendant R. Johnson    Shelf: CR 22-2599-TUC    Box  156
US v. Johnson et al

WHITE & CANARY: Evidence Copy    PINK: Officers Copy    Gold: Prosecutor    Santa Cruz Printers f. #0210101

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number:<br>███████ | Report Number:<br>1 |
|---|---|---|

## SUMMARY OF EVENT:

Multiple Sales transactions associated with Robert Andrew JOHNSON

## NARRATIVE:

Between July 2020 and April 2021, Robert Andrew JOHNSON, ████ 1974, ██████ AZDL D05000542, 249 W 3rd St, Nogales, AZ 85648, purchased 28 firearms from four Arizona-based Federal Firearms Licensees (FFL).  Of the 28, one of the firearms was a 50 BMG rifle.

Mr. JOHNSON purchased the following firearms from FFL Sahuarita Guns, 125 W Calle de Las Tiendas, 109A, Green Valley, AZ 85614:

April 23, 2021 (**M20210315516**) –

- Romarm/Cugir M10-762 7.62mm rifle, serial number MA-14838-13
- Century Arms International VSKA 7.62mm rifle, serial number SV7050243
- Century Arms International VSKA 7.62mm rifle, serial number SV7042099

April 23, 2021 (**M20210314874**) –

- Taurus G3C 9mm pistol, serial number ACA484072
- Smith & Wesson SD9VE 9mm pistol, serial number FDD8505

March 18, 2021 (**M20210229981**) –

- Taurus PT809 9mm pistol, serial number TJY24712
- Jimenez Arms J.A. Nine 9mm pistol, serial number 299746
- Bersa Thunder 380 .380 caliber pistol, serial number K79029
  Romarm/Cugir M10-762 7.62mm pistol, serial number DF-7421-20R0A
- Ruger P95 9mm pistol, serial number 318-45937

February 1, 2021 (**M20210151350**) –

| Prepared by:<br>Alfredo RIVERA | Title:<br>Industry Operations Investigator, Phoenix IV<br>(Intelligence) Field Office | Signature: | Date:<br>8/30/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>9/3/2024 |
| Second level reviewer (optional):<br>Gabriel R. Pinon | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000001-0001

000001

- Canik TP-9SFX 9mm pistol, serial number 20BC70679
- Canik TP-9DA 9mm pistol, serial number 20BJ11088

January 14, 2021 (**M20210177543**) –

- Taurus G3C 9mm pistol, serial number ABN351870
- Girsan MC28SA 9mm pistol, serial number T6368-20AV10530
- Glock 43 9mm pistol, serial number ACFS175

December 24, 2020 (**M20210110444**) –

- Glock 17 9mm pistol, serial number BLKV961
- Smith & Wesson M&P 9 Shield 9mm pistol, serial number JHM7480
- Browning BDA380 .380 caliber pistol, serial number 18416

December 22, 2020 –

- Valhalla Arms M2A2 .50 BMG rifle, serial number 00510

July 3, 2020 (**M20200390672**) –

- S.C. Nova Grup PAK-9 9mm pistol, serial number RONVMB71922663
- Smith & Wesson SD40 .40 caliber pistol, serial number FCE8591

He acquired the following firearms from FFL Cash Box Jewelry & Pawn Co, 2014 S Craycroft, Tucson, AZ 85711:

January 20, 2021 (**M20210122547**) –

- Sar Arms SAR 9 9mm pistol, serial number T1102-20BV80000
- Tisas Faith 13 .380 caliber pistol, serial number T0620-20J00855

Mr. JOHNSON purchased the following firearms from FFL Super Pawn, 7070 E 22nd St, Tucson, AZ 85710:

January 7, 2021 (**M20210097793**) –

- Glock 17Gen 9mm pistol, serial number BMAE691
- Glock 23 .40 caliber pistol, serial number BHH692US
- Glock 21Gen4 .45 caliber pistol, serial number WCY911

Finally, he bought the following firearms from FFL SNG Tactical, 3441 S. Palo Verde Ste 117-125, Tucson, AZ 85713:

December 12, 2020 (**M20210045817**) –

- Glock 43 9mm pistol, serial number AEUS631

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants                CR 22-2599-TUC                000001-0002
                             US v. Johnson et al.

000002

| Title of Investigation:<br>JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number: | Report Number:<br>1 |
| --- | --- | --- |

- Heritage Manufacturing Rough Rider .22 caliber revolver, serial number 1BH197708

In 2020, Mr. JOHNSON earned $47,854.13.

Page 3 of 3

ATF EF 3120.2 (10-2004)<br>For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000001-0003

000003

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number:<br>▇▇▇▇▇ | Report Number:<br>2 |
|---|---|---|

## SUMMARY OF EVENT:

Additional firearms purchases by Robert Andrew JOHNSON

## NARRATIVE:

Between April 30 and July 15, 2021, Robert Andrew JOHNSON purchased the following 33 firearms from FFL Sahuarita Guns, 125 W Calle de Las Tiendas, 109A, Green Valley, AZ 85614:

M20210429543 – Purchased on July 15, 2021

- Taurus PT111 9mm pistol, serial number ACG989055
- Taurus G3C 9mm pistol, serial number ACG993799
- Glock 19 9mm pistol, serial number BTDD387

M20210378222 – Purchased on June 18, 2021:

- Palmetto State Armory PSAK47 7.62mm rifle, serial number AKB045471
- Century Arms International Centurion 39 7.62mm rifle, serial number C39WM-003455
- DSA RPD 7.62mm rifle, serial number RPDS013248
- Romarm/Cugir WASR-10/63KR 7.62mm rifle, serial number CE1329-69RO
- Technical Grinding and Machine AR-15 5.56mm rifle, serial number TGM00661
- Romarm/Cugir FPK Paratrooper 7.62mm rifle, serial number 21PT-001012
- Century Arms VSKA 7.62mm rifle, serial number SV7060972
- DSA RPD 7.62mm rifle, serial number RPDS012875

M20210359379 – Purchased on June 2, 2021

- Romarm/Cugir M10-762 7.62mm pistol, serial number DF7636-20ROA
- Anderson Manufacturing AM-15 5.56mm pistol, serial number 21026227
- Romarm/Cugir DRACO-C 7.62mm pistol, serial number 1974DR0512

M20210355657 – Purchased on June 2, 2021

| Prepared by:<br>Dennis C. Fasciani<br>CREIGHTON BRANDT FOR | Title:<br>Intelligence Research Specialist, Phoenix IV<br>(Intelligence) Field Office | Signature:<br>*[signature]* | Date:<br>9/23/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell FOR | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature:<br>*[signature]* | Date:<br>9/23/2021 |
| Second level reviewer (optional):<br>Gabriel R. Pinon | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature:<br>*[signature]* | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew (Multiple Sales Trans⬤ns) (SAR-384) | Investigation Number:<br>▉▉▉▉▉▉ | Report Number:<br>2 |

- Anderson Manufacturing AM-15 5.56mm rifle, serial number 16322380
- Project Guns RPD 7.62mm rifle, serial number TP-0049
- DSA RPD 7.62mm rifle, serial number RPDS013643
- Diamondback Arms DB-15 5.56mm rifle, serial number DB2762419
- Century Arms VSKA 7.62mm rifle, serial number SV7050329
- Romarm/Cugir WASR-10 7.62mm rifle, serial number ROA21A1-86561
- American Tactical Imports Omni 5.56mm rifle, serial number NS308829
- Diamondback Arms DB-15 5.56mm rifle, serial number DB2474143
- Romarm/Cugir M10-762 7.62mm rifle, serial number MA-15747-13RO
- Wise Lite Arms RPDS 7.62mm rifle, serial number WLA29-D0059
- Century Arms VSKA 7.62mm rifle, serial number SV7063134
- Romarm/Cugir WASR-10 7.62mm rifle, serial number ROA21A1-89015

M20210333831 – Purchased on May 8, 2021

- Walther PPS 9mm pistol, serial number PK17172P
- Radical Firearms RF-15 .300 caliber pistol, serial number 21-008201
- Century Arms VSKA 7.62mm pistol, serial number SV7P001261
- Stoeger STR-9 9mm pistol, serial number T6429-21U05205

M20210321674 – Purchased on April 30, 2021

- DSA RPD 7.62mm rifle, serial number RPDS011917
- Century Arms International RAS47 7.62mm rifle, serial number RAS47012278
- Romarm/Cugir WASR-10 7.62mm rifle, serial number AL-69636-19

ATF EF 3120.2 (10-2004)<br>For Official Use Only

All Defendants                     CR 22-2599-TUC                     000002-0002
                                   US v. Johnson et al.                      000005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number:<br>███████████ | Report Number:<br>3 |
|---|---|---|

**SUMMARY OF EVENT**: Seizure of three (3) firearms and the arrest of one (1) US national, in Nogales, Sonora, by the Mexican National Guard (Guardia Nacional).

**NARRATIVE:**

1. On July 30, 2021, at approximately 1940 hours, Guardia Nacional elements in Nogales, Sonora responded to a call for assist at the "Garita 1" Port of Entry, made by Mexican Customs (SAT) officials.

2. Mexican Customs officers observed a vehicle being sent to secondary inspection by the automated random inspection system at the border crossing.

3. The officers inspected the vehicle and found three firearms: a pistol inside a bag containing clothes in the back seat, a pistol wrapped in a plastic bag hidden in the vehicle's air filter, and components to build a complete .50 caliber rifle found in multiple locations within the vehicle.

4. The officers took the vehicle's driver into custody, and seized the vehicle and all evidence for disposition.

5. The subject arrested was identified as:

   • Robert Andrew JOHNSON ███████ 1974)



| Prepared by:<br>David ROBERTS | Title:<br>Special Agent, ATF Tijuana Office | Signature:<br>*David Roberts* | Date:<br>08/27/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Gabriel R. Pinon | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

000003-0001

Case 4:22-cr-02599-JGZ-BGM   Document 154-1   Filed 03/12/26   Page 16 of 182

| Title of Investigation: JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number: ▮▮▮▮▮▮▮ | Report Number: 3 |

6. Robert Andrew JOHNSON is further described by Social Security Number ▮▮▮▮▮ FBI Number ▮▮▮▮, Arizona Driver's License Number D05000542, and residential address 249 W. 3rd St, Nogales, AZ 85621.

7. The Guardia Nacional report listed JOHNSON's date of birth as ▮▮▮ 1974, though an ▮▮▮ query reported his date of birth as ▮▮▮ 1974.

8. A ▮▮▮ query revealed that JOHNSON is a daily border crosser, having at least 500 crossings since December 2019. JOHNSON's last crossing occurred on July 30, 2021.

9. The following items were seized:

   - 1 rifle
   - 2 pistols
   - 4 firearm magazines
   - 4 rounds of 9mm ammunition
   - 2002, Nissan, Pathfinder; AZ License Plate: CTD0131







ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew (Multiple Sales Transactions) (SAR-384) | Investigation Number: ███████ | Report Number: 3 |

10. An ███████ Vehicle Registration query revealed that the recovered vehicle was registered to JOHNSON.

11. The Mexican Federal Attorneys Office (FGR) submitted the seized firearms to ATF eTrace, revealing the following results:

Trace Number: T20210328983 – 93 days TTC
Trace Number: T20210328984 – In Progress
Trace Number: T20210371382 – In Progress

Exhibits
1. FED/SON/NOG/2088/2021 – Incident Report (IPH)
2. FED/SON/NOG/2088/2021 – Firearm Examination Report (Dictamen)

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000003-0003

000008

# ATTACHMENT 1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number ▮▮▮▮ | Case/Inspection Title Johnson, Robert | | Office Tucson I |
|---|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Trailboss Outfitters LLC
13180 E. Colossal Cave Rd unit 120
Vail, AZ 85641

× Renee Rodriguez
Book Keeper

Recipient: *(name, title, address, if appropriate)*
S/A Jules Borja

Location of Transfer or Seizure
FFL Location

Basis for Transfer or Seizure of Items:
Evidence

| Amount or Quantity | Description of Item(s) |
|---|---|
| (1) 1 firearm/with mag | EAA Girsan Regard MC Gen 4, 9 mm pistol SN: T6368-20A06636, with one magazine |
| (2) 1 blue gun box with accessories | Gun box for pistol, pistol lock, pistol manual, and gun lock. cleaning tool. |
|  | nothing follows |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*  Jules Borja
Date 9/7/21

Transferred by: *(signature, if appropriate)*  × Renee Rodriguez
Date ×9/7/21

Witnessed by: *(signature)*
Date

ATF Form 3400. 23
Revised March 2005

# ATTACHMENT 2

Trailboss Outfitters LLC

13180 E Colossal Cave Road
Vail, AZ 85641
5207628666
Trailbossout@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/8/2021 | 906 |

**Bill To**

ROBERT JOHNSON

| PHONE # |
|---|
| 520-604-6585 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| EAA GIRSAN REGARD MC GEN 4 SPORT PISTOL 9MM SERIAL# T6368-20A06636 IN ON 04/08/2021 IN FROM MR GUN DEALER ITEM 438 07386 PICKED UP BY ATF ON 09/07/2021 | 1 | | |

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Sales Tax (6.1%)** | $0.00 |
| **Total** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $0.00 |

# MR GUN DEALER

**\*88774\***
88774

**ORDER #:    88774**

**Order Date:**   04/02/2021
**Placed Via:**   Mr Gun Dealer

**Customer:**
Robert Johnson
520-604-6585
robertjohnsonauto@yahoo.com

*Rec 4/8/21*

**Purchased From:**
Mr Gun Dealer
3108 28TH ST SE STE B
GRAND RAPIDS, MI 49512
6165044357

**Shipped To:**

13180 E COLOSSAL CAVE RD STE 120
VAIL AZ 85641
5555555555

| Product | Part Number | UPC | QTY | Serial # |
|---|---|---|---|---|
| Pistol 9mm | | | | |
| EAA GIRSAN REGARD MC GEN 4 SPORT | 390087 | 741566904080 | 1 | T6368-20A06636 |
| CREDIT CARD FEE | Z1 | 10057965 | 1 | |
| FIREARM SHIPPING | Z2 | 10057966 | 1 | |
| ORDER INSURANCE | Z3 | 10057967 | 1 | |
| Gunbroker Marketplace Sales Tax | M1 | 10093344 | 1 | |

Mail A TF    ATF - Chief, FFLC
Correspondence To    244 Needy Road
Martinsburg, WV 25405-9431

Chief, Federal Firearms Licensing Center (FFLC)

*Tracy Robertson*

Name
MR GUN DEALER

**4-38-081-01-2J-07386**

**September 1, 2022**

Premises Address Change

**3108 28TH ST SE SUITE B
GRAND RAPIDS, MI 49512-**

**NO FACE TO FACE TRANSFERS**

Type of License

**01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES**

Purchasing Certification Statement

ONLINE GUN DEALER LLC
MR GUN DEALER
3108 28TH ST SE SUITE B
GRAND RAPIDS, MI 49512-

**FILE COPY**

Licensee Responsible Person Signature        Position Title

# ATTACHMENT 3

Mr Gun Dealer
3108 28TH ST SE STE B

GRAND RAPIDS MI 49512
Phone: 6165044357
Fax:    6166044148

**SALES ORDER**

Order Date 04/02/2021
Order# 895551826
Ref# 12050984
Store 1

| Customer | Ship to |
|---|---|
| Robert Johnson<br><br>249 W 3RD ST<br><br>NOGALES, AZ, 85621<br>520-604-6585<br>robertjohnsonauto@yahoo.com | TRAIL BOSS OUTFITTERS<br>13180 E COLOSSAL CAVE RD STE 120<br><br>VAIL, AZ, 85641<br>5555555555 |

9-86 06984
01-01-2023

| Customer #<br>62618 | Salesperson | Terms | PO # |
|---|---|---|---|

| Brand/Style | Description | Size | Attr1 | Attr2 | Ordered | Invoiced | B/O | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| GIRSAN | | | | | | | | | |
| 390087 | EAA GIRSAN REGARD MC GEN 4 | | | | 1.00 | 1.00 | 0 | 519.99 | 519.99 |
| MR GUN DEALER | | | | | | | | | |
| Z1 | CREDIT CARD FEE | | | | 1.00 | 1.00 | 0 | 15.60 | 15.60 |
| MR GUN DEALER | | | | | | | | | |
| Z2 | FIREARM SHIPPING | | | | 1.00 | 1.00 | 0 | 35.00 | 35.00 |
| MR GUN DEALER | | | | | | | | | |
| Z3 | ORDER INSURANCE | | | | 1.00 | 1.00 | 0 | 7.80 | 7.80 |
| MR GUN DEALER | | | | | | | | | |
| M1 | Gunbroker Marketplace Sales Tax | | | | 1.00 | 1.00 | 0 | 32.67 | 32.67 |

|  |  |
|---|---|
| Total Units: | 5 |
| Sub Total: | 611.06 |
| USPS | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| Total: | 611.06 |
| Total Due: | 0.00 |

4/2/2021  5:00:13PM      BLUE DOG:                611.06

Mr Gun Dealer
3108 28TH ST SE STE B

GRAND RAPIDS MI 49512
Phone: 6165044357
Fax:    6166044148

**SALES ORDER**

Order Date  05/21/2021
Order#  900785810
Ref#   12999876
Store  1

| Customer | Ship to |
|---|---|
| Robert Johnson<br><br>249 W 3RD ST<br><br>NOGALES, AZ, 85621<br>520-604-6585<br>robertjohnsonauto@yahoo.com | SAHUARITA GUNS LLC<br>125 W CALLE DE LAS TIENDAS 109A<br><br>GREEN VALLEY, AZ, 85614<br>5555555555<br>robertjohnsonauto@yahoo.com |

9-86-08552
11-01-2021

| Customer #<br>65430 | Salesperson | Terms | | PO # | | | | |
|---|---|---|---|---|---|---|---|---|
| Brand/Style | Description | Size | Attr1 | Attr2 | Ordered | Invoiced | B/O | Price | Total |
| M+M FIREARMS | | | | | | | | | |
| M10762P<br>MR GUN DEALER | M+M M10 7.62X39 PISTOL 30+1 | | | | 1.00 | 1.00 | 0 | 926.99 | 926.99 |
| Z2<br>MR GUN DEALER | FIREARM SHIPPING | | | | 1.00 | 1.00 | 0 | 35.00 | 35.00 |
| Z3<br>MR GUN DEALER | ORDER INSURANCE | | | | 1.00 | 1.00 | 0 | 13.50 | 13.50 |
| M1 | Gunbroker Marketplace Sales Tax | | | | 1.00 | 1.00 | 0 | 56.55 | 56.55 |

| | |
|---|---|
| Total Units: | 4 |
| Sub Total: | 1,032.04 |
| USPS | 0.00 |
| Tax1: | 0.00 |
| Tax2: | 0.00 |
| Total: | 1,032.04 |
| Total Due: | 0.00 |

5/24/2021  9:55:50AM     BLUE DOG:     1,032.04

000004-0009

000017

Case 4:22-cr-02599-JGZ-BGM   Document 154-1   Filed 03/12/26

CR 22-2599-TUC
US v. Johnson et al.

All Defendants

# Serial Acquisition/Disposition Report

9/13/202

| MANUFACTURER and IMPORTER(if any) | DESCRIPTION OF FIREARM MODEL | SERIAL NO | TYPE | CALIBER/ GAUGE | RECEIPT DATE | FROM WHOM RECEIVED | ADDRESS | DISPOSITION DATE | NAME | ADDRESS | FFL_NO OR FORM 4473 NO | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M+M FIREARMS | M10 | DF-7636-20 ROA | PISTOLS | 7.62X39 | 01/17/2021 | AMCHAR | 100 AIRPARK DR ROCHESTER, NY 14624 | 05/24/2021 | SAHUARITA GUNS LLC | 125 W CALLE DE LAS TIENDAS 109A GREEN VALLEY, AZ 85614 | 9-86-08552 | |

Case 4:22-cr-02599-JGZ-BGM    Document 154-1    Filed 03/12/26

000004-0010

000018

CR 22-2599-TUC
US v. Johnson et al.

All Defendants

# Serial Acquisition/Disposition Report

9/13/202

| MANUFACTURER and IMPORTER(if any) | DESCRIPTION OF FIREARM MODEL | SERIAL NO | TYPE | CALIBER/ GAUGE | RECEIPT DATE | FROM WHOM RECEIVED | ADDRESS | DISPOSITION DATE | NAME | ADDRESS | FFL_NO OR FORM 4473 NO | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GIRSAN | EAA GIRSAN REGARD MC GEN 4 SPORT 9MM 4.9 | T6368-20A06636 | PISTOLS | 9MM | 12/01/2020 | BILL HICKS LTD | 15155 23ed Ave N  Minneapolis, MN 55447 | 04/05/2021 | TRAIL BOSS OUTFITTERS | 13180 E COLOSSAL CAVE RD STE 120  VAIL, AZ 85641 | 9-86 06984 | |

1

## FOR THE EAA GIRSAN PISTOL

Total Amount: $611.06

Trans Type: Sale
Approval Code: APPROVED 016179
AVS Response: AVS Match 5 Digit Zip and Address (Y)
CVV2 Response: CVV2 Match (M)
Invoice Num: 12050984
XactID: 20210402153041-0519419-12050984
Process Date: 04/02/2021 03:30:41 PM

Card Type: VISA
Card Number: X7085

Placed From: 40.70.1.116

Name: Robert Johnson
Address: 249 W 3RD ST
City: NOGALES
State: AZ
Zip: 85621-1327
Phone: 520-604-6585

## FOR THE M+M AK PISTOL

Total Amount: $1032.04

Trans Type: Sale
Approval Code: APPROVED 082571
AVS Response: AVS Match 5 Digit Zip and Address (Y)
CVV2 Response: CVV2 Match (M)
Invoice Num: 12999876
XactID: 20210524082804-0519419-12999876
Process Date: 05/24/2021 08:28:04 AM

Card Type: VISA
Card Number: X7085

Placed From: 40.70.1.116

Name: Robert Johnson
Address: 249 W 3RD ST
City: NOGALES
State: AZ
Zip: 85621-1327
Phone: 520-604-6585

# ATTACHMENT 4

Mr Gun Dealer
3108 28TH ST SE STE B

GRAND RAPIDS MI 49512
Phone: 6165044357
Fax:    6166044148

**SALES ORDER**

Order Date  03/27/2021
Order#  896000790
Ref#  11902805
Store  1

**Customer**

Taylor Johnson

249 W 3RD ST

NOGALES, AZ, 85621
520-860-0934
michaeljohn5141son@gmail.com

**Ship to**

SAHUARITA GUNS LLC
125 W CALLE DE LAS TIENDAS 109A

GREEN VALLEY, AZ, 85614
5555555555
michaeljohn5141son@gmail.com

9-86-08552
11-01-2021

| Customer #<br>61972 | Salesperson | Terms | PO # |
|---|---|---|---|

| Brand/Style | Description | Size | Attr1 | Attr2 | Ordered | Invoiced | B/O | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| RADICAL FIREARMS | | | | | | | | | |
| RFO1368 | RADICAL FIREARMS 5.56 SEMI-AUTO | | | | 1.00 | 1.00 | 0 | 870.99 | 870.99 |

| | | |
|---|---|---|
| Total Units: | | 1 |
| Sub Total: | | 870.99 |
| USPS | | 0.00 |
| Tax1: | | 0.00 |
| Tax2: | | 0.00 |
| Total: | | 870.99 |
| Total Due: | | 0.00 |

3/29/2021  11:45:25AM      BLUE DOG:                870.99

Mr Gun Dealer
3108 28TH ST SE STE B

GRAND RAPIDS MI 49512
Phone: 6165044357
Fax:    6166044148

**SALES ORDER**

Order Date  03/27/2021
Order#  891994685
Ref#  11902775
Store  1

Customer

Taylor Johnson

249 W 3RD ST

NOGALES, AZ, 85621
520-860-0934
michaeljohn5141son@gmail.com

Ship to

SAHUARITA GUNS LLC
125 W CALLE DE LAS TIENDAS 109A

GREEN VALLEY, AZ, 85614
5555555555
michaeljohn5141son@gmail.com

9-86-08552
11-01-2021

| Customer #<br>61970 | Salesperson | Terms | | PO # | | | | |
|---|---|---|---|---|---|---|---|---|
| Brand/Style | Description | Size | Attr1 | Attr2 | Ordered | Invoiced | B/O | Price | Total |
| RADICAL FIREARMS | | | | | | | | | |
| RF01288 | RADICAL FIREARMS FORGED 10.5` | | | | 1.00 | 1.00 | 0 | 870.99 | 870.99 |

Total Units:       1

Sub Total:    870.99
UPS    0.00
Tax1:    0.00
Tax2:    0.00
Total:    870.99
Total Due:    0.00

3/29/2021  10:48:56AM     BLUE DOG:       870.99

All Defendants                 CR 22-2599-TUC                 000004-0014
US v. Johnson et al.

000022

Case 4:22-cr-02599-JGZ-BGM    Document 154-1    Filed 03/12/26

000004-0015
000023

CR 22-2599-TUC
US v. Johnson et al.

All Defendants

# Serial Acquisition/Disposition Report

9/13/202

| MANUFACTURER and IMPORTER(If any) | DESCRIPTION OF FIREARM | | | | RECEIPT | | | DISPOSITION | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MODEL | SERIAL NO | TYPE | CALIBER/ GAUGE | DATE | FROM WHOM RECEIVED | ADDRESS | DATE | NAME | ADDRESS | FFL_NO OR FORM 4473 NO | |
| RADICAL FIREARMS | RADICAL FIREARMS FORGED 10.5' PISTOL | 20-060705 | PISTOLS | 5.56/223 | 02/10/2021 | INTERSTATE ARMS CORP | 6G Dunham Rd  Billerica, MA 01821 | 03/29/2021 | SAHUARITA GUNS LLC | 125 W CALLE DE LAS TIENDAS 109A  GREEN VALLEY, AZ 85614 | 9-86-08552 | |

Case 4:22-cr-02599-JGZ-BGM   Document 154-1   Filed 03/12/26

000004-0016

000024

CR 22-2599-TUC
US v. Johnson et al.

All Defendants

# Serial Acquisition/Disposition Report

9/13/202

| MANUFACTURER and IMPORTER(If any) | MODEL | SERIAL NO | TYPE | CALIBER/ GAUGE | DATE | FROM WHOM RECEIVED | ADDRESS | DATE | NAME | ADDRESS | FFL NO OR FORM 4473 NO | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RADICAL FIREARMS | 5.56 RF-15 W/BRACE | 21-010494 | RIFLES | 5.56/223 | 03/24/2021 | INTERSTATE ARMS CORP | 6G Dunham Rd Billerica, MA 01821 | 03/29/2021 | SAHUARITA GUNS LLC | 125 W CALLE DE LAS TIENDAS 109A GREEN VALLEY, AZ 85614 | 9-86-08552 | |

(DESCRIPTION OF FIREARM — RECEIPT — DISPOSITION)

## *FOR THE FIRST RADICAL ARMS PISTOL*

Total Amount: $870.99

Trans Type: Sale
Approval Code: APPROVED 071911
AVS Response: AVS Match 5 Digit Zip and Address (Y)
CVV2 Response: CVV2 Match (M)
Invoice Num: 11902775
XactID: 20210327101906-0519419-11902775
Process Date: 03/27/2021 10:19:06 AM

Card Type: VISA
Card Number: X7499

Placed From: 40.70.1.116

Name: Taylor Johnson
Address: 249 W 3RD ST
City: NOGALES
State: AZ
Zip: 85621-1327
Phone: 520-860-0934

## *FOR THE SECOND RADICAL ARMS PISTOL(?)*

Total Amount: $870.99

Trans Type: Sale
Approval Code: APPROVED 072111
AVS Response: AVS Match 5 Digit Zip and Address (Y)
CVV2 Response: CVV2 Match (M)
Invoice Num: 11902805
XactID: 20210327102107-0519419-11902805
Process Date: 03/27/2021 10:21:07 AM

Card Type: VISA
Card Number: X7499

Placed From: 40.70.1.116

Name: Taylor Johnson
Address: 249 W 3RD ST
City: NOGALES
State: AZ
Zip: 85621-1327
Phone: 520-860-0934

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ▮▮▮▮ | Report Number:<br>4 |
|---|---|---|

**SUMMARY OF EVENT:** Seizure of one pistol: On 9/7/21, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Jules Borja seized one pistol from Federal Firearms Licensee (FFL) Trail Boss Outfitters (Trail Boss Outfitters) LLC.

## NARRATIVE:

1. On 9/1/2021, during a canvassing for purchases by individuals in this case, ATF SA Borja located a firearm for Robert JOHNSON at Trail Boss Outfitters, located in Vail, Arizona. Trail Boss Outfitters received Robert JOHNSON'S firearm back in April 2021, but Trail Boss Outfitters was unable to get in touch with him.

2. On 9/7/2021, ATF SA Borja seized Robert JOHNSON'S firearm at Trail Boss Outfitters. The firearm seized was a Girsan/EAA, Regard MC Gen 4, 9mm pistol, serial number T6368-20A06636 (with one firearm magazine and a blue gun box with accessories). An ATF Receipt of Property Form was completed for the seizure of the firearm *(Reference: ATF Evidence #1/ Attachment 1- ATF Receipt of Property Form)*. This firearm was shipped to Trail Boss Outfitters from Mr. Gun Dealer, an FFL located in Grand Rapids, Michigan. *(Reference: Attachment 2 – Firearm documents from Trail Boss Outfitters)*

3. On 9/13/2021, ATF SA Borja contacted Mr. Gun Dealer to obtain a copy of the receipt for the Girsan/EAA pistol. ATF SA Borja learned of a second firearm purchase by Robert JOHNSON from Mr. Gun Dealer. The second firearm was a M+M, M10, 7.62x39 pistol, serial number DF-7636-20 ROA. This firearm was shipped on 5/22/2021 to Sahuarita Guns LLC, an FFL located in Green Valley, Arizona. *(Reference: Attachment 3 – Firearm documents for Robert JOHNSON from Mr. Gun Dealer)*

| Prepared by:<br>Jules Borja | Title:<br>Special Agent, Tucson I Field Office | Signature:<br>*Jules Borja* | Date:<br>9/14/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>9/14/2021 |
| Second level reviewer (optional):<br>Gabriel R. Pinon | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ███████ | Report Number: 4 |
|---|---|---|

4. ATF SA Borja also located two firearm purchases by Taylor JOHNSON from Mr. Gun Dealer. These firearms were shipped to Sahuarita Guns on 3/29/21:

- Radical Firearms, 5.56/.223 caliber pistol, serial number 20-060705
- Radical Firearms, 5.56/.223 caliber rifle, serial number 21-010494
  *(Reference: Attachment 4 – Firearm documents for Taylor JOHNSON from Mr. Gun Dealer)*

## ATTACHMENTS:

1. ATF Receipt of Property Form

2. Firearm documents from Trail Boss Outfitters

3. Firearm documents for Robert JOHNSON from Mr. Gun Dealer

4. Firearm documents for Taylor JOHNSON from Mr. Gun Dealer

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants
CR 22-2599-TUC
US v. Johnson et al.

000005-0002

000027

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ██ | Report Number:<br>5 |
| --- | --- | --- |

## SUMMARY OF EVENT:

Surveillance conducted at 235 South Paseo Quinta, Unit D, Green Valley, AZ on October 5, 2021

## NARRATIVE:

1) On or about 10:50 AM on October 5, 2021, ATF Special Agent ("S/A") Matt Manoogian conducted static surveillance in a parking space directly across from 235 South Paseo Quinta, Unit D, Green Valley, AZ.

2) Immediately upon his arrival, S/A Manoogian observed Patricia Madison loading miscellaneous items into the trunks of two vehicles, a tan Buick mid-size SUV with Arizona license plate D9A4CGA and a light green Fiat with Arizona license plate DFA1CE. Ms. Madison made several trips on foot between Unit D and the vehicles.

3) On or about 11:12 AM, S/A Manoogian observed a white male in his 20s or 30s with a beard appear on the front patio of 235 South Paseo Quinta, Unit D. He wore a black t-shirt and black hat. He interacted multiple times with Patricia Madison, and also went in and out of Unit D multiple times. Said male did not come out into the parking lot, so only portions of his upper body were visible. S/A Manoogian also noticed that the male was heavily tattooed on both arms, at least from the elbows down, and possibly on his hands.

4) On or about 1 PM, a resident of one the units in 234 South Paseo Quinta approached S/A Manoogian's government-owned vehicle ("GOV"). S/A Manoogian identified himself as law enforcement to the resident, and stated that he was on surveillance. The resident then volunteered that the neighborhood was a 55 and older community, and there have been occasional instances of suspicious younger people staying there for extended periods of time.

5) The resident then pointed across the parking lot to 235 South Paseo Quinta, Unit D, and stated that the tenant's grandson has been at the unit since July 2021 or August 2021. She believed his parents kicked him out of their house. The resident added that the tenant's grandson always wore black clothing, and seldom left the residence. When the tenant's grandson did leave, the resident stated that he drove a white truck, and pointed directly at a white Toyota Sequoia with Arizona license plate GGA2RD parked in front of 235 South Paseo Quinta, Unit D, two spaces from the tan Buick mid-size SUV, referenced above.

6) S/A Manoogian requested that an ATF analyst query Arizona license GGA2RD in a law enforcement database.

| Prepared by:<br>Matthew H. Manoogian | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/19/2021 |
| --- | --- | --- | --- |
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/19/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants                CR 22-2599-TUC                000006-0001
US v. Johnson et al.

000028

| Title of Investigation: JOHNSON, Robert Andrew, et al. | In___ation Number: ███████ | Report Number: 5 |
|---|---|---|

The search showed that the vehicle was a 2004 Toyota Sequoia registered to Robert Andrew JOHNSON (DOB: ███ 1974) at 249 West 3rd Street, Nogales, AZ.

7) S/A Manoogian concluded his surveillance on or about 1:32 PM on October 5, 2021. At that time, both Patricia Madison and the unidentified white male in the black hat and black shirt, believed to be her grandson, had gone back into Unit 235 South Paseo Quinta, Unit D, Green Valley, AZ, and had not departed.

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000006-0002

000029

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>6 |
|---|---|---|

## SUMMARY OF EVENT:

Execution of Federal Search Warrant at 520 West Crawford St, Nogales, Arizona, 85621. On October 14, 2021, Special Agents from ATF executed a Federal Search warrant at 520 West Crawford St, Nogales, Arizona, 85621. Agents located various items of evidentiary value.

## NARRATIVE:

1. On October 14, 2021, Special Agents from ATF executed a Federal Search warrant at 520 West Crawford St, Nogales, Arizona, 85621. ATF agents were accompanied by Homeland Security Investigations (HSI), Customs and Border Protection (CBP) and Nogales Police Department. Once at the location, agents knocked and announced their presence, to which individuals inside opened the door for 520 W. Crawford St. The individuals were then brought outside the residence. Occupants at the time of the search warrant of the address were:

   - Luis Ochoa
   - Kyle Johnson
   - Ruben Pujol

2. After the residence was cleared of occupants, a CBP K9 conducted a sweep of the residence. Then, ATF Audio and Video Specialist Paul Criner took a video of the residence. All evidence was photographed by ATF Audio and Video Specialist Criner. The following is a list of items that were seized from the home pursuant to the search warrant:

   - Taurus model G3 9mm pistol, bearing serial number ACG987708 (Room B)
   - (2) Taurus 9mm magazines loaded with ammo (Room B)
   - Apple iPhone belonging to Kyle Johnson (Room B)
   - Ammo can with 9mm ammunition (Room B)
   - Receipts from FFLs (Room B)
   - Drug Paraphernalia (Room B)
   - (3) Jars of Marijuana (Room B)
   - Smith & Wesson model M&P 15 rifle, bearing serial number SU50952 (Room G)
   - Beretta model 92FS 9mm pistol, bearing serial number BER2281542 (Room G)
   - Winchester model 70 30-06 rifle, bearing serial number 45306 (Room G)
   - FMK Firearms model AR1 Extreme 5.56 pistol, bearing serial number FDE9084 (Room G)
   - Taurus model 605 .357 revolver bearing serial number LN54776 (Room G)

| Prepared by:<br>Cornelius Gaines | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/19/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/20/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation<br>JOHNSON, Robert Andrew, et al. | Investigation Number<br>▮▮▮▮▮▮ | Report Number:<br>6 |
|---|---|---|

- (2) Jars of Marijuana (Room G)

3. The rooms of the home were labeled and described as the following:
   - Room A – Living room
   - Room B – Bedroom occupied by Kyle Johnson
   - Room C – Dining Room
   - Room D – Kitchen/Laundry Room
   - Room E – Hallway Bathroom
   - Room F – Bedroom occupied by Ruben Pujol
   - Room G – Bedroom occupied by Luis Ochoa

4. While the residence was searched, the occupants of the residence were interviewed individually by SA Brandt and HSI SA J.R. Pena.

5. All evidence items were brought to SA Gaines for documentation and handling. Upon exiting the residence, ATF Audio and Video Specialist Criner video of the residence.

6. In accordance with ATF policy, the following ATF agents utilized their respective Body-Worn Camera (BWC) during execution of the search warrant: RAC Bell, SA Brandt, SA Kilcoyne, SA Hobbs, SA Gaines, SA Byrd, SA Cunningham, SA Moore. In addition, the BWC recording(s) have been preserved and stored in accordance with ATF policy.

7. On October 19, 2021, SA Kilcoyne tested and weighed in the presence of SA Gaines, the marijuana seized during the search warrant. Both tests resulted to be positive.

**ATTACHMENTS**:
1. (2) ATF Property Receipts
2. Photo Log
3. Room Placards
4. DVD containing Photos/Video

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | ███████████ | | Tucson I |

Taken from: *(name)*
Luis Ochoa

Recipient: *(name, title, address, if appropriate)*
ATF Tucson

Location of Transfer or Seizure
520 W. Crawford
Nogales, AZ

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount of Quantity | Description of Item(s) | |
|---|---|---|
| 1 | (1) Smith & Wesson M&P 15   SU50952 | Rm B Kilcoyne |
| 1 | (2) Beretta 92FS   9mm   BER 2281542 | Rm B Kilcoyne |
| 1 | (3) Winchester model 70  30.06  45306 | Rm B Kilcoyne |
| 1 | (4) Fonk Firearms  AR1 Extreme 5.56  FOE 9084 | Rm B Kilcoyne |
| 1 | (5) Taurus model 605  LN54776 .357 | Rm B Kilcoyne |
| 2 | (6) Marijuana | Rm B Kilcoyne |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | Date 10/14/21 |
|---|---|---|
| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date |

GPO  U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400.23
Revised March 2005

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000007-0003

000032

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office Tucson I |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Kyle Johnson

Recipient: *(name, title, address, if appropriate)*

Location of Transfer or Seizure
520 W Crawford
Nogales, AZ

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount or Quantity | | Description of Item(s) | |
|---|---|---|---|
| 1 | (1) | Taurus 9mm G3 ACG987708 | Rm B M. Cunningham |
| 2 | (2) | Magazines w/ammo | Rm B M. Cunningham |
| 1 | (3) | Apple Iphone | Rm B Cunningham |
| 1 | (4) | Ammo Can w/ammo | Rm B Cunningham |
| | (5) | Receipts | Rm B Cunningham |
| | (6) | Paraphernalia | Rm B Cunningham |
| 3 | (7) | Jars of marijuana | RmB Brandt |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: *(signature)*                                                    Date 10/14/21

Transferred by: *(signature, if appropriate)*    Date    Witnessed by: *(signature)*    Date

GPO  U.S. GOVERNMENT PUBLISHING OFFICE: 2015–394–311

ATF Form 3400. 23
Revised March 2005

**ATF Photo Log**

Case #: ████████████

Date/Time: 10/14/2021

Address: 520 W Crawford Rd. Nogales

Location/Name:

Other:

Team Leader: Rob Kilgan

Evidence Tech: Cornelius Gaines

Schematic Artist:

Other:

## Summary

| Item # | NForce # | Photo # | Overall / Orientation / Closeup | Direction Photo Taken (e.g. E to W): | Location Found: |
|---|---|---|---|---|---|
| | | 1 | ☐ ☐ ☐ | | |
| Description: Entrance Video | | | | | |
| | | 2 | ☐ ☐ ☐ | | Rm B |
| Description: Overall of Bed, Bedroom B | | | | | |
| | | 3 | ☐ ☐ ☐ | | Rm B |
| Description: Firearm under pillow | | | | | |
| | | 4 | ☐ ☐ ☐ | | Rm B |
| Description: Firearm S/N ACG987708 | | | | | |
| | | 5 | ☐ ☐ ☐ | | Rm B |
| Description: Gun box M+P 380 | | | | | |
| | | 6 | ☐ ☐ ☐ | | Rm B |
| Description: Gun box 63 9mm | | | | | |
| | | 7 | ☐ ☐ ☐ | | Rm B |
| Description: Ammo in box | | | | | |
| | | 8 | ☐ ☐ ☐ | | Rm B |
| Description: Firearm, magazine, round loaded in firearm | | | | | |
| | | 9 | ☐ ☐ ☐ | | Rm B |
| Description: Cell phone & scale found on right stand | | | | | |
| | | 10 | ☐ ☐ ☐ | | Rm B |
| Description: Gun receipts | | | | | |
| | | 11 | ☐ ☐ ☐ | | Rm B |
| Description: Gun receipts | | | | | |

Photographer: Paul Crine    Signature: _____    Page: 1 of 3

# ATF Photo Log

Case #:

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Evidence Tech: _____

Schematic Artist: _____

Other: _____

## Summary

| Item # | NForce # | Photo # | Overall / Orientation / Closeup | Direction Photo Taken (e.g. E to W): | Location Found: |
|---|---|---|---|---|---|
| | | 12, 13, 14 | ☐ ☐ ☐ | | Rm B |
| Description: | Kyle Johnson birth certificate | | | | |
| | | 15, 16 | ☐ ☐ ☐ | | Rm E G |
| Description: | Gun vault overall | | | | |
| | | 17, 18 | ☐ ☐ ☐ | | Rm G |
| Description: | Beretta pistol | | | | |
| | | 19 | ☐ ☐ ☐ | | Rm G |
| Description: | Taurus revolver | | | | |
| | | 20 - 25 | ☐ ☐ ☐ | | Rm G |
| Description: | AR . S/N FDE 9084 | | | | |
| | | 26, 27 | ☐ ☐ ☐ | | Rm G |
| Description: | AR M&P 15 S/N 5U50952 | | | | |
| | | 28, 29 | ☐ ☐ ☐ | | Rm G |
| Description: | Winchester Model 70 S/N 45306 .30-06 | | | | |
| | | 30, 31 | ☐ ☐ ☐ | | Rm B |
| Description: | Packaging materials | | | | |
| | | 32, 33 | ☐ ☐ ☐ | | Rm G |
| Description: | Gun box Taurus | | | | |
| | | 34 | ☐ ☐ ☐ | | Rm B |
| Description: | Backpack on bike | | | | |
| | | 35 | ☐ ☐ ☐ | | Rm B |
| Description: | Floor (accidental) | | | | |

Photographer: _Paul Criner_    Signature: _____    Page: _2_ of _3_

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000007-0006

000035

# ATF Photo Log

Case #: 

Date/Time: 

Address: 

Location/Name: 

Other: 

Team Leader: 

Evidence Tech: 

Schematic Artist: 

Other: 

## Summary

| Item # | NForce # | Photo # | Overall / Orientation / Closeup | Direction Photo Taken (e.g. E to W): | Location Found: |
|---|---|---|---|---|---|
| | | 36 | ☐ ☐ ☐ | | Rm B |
| Description: | Three jars of marijuana | | | | |
| | | 37 | ☐ ☐ ☐ | | Rm G |
| Description: | Two jars of marijuana | | | | |
| | | 38 | ☐ ☐ ☐ | | |
| Description: | Exit Video | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |
| | | | ☐ ☐ ☐ | | |
| Description: | | | | | |

Photographer: Paul Criner    Signature: _____    Page: 3 of 3

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number:<br>██████████ | Report Number:<br>7 |
|---|---|---|

**SUMMARY OF EVENT:** <u>Search Warrant:</u> On 10/14/2021, Federal Search Warrant 21-03271MB was executed at 249 West 3rd Street, Nogales, AZ 85621.

**NARRATIVE**

1. On 10/14/2021, at approximately 7:35 a.m., Federal Search Warrant (SW) 21-03217MB was executed at 249 West 3rd Street, Nogales, AZ 85621. The Federal SW was signed on 10/1/2021 by the Honorable Leslie Bowman, U.S. Magistrate Judge, U.S. District Court – District of Arizona.

2. The following Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) participated in the SW:

   1. ATF SA Tim King – On Scene Commander
   2. ATF SA Jules Borja – Team Leader/Evidence Tech
   3. ATF SA John Dodson – Searcher
   4. ATF SA Matt Manoogian – Photographer/Searcher
   5. ATF SA Lucas Atzmiller – Searcher
   6. ATF SA James Hobbs – Searcher
   7. ATF SA David Byrd – Searcher

3. In accordance with ATF policy, the following ATF agents utilized their respective Body-Worn Camera (BWC) during execution of the SW: ATF SA King, ATF SA Borja, ATF SA Manoogian, ATF SA Atzmiller, ATF SA Hobbs, and ATF SA Byrd. In addition, the BWC recording(s) have been preserved and stored in accordance with ATF policy.

4. The following law enforcement personnel assisted ATF during this SW:

   1. Homeland Security Investigations (HSI) SA Bryan Del Villar – Searcher
   2. HSI SA Paul Bradley – Searcher
   3. HSI SA Peter Brand – Searcher
   4. Nogales Police Officer Mario Lopez – Marked Unit
   5. Customs and Border Protection K9 Officer Ivan Martinez

| Prepared by:<br>Jules Borja | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>14/21/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/26/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | ...ation Number: | Report Number:<br>7 |
|---|---|---|

5. If items were located by searchers, they were photographed by ATF SA Manoogian. ATF SA Manoogian brought all seized items to ATF SA Borja for evidence processing. (Reference: Attachment 1 – SW photo log)

**Room A**: Searched by ATF SA Manoogian and ATF SA Atzmiller
   a. SW Item 1/ATF Evidence 15: Letter addressed to Robert Johnson
   b. SW Item 2/ATF Evidence 16: XVIM Security Camera System, network DVR
   c. SW Item 3/ATF Evidence 17: Documents associated to Robert Johnson
   d. SW Item 4/ATF Evidence 18 & 19: Blue HP laptop with power cord and a Kingston 1GB SD card that was attached to the HP laptop.
   (SW Item 1 found by ATF SA Manoogian and SW Items 2-4 found by ATF SA Atzmiller)

**Location E (Vehicle)**: Searched by HSI SA Paul Bradley and HSI SA Peter Brand
   a. SW Item 5/ATF Evidence 20: Blue thumb drive micro usb 2.0
      (Found by HSI SA Paul Bradley)

6. ATF SA Borja completed an ATF Receipt for Property and Other Items for the evidence seized during this SW. ATF SA Borja left copies of the receipt for property and Federal SW 21-03217MB in Room A. (Reference: Attachment 2 - ATF Receipt for Property and Other Items)

7. After the completion of the SW, all evidence items were transported to the ATF Tucson Office by ATF SA Borja.

8. All room/location labels used during this SW are in the case file.

**ATTACHMENTS:**

1. SW photo log completed by ATF SA Manoogian

2. ATF Receipt for Property and Other Items

ATF EF 3120.2 (10-2004)
For Official Use Only

# ATTACHMENT 1

Photographer: ATF S/A Manoogian

Date: October 14, 2021

Address: 249 West 3rd Street
　　　　　Nogales, AZ 85621

ATF Case # ▉▉▉▉▉▉▉▉
(JOHNSON, Robert Andrew et al)

## PHOTO LOG

Page_1_of_1_

| | | Location @ Scene | Time | Evidence Log # | Misc. |
|---|---|---|---|---|---|
| 1 | Envelope with ROBERT JOHNSON'S name on it | Room A-Front Office on floor near door | | | |
| 2 | Letter contained within envelope from Credito Real USA Finance | Room A | | | |
| 3 | Overall photograph of security system monitors and hard drive | Room A | | | |
| 4 | Close-up of hard drive with account and log in information | Room A | | | |
| 5 | Retake of close-up of hard drive with account and log in information | Room A | | | |
| 6 | Blue laptop next to Chartwell retirement residences bag | Room A-on back desk | | | |
| 7 | Contents of Chartwell retirement residences bag | Room A | | | |
| 8 | Registration for green Lexus sedan AZ: BVT4240 | Room F-green Lexus sedan with AZ: BVT4240 | | | |
| 9 | Big O Tires Payroll Account for Robert Andrew JOHNSON | Room F | | | |
| 10 | Retake of Big O Tires Payroll Account for Robert Andrew JOHNSON | Room F | | | |
| 11 | Retake of Big O Tires Payroll Account for Robert Andrew JOHNSON | Room F | | | |
| 12 | Blue thumb drive | Room F-back seat floorboard, driver's side | | | |
| 13 | Back of registration for tan Lincoln sedan, AZ: CGX1156 and small photographs of Robert JOHNSON | Room G-tan Lincoln sedan with AZ: CGX1156 | | | |
| 14 | Close-up of registration for tan Lincoln sedan, AZ: CGX1156 and small photographs of Robert JOHNSON | Room G | | | |
| 15 | Sahuarita Guns business card | Room G, backseat floorboard, passenger side | | | |
| 16 | Retake of Sahuarita Guns business card | Room G | | | |
| 17 | City of Nogales Occupational Tax Delinquent Notice addressed to JC Automotive LLC | Room G | | | |
| 18 | Close-up of Sahuarita Guns business card | Room G | | | |
| 19 | Close up of back of Sahuarita Guns business card with email address of travis@sahuaritaguns.com handwritten on it | Room G | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

# ATTACHMENT 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title Johnson, Robert | Office Tucson T |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
249 West 3rd Street Nogales, Arizona 85421

Recipient: *(name, title, address, if appropriate)*
ATF Tucson, S/A Jules Borja

Location of Transfer or Seizure
249 West 3rd Street Nogales, Arizona

Basis for Transfer or Seizure of Items:
Federal Search Warrant 21-03271 MB

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1. | Letter addressed to Robert Johnson (Credito Real USA) |
| 2. | XVIM Security Camera System, Network DVR |
| 3. | Documents associated to Robert Johnson |
| 4. | Blue HP laptop with power cord and attached Kingston 1GB SD card. |
| 5. | Blue thumbdrive micro usb 2.0 |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | Date 10/14/21 |
|---|---|---|
| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date 10/14/21 |

U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>8 |
|---|---|---|

## SUMMARY OF EVENT:

SEARCH WARRANT EXECUTION AND SEIZED PROPERTY ROI: On October 14, 2021 at approximately 0705 hours, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), with the assistance of Homeland Security Investigations (HSI) and the Pima County Sheriff's Department (PCSD) executed Federal Search Warrant Number: 21-08735MB (SEE ATTACHED Federal Search Warrant Number: 21-08735MB) at the residence of Patricia MADISON (Hereinafter referred to as MADISON) and Taylor JOHNSON (Hereinafter referred to as JOHNSON), located at 235 South Paseo Quinta, Unit D, Green Valley, Arizona 85614.

## NARRATIVE:

1. On October 14, 2021, at approximately 0705 hours, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), with the assistance of Homeland Security Investigations (HSI) and the Pima County Sheriff's Department (PCSD) executed Federal Search Warrant Number: 21-08735MB (SEE ATTACHED Federal Search Warrant Number: 21-08735MB) at the residence of Patricia MADISON (Hereinafter referred to as MADISON) and Taylor JOHNSON (Hereinafter referred to as JOHNSON), located at 235 South Paseo Quinta, Unit D, Green Valley, Arizona 85614.

2. The following personnel assisted on the Federal Search Warrant: ATF Resident Agent in Charge (RAC) Albert Gibes, Special Agent (SA) Arthur Laguna, SA Josiah Fenceroy, SA Paul Parkinson, SA Katherine Rottman, SA Allison Gonzales, SA Matthew Bayer, HSI SA Jose Huerta, HSI SA Tim Klomp, HSI SA Michael Krause, PCSD Sgt. Devin Houston, PCSD Deputy Curt Greenman and PCSD Taskforce Officer (TFO) and United States Border Patrol (USBP) Agent Justin Raymond.

3. In accordance with ATF policy, the following ATF Special Agents (SA) utilized their respective Body-Worn Camera (BWC) during execution of the Federal Search Warrant: Albert Gibes, Arthur Laguna, Josiah Fenceroy, Paul Parkinson, Katherine Rottman and Allison Gonzales. In addition, the BWC recording(s) have been preserved and stored in accordance with ATF policy.

4. At approximately 0705 hours, personnel moved toward the west door to execute the Federal Search Warrant. As personnel were making their way to the west door, HSI SA Krause and TFO Raymond contacted MADISON at the east door. MADISON was briefly handcuffed and detained during service of the Federal Search Warrant. MADISON was later interviewed on scene by SA Laguna and HSI SA Huerta.

5. The entry team, which consisted of ATF personnel, knocked and announced their presence and purpose of

| Prepared by:<br>Josiah J. Fenceroy | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/20/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/22/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 4

ATF EF 3120 2 (10-2004)
For Official Use Only

serving the Federal Search Warrant at the west door and attempted to contact JOHNSON. After a short time, JOHNSON was contacted at the east door by HSI SA Krause and TFO Raymond. JOHNSON was handcuffed and detained during service of the Federal Search Warrant. JOHNSON was later interviewed by SA Laguna and HSI SA Huerta.

6. The entry team moved to the east door and made entry to secure the residence before it would be searched. After the residence was made safe, ATF personnel's BWC were turned off. It is of note, there was a small dog in the residence that ATF personnel put in the bathroom while the search was conducted.

7. After the residence was cleared, SA Allison Gonzales conducted a Pre-Search Warrant Video recording and then the search of the residence commenced by agents. Photos were taken of the items found during the Federal Search Warrant (SEE ATTACHED Pre/Post Search Warrant Video, Photos and Search Warrant Photo Log).

8. Other SA on scene assisted with the search. Other collateral duties are listed below:
   - SA Fenceroy: Evidence Technician
   - SA Gonzales: Pre/Post Search Warrant Videographer and Photographer/Photo Log
   - SA Laguna and HSI Huerta: Interviews

9. During the search, the rooms inside the residence and vehicles outside were labeled as follows (SEE ATTACHED Search Warrant Sketch and Letters):
   - Room A: Living Room
   - Room B: Kitchen
   - Room C: Hallway Closet
   - Room D: East Bedroom (JOHNSON)
   - Room E: North Bedroom (MADISON)
   - Room F: Bathroom
   - Vehicle G: Buick Encore
   - Vehicle H: Fiat 500
   - Vehicle I: Toyota Sequioa
   - Room J: Patio

10. The following property items seized during the Federal Search Warrant were all collected by SA Fenceroy and will be described below, where it was located, who it was found by and who possessed it:

- ATF Property Item 0021 – Acer Laptop found in Room A by SA Parkinson (JOHNSON)
- ATF Property Item 0022 – Samsung Galaxy S21 Ultra 5G Cellphone found in Room A by SA Gonzales (JOHNSON)
- ATF Property Item 0023 – 608 total rounds of assorted ammunition (550 rounds found in 19 AR .223/5.56 magazines, 55 rounds of 9mm ammunition in a zip loc baggy and 3 loose rounds of .223/5.56 ammunition. Items were within a black tactical bag.). Found in Room A by HSI SA Klomp in SW corner. (JOHNSON)
- ATF Property Item 0024 – 19 AR .223/5.56 magazines (That contained 550 rounds of .223/5.56 ammunition). Items were within a black tactical bag. Found in Room A by HSI SA Klomp in SW corner. (JOHNSON)
- ATF Property Item 0025 – Notebook with firearms ledger. Found in Room A in black tactical backpack on floor next to the red chair by SA Parkinson. (JOHNSON)
- ATF Property Item 0026 – Apple iPhone 7 Plus Cellphone. Found in Room B on kitchen counter by SA Gonzales. (MADISON)

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

- ATF Property Item 0027 – 110 total rounds of assorted ammunition (52 rounds of 9mm and 58 rounds of .223/5.56 ammunition) that were inside magazines found in a duty belt in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0028 – 2 Pistol magazines and 2 AR magazines that contained 110 total rounds of assorted ammunition (52 rounds of 9mm and 58 rounds of .223/5.56 ammunition) that were inside magazines found in a duty belt in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0029 – 138 total rounds of assorted ammunition (51 rounds of 9mm and 87 rounds of .223/5.56 ammunition) that were inside magazines found in a ballistic vest in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0030 – 2 pistol magazines and 3 AR magazines that contained 138 total rounds of assorted ammunition (51 rounds of 9mm and 87 rounds of .223/5.56 ammunition) that were inside magazines found in a ballistic vest in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0031 – Manufacturer: Sig Sauer, Model: P320, Serial Number: 58J091914, Caliber: 9mm, Type: Pistol. Magazine attached. Found in Room D by SA Rottman in a holster. (JOHNSON)
- ATF Property Item 0032 – 46 total rounds of assorted 9mm ammunition (19 rounds loaded in magazine and 1 round in the chamber of Item 0031 and 26 rounds in a separate magazine). Firearm and extra magazine were in a holster, found in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0033 – Extra magazine with 26 rounds of assorted 9mm ammunition. Item 0031, the Sig Sauer firearm and this extra magazine were in a holster, found in Room D by SA Rottman. (JOHNSON)
- ATF Property Item 0034 – Manufacturer: Lantac USA, LLC, Model: LA-SF15, Serial Number: LA-SFA-0790, Caliber: Multi, Type: Pistol. Magazine attached. Found in Room D with a loaded magazine of 29 rounds of .233/5.56 ammunition and no round in the chamber by SA Rottman. (JOHNSON)
- ATF Property Item 0035 – Found in Room D with a loaded magazine of 29 rounds of .233/5.56 ammunition and no round in the chamber by SA Rottman. (JOHNSON)
- ATF Property Item 0036 – 140 total rounds of assorted 9mm ammunition in four separate boxes. Found in Room E by SA Parkinson near south dresser. (MADISON)
- ATF Property Item 0037 – Apple Tablet found in Room E in bedside dresser drawer by SA Parkinson. In case with power cord. (MADISON)
- ATF Property Item 0038 – Onn Tablet found in Room D in wooden chest by SA Rottman. (MADISON)
- ATF Property Item 0039 – 242 assorted rounds of ammunition (40 rounds of 6.5 Creedmoor, 32 rounds of 7.62x39, 170 rounds of .50 caliber amunition). Contained in two ammunition cans and other boxes and a magazine. Found in Room E next to bedside table by SA Parkinson. (MADISON)
- ATF Property Item 0040 – Firearm sales receipt from Seller Dan Glasgow for a Barrett M82A1 Flat Dark earth .50 Semi-Automatic Rifle BMG 29" Barrel. Purchaser Robert Johnson. To be shipped to Sahuarita Guns. Found in Room E next to bedside table with ammunition. Found by SA Parkinson. (MADISON)
- ATF Property Item 0041 – Firearm sales receipts. Found in Room E lockbox. Found by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0042 – Pawn receipts and vehicle title. Found in Room E in safe underneath the bed. Found by HSI SA Krause. (MADISON)
- ATF Property Item 0043 – Miscellaneous paperwork in SnG Tactical manila folder. Found in Room E atop desk. Found by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0044 – Miscellaneous paperwork. Found in Room E desk. Found by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0045 – Dell Inspiron Laptop with power cord. Found in Room E on desk. Found by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0046 – $1480.00 (300x$1, 90x$10, 14x$20) of US Currency found in safe in Room E by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0047 – $600 (25x$20 and 1x$100) of US Currency found in black tactical backpack in Room A by HSI SA Klomp. (JOHNSON)

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investi... Number: | Report Number: 8 |

- ATF Property Item 0048 – Acer Laptop found in Vehicle I (Toyota Sequoia). Found by HSI SA Klomp. (JOHNSON)
- ATF Property Item 0049 – Folder with bank information for Taylor JOHNSON. Found in Vehicle I (Toyota Sequoia Rear Passenger Compartment). Found by HSI SA Klomp. (JOHNSON)
- ATF Property Item 0050 – Manufacturer: Armscor Precision International, Importer: Rock Island Armory, Model: M1911-A1 FS, Serial Number: RIA2231559, Caliber: 9mm, Type: Pistol. Unloaded with one magazine. Found in Room E under the bed by SA Parkinson and HSI SA Krause. (MADISON)
- ATF Property Item 0051 – Manufacturer: Taurus, Importer: Taurus International Manufacturing, Model: 856, Serial Number: ABL086464, Caliber: 38 SPL, Type: Revolver. Unloaded. Found in Room E under the bed in safe by HSI SA Krause. (MADISON)
- ATF Property Item 0052 – Manufacturer: Heritage Manufacturing Inc., Model: Roughrider, Serial Number: 1BH197708, Caliber: .22, Type: Revolver. Unloaded. Found in Room E under the bed in safe by HSI SA Krause. (MADISON)
- ATF Property Item 0054 – Affidavit of Support Under Section 213A of the INA DHS and USCIS. USCIS Form I-864. Brenda Judith AYALA-FELIX citizenship through Petitioner Robert JOHNSON. Found in Room E Desk Drawer by SA Parkinson and HSI SA Krause. (Robert JOHNSON)
- ATF Property Item 0055 – ASUS Laptop. Found in Room E in desk drawer. Found by HSI SA Krause. (MADISON)
- ATF Property Item 0056 – Seagate hard drive. Found in Room E on desk. Found by HSI SA Krause. (MADISON)
- ATF Property Item 0057 – Three magazines, of which one contained 20 rounds of 6.5 Creedmoor. Found with Item 0039 in Room E next to bedside table by SA Parkinson. (MADISON)

11. The property listed above was documented on an ATF Receipt for Property form (SEE ATTACHED ATF Receipt for Property – Patricia MADISON and Taylor JOHNSON Federal Search Warrant).

12. SA Fenceroy left a copy of the Federal Search Warrant, to include Attachment A & B and copies of the ATF Receipt for Property on the kitchen table. MADISON signed the ATF Receipt for Property Form.

13. SA Gonzales conducted a Post-Search Warrant Video. ATF released the scene back to MADISON at approximately 1010 hours.

14. The evidence taken from the residence was transported to the ATF Tucson office by SA Fenceroy.

**ATTACHMENTS:**
- Federal Search Warrant Number: 21-08735MB
- Pre/Post Search Warrant Video
- Photos and Search Warrant Photo Log
- Search Warrant Sketch and Letters
- ATF Receipt for Property – Patricia MADISON and Taylor JOHNSON Federal Search Warrant

All Defendants                 CR 22-2599-TUC                 000009-0004
                               US v. Johnson et al.           000046

000047    000009-0005

# PHOTO LOG

Page **1** OF **6**

Case #: ▮

Investigation Title: **JOHNSON, Robert Andrew**

Address: **325 S Paseo Quinta, Unit D**

**Green Valley, AZ 85614**

Equipment: _____

Film ASA: _____

Date: **10/14/2021**

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|------|---------|------|------------------|---------------------------|-------------|
|  | 1 |  |  | Acer laptop on stool by TV | Rm A |
|  | 2 |  |  | Black backpack on floor | Rm A |
|  | 3 |  |  | Cards inside black backpack | Rm A |
|  | 4 |  |  | Currency in black backpack | Rm A |
|  | 5 |  |  | Black smartphone on coffee table | Rm A |
|  | 6 |  |  | Notepad on coffee table | Rm A |
|  | 7-9 |  |  | loaded rifle magazines with additional ammo found inside black bag on floor | Rm A |
|  | 10 |  |  | Room B (Kitchen) placard | Rm B |
|  | 11-12 |  |  | White Apple iPhone on kitchen counter | Rm B |
|  | 13 |  |  | Rm D (East Bedroom-JOHNSON) placard | Rm D |
|  | 14-19 |  |  | LanTac LA-SF15 rifle with loaded magazine | Rm D |
|  | 20-24 |  |  | Loaded Sig Sauer pistol in holster with additional loaded magazine | Rm D |

Photographer: **SA Gonzales**

POD: ▮

Telephone: ▮

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES  Digitally signed by ALLISON GONZALES  Date: 2021.10.25 16:11:59 -07'00'

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000048

000009-0006

# PHOTO LOG

Page **2** OF **6**

Case #:

Investigation Title: **JOHNSON, Robert Andrew**

Address: **325 S Paseo Quinta, Unit D**

**Green Valley, AZ 85614**

Equipment:

Film ASA:

Date: **10/14/2021**

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|---|---|---|---|---|---|
| | 25 | | | Room E (North Bedroom- MADISON) placard | Rm E |
| | 26-27 | | | Assorted ammunition boxes | Rm E |
| | 28-31 | | | Brown purse with assorted indicia contained within | Rm E |
| | 32 | | | Smart tablet in case in bedside table | Rm E |
| | 33-37 | | | Boxes, bags, and rifle magazines containing assorted ammo on floor by bed | Rm E |
| | 38 | | | Receipt for a Barrett M82A1 rifle | Rm E |
| | 39-41 | | | Black Dell Inspiron laptop on desk | Rm E |
| | 42 | | | Rm D (East Bedroom-JOHNSON) placard | Rm D |
| | 43-45 | | | Black Pelican case containing body armor and assorted loaded magazines | Rm D |
| | 46 | | | Rm E (North Bedroom-MADISON) placard | Rm E |
| | 47-50 | | | Notebook on desk | Rm E |
| | 51 | | | Rm D (East Bedroom-JOHNSON) placard | Rm D |

Photographer: **SA Gonzales**

POD:

Telephone:

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES  Digitally signed by ALLISON GONZALES Date: 2021.10.25 16:11:20 -07'00'

Case 4:22-cr-02599-JGZ-BGM    Document 154-1    Filed 03/12/26    Page 58 of 182

CR 22-2599-TUC
US v. Johnson et al.

000009-0007

000049

# PHOTO LOG

Page 3 OF 6

Case #: [redacted]

Investigation Title: JOHNSON, Robert Andrew

Address: 325 S Paseo Quinta, Unit D

Green Valley, AZ 85614

Equipment: _____

Film ASA: _____

Date: 10/14/2021

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|------|---------|------|------------------|---------------------------|-------------|
| | 52 | | | Additional body armor and loaded magazines from Pelican case on floor | Rm D |
| | 53 | | | Rm E (North Bedroom-MADISON) placard | Rm E |
| | 54-60 | | | Paperwork on desk | Rm E |
| | 61 | | | Vehicle I (Toyota Sequoia) placard | Vehicle I |
| | 62 | | | Vehicle I (Toyota Sequoia) front overall | Vehicle I |
| | 63 | | | Round of ammunition in center console | Vehicle I |
| | 64-65 | | | PTR box in backseat | Vehicle I |
| | 66 | | | Financial Paperwork for Taylor JOHNSON in backseat | Vehicle I |
| | 67 | | | Chromebook laptop, rifle magazine and holster in backseat | Vehicle I |
| | 68 | | | Front passenger seat-overall | Vehicle I |
| | 69 | | | extended pistol magazine on front passenger floorboard | Vehicle I |
| | 70 | | | Vehicle I (Toyota Sequoia) back overall | Vehicle I |

Photographer: SA Gonzales

POD: [redacted]

Telephone: [redacted]

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES  Digitally signed by ALLISON GONZALES Date: 2021.10.25 16:10:41 -07'00'

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000050

000009-0008

# PHOTO LOG

Page 4 OF 6

Case #: ███████████

Investigation Title: JOHNSON, Robert Andrew

Address: 325 S Paseo Quinta, Unit D

Green Valley, AZ 85614

Equipment: _____

Film ASA: _____

Date: 10/14/2021

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|------|---------|------|------------------|---------------------------|-------------|
| | 71 | | | Vehicle H (Fiat 500) rear overall | Vehicle H |
| | 72 | | | Vehicle H (Fiat 500) front overall/placard | Vehicle H |
| | 73 | | | Vehicle G (Buick Encore) front overall/placard | Vehicle G |
| | 74 | | | Vehicle G (Buick Encore) rear overall | Vehicle G |
| | 75 | | | Rm D (East Bedroom-JOHNSON) placard | Rm D |
| | 76 | | | Wood chest containing smart tablet in black case | Rm D |
| | 77 | | | Smart tablet in black case | Rm D |
| | 78 | | | Rm E (North Bedroom- MADISON) placard | Rm E |
| | 79-80 | | | lock box key on shelf | Rm E |
| | 81-84 | | | Indicia in desk | Rm E |
| | 85 | | | Rm E (North Bedroom- MADISON) placard | Rm E |
| | 86 | | | Black lock box under bed, overall | Rm E |

Photographer: SA Gonzales

POD: ███████████

Telephone: ███████████

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES Digitally signed by ALLISON GONZALES Date: 2021.10.25 16:09:59 -07'00'

All Defendants

# PHOTO LOG

Page 5 OF 6

Case #: ███████

Investigation Title: JOHNSON, Robert Andrew

Address: 325 S Paseo Quinta, Unit D

Green Valley, AZ 85614

Equipment: _____

Film ASA: _____

Date: 10/14/2021

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|------|---------|------|------------------|---------------------------|-------------|
| | 87-89 | | | US currency and firearms in lock box | Rm E |
| | 90 | | | Rm D (East Bedroom-JOHNSON) placard | Rm D |
| | 91-92 | | | Gun locks in bag on floor | Rm D |
| | 93 | | | Rm E (North Bedroom - MADISON) placard | Rm E |
| | 94-95 | | | US Currency from black lock box under bed | Rm E |
| | 96-99 | | | Firearms sales receipts from black lock box under bed | Rm E |
| | 100 | | | Rm D (East Bedroom-JOHNSON) placard | Rm D |
| | 101-103 | | | Gun locks from bag on floor | Rm D |
| | 104 | | | Rm E (North Bedroom - MADISON) placard | Rm E |
| | 105-106 | | | Notebook on desk | Rm E |
| | 107 | | | Rm E (North Bedroom - MADISON) placard | Rm E |
| | 108 | | | Headboard of bed-overall | Rm E |

Photographer: SA Gonzales

POD: ███████

Telephone: ███████

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES Digitally signed by ALLISON GONZALES Date: 2021.10.25 16:08:05 -07'00'

All Defendants

# PHOTO LOG

Page __6__ OF __6__

Case #: ███████████

Investigation Title: JOHNSON, Robert Andrew

Address: 325 S Paseo Quinta, Unit D

Green Valley, AZ 85614

Equipment: _____

Film ASA: _____

Date: __10/14/2021__

Weather Condition: _____ Temp: _____

| Roll | Photo # | Time | Evidence X-REF # | Description of Photograph | Optional ** |
|------|---------|------|------------------|---------------------------|-------------|
|      | 109     |      |                  | Black gun box under headboard on floor | Rm E |
|      | 110-111 |      |                  | Pistol in gun box | Rm E |
|      | 112-113 |      |                  | Indicia/Paperwork under bed | Rm E |
|      | 114     |      |                  | Rm E (North Bedroom - MADISON) placard | Rm E |
|      | 115     |      |                  | Bedside table drawer containing tablet-overall | Rm E |
|      | 116     |      |                  | Black Asus laptop from desk | Rm E |
|      | 117     |      |                  | Indicia/paperwork from desk | Rm E |
|      | 118     |      |                  | Desk-overall | Rm E |
|      | 119-120 |      |                  | Search Warrant copies on kitchen table | Rm B |
|      |         |      |                  |  |  |
|      |         |      |                  |  |  |
|      |         |      |                  |  |  |

Photographer: SA Gonzales

POD: ███████

Telephone: ███████████

**Reference Point/Direction Photograph was taken

Signature: ALLISON GONZALES  Digitally signed by ALLISON GONZALES Date: 2021.10.25 16:07:18 -07'00'

CR 22-2599-TUC
US v. Johnson et al.

000052    000009-0010

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000009-0011

000053



# SEARCH WARRANT
## SKETCH

N ⇧

- Room A: Living Room
- Room B: Kitchen
- Room C: Hallway Closet
- Room D: East Bedroom (JOHNSON)
- Room E: North Bedroom (MADISON)
- Room F: Bathroom
- Vehicle G: Buick Encore
- Vehicle H: Fiat 500
- Vehicle I: Toyota Sequioa
- Room J: Patio

ATF I/N ████████

10/14/2021 SEARCH WARRANT
235 SOUTH PASEO
QUINTA, UNIT D,
GREEN VALLEY,
ARIZONA 85614

SKETCH BY ATF SA FENCEROY
*NOT DRAWN TO SCALE

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

Page 1 of 3

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| [redacted] | Johnson, Robert, Et. Al. | Tucson I |

Taken from: (name, title, address, if appropriate)
Patricia Madison  735 S. Paseo Quinta Unit O
Taylor Johnson   Green Valley, AZ 85614

Recipient: (name, title, address, if appropriate)
Josiah Fenceroy SA, ATF

Location of Transfer or Seizure
Same as Above

Basis for Transfer or Seizure of Items:
SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| √ 1 | Acer Laptop Rm A (Stool) |
| √ 2 | Black Smartphone Rm A (Table) |
| √ 3 | Black Bag w/ Ammunition & Magazines Rm A (SW Corner) 608 rounds |
| √ 4 | Small Notebook Rm A (In Bag on Floor next to red chair) |
| √ 5 | Black Smartphone Rm B (Kitchen Counter "N") |
| √ 6 | 2 AR style magazines + 2 pistol magazines w/ ammunition Rm D (Duty Belt) 110 rounds |
| √ 7 | 3 AR style magazines + 2 pistol magazines w/ ammunition Rm D (Ballistic Vest) 138 rounds |
| √ 8 | Sig Sauer P320, SN: 58J091914, Pistol, 9mm Rm D (Holster on Floor) (loaded & 1 in chamber) |
| √ 9 | 2 Hol JF magazines + / JF w/ ammunition + 1 single round found with Sig Sauer Rm D (Holster on Floor) 46 rounds |
| √ 10 | Lantac, LA-SF15, SN: LA-SFA-0790, Pistol, multi Rm D (loaded, no round in chamber) |
| √ 11 | AR magazine w/ ammunition Rm D (loaded) 29 rounds |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) [signature] # [redacted]                Date 10/14/21

Transferred by: (signature, if appropriate) Patricia Madison   Date 10/14/21

Witnessed by: (signature) [signature]   Date 10/14/21

ATF Form 3400. 23
Revised March 2005

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000009-0012

000054

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page 2 of 3 | Case/Inspection Number | Case/Inspection Title Johnson, Robert, Et. al. | Office Tucson I |
|---|---|---|---|

Taken from: (name, title, address, if appropriate)
Patricia Madison  235 S. Pasco Quinta
Taylor Johnson    Unit D Green Valley, AZ
85614

Recipient: (name, title, address, if appropriate)
Josiah Fenceroy, SA, ATF

| Location of Transfer or Seizure   Same as Above | Basis for Transfer or Seizure of Items:   SW |
|---|---|

| Amount or Quantity | Description of Item(s) |
|---|---|
| √12 | 3 Boxes of ammunition Rm E (South Dresser) 140 rounds |
| √13 | Tablet Rm E (Bedside Dresser Drawer) |
| √14 | Tablet Rm D (Inside wooden chest) |
| √15 | 2 Ammunition Cans, w/ ammunition, magazines w/ ammunition Rm E (Next to bedside table) 242 rounds |
| √16 | Barrett M82A1 Receipt Rm E (Found w/ above Item) |
| √17 | Firearm Receipts Rm E (Lockbox) |
| √18 | Pawn Receipts + Vehicle Title Rm E (Safe under Bed) |
| √19 | Misc Paperwork in SnG Tactical Folder Rm E (Top of Desk) |
| √20 | Misc Paperwork Rm E (Desk) |
| √21 | Dell Computer Rm E (Desk) |
| √22  Since counted $1480.00 | US Currency Rm E (Safe) Not counted yet |
| √23  Since counted $600.00 | US Currency Rm A (Black Backpack) Not counted yet |
| √24 | Laptop Acer Vehicle I (Rear passenger compartment) |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: (signature) | | Date 10/14/21 |
|---|---|---|
| Transferred by: (signature, if appropriate) Patricia Madison | Date 10/14/21 | Witnessed by: (signature) | Date 10/14/21 |

GPO  U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page 3 of 3 | Case/Inspection Number | Case/Inspection Title Johnson, Robert, Et. al. | Office Tucson I |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Patricia Madison    235 S. Paseo Quinta Unit Q
Taylor Johnson    Green Valley, AZ 85614

Recipient: *(name, title, address, if appropriate)*
Josiah Fencory, SA, ATF

Location of Transfer or Seizure
Same as Above

Basis for Transfer or Seizure of Items:
SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| ✓ 25 | Folder Bank Account Information Vehicle I (rear passenger compartment of Taylor Johnson) |
| ✓ 26 | Rock Island Armory, M1911, A1-FS, SN: RIA2231559, Pistol, 9mm w/ unloaded magazine Rm E (under bed in case) |
| ✓ 27 | Taurus, Taurus Int'l Mfg, 856, SN: ABL08646, Revolver, .38 SPL Rm E (safe under bed) JF 6464 |
| ✓ 28 | Heritage, Roughrider, SN: 1BH197708, .22, Revolver Rm E (safe under Bed) |
| ✓ 29 | Application Affidavit of Support Under Section 213A of the INA (USCIS) Rm E (Desk Drawer) |
| ✓ 30 | Asus Laptop Rm E (Desk Drawer) |
| ✓ 31 | Seagate External Harddrive Rm E (Desk) |
| | Nothing Further |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*

Date 10/14/21

Transferred by: *(signature, if appropriate)* Patricia Madison

Date 10/14/21

Witnessed by: *(signature)*

Date 10/14/21

GPO U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>9 |
| --- | --- | --- |

## SUMMARY OF EVENT

**Utility information from Tucson Electric Power Company (TEP):** During this investigation, Special Agent Creighton Brandt obtained utility information from TEP.

## NARRATIVE

1. In early to mid September 2021, Special Agent (SA) Creighton Brandt contacted the Tucson Electric Power Company (TEP) in order to obtain information regarding individuals involved in this investigation. SA Brandt learned the following:

   a. Robert Andrew JOHNSON, SSN ████████ did not have an active utility account, nor did he have any inactive utility accounts.

   b. Patricia Ann MADISON, SSN: ████████ DOB: ███ 1955, had active utilities at 235 South Paseo Quinta, Unit D, Green Valley, Arizona, 85614. The phone number listed on the account was (520) 955-4871. The service had been active since August 31, 2020. The emergency contact was listed as ██ ██████ telephone number (520) ██████ Patricia MADISON'S employer (as entered into the TEP system in April 2006) was listed as ████████ According to TEP, Patricia MADISON had previous service at ████████████ Amado, Arizona, 85645 (service at this address was stopped on April 22, 2013).

   c. Taylor Michael JOHNSON, SSN: ████████ did not have an active utility account, nor did he have any inactive utility accounts.

   d. Kyle Andrew JOHNSON, SSN: ████████ did not have an active utility account, nor did he have any inactive utility accounts.

   e. 249 West 3rd Street, Nogales, Arizona – active account to JC Automotive. The phone number listed on the account was (520) 604-6585. There was not a name listed on the account, but there was a Tax ID number ████████ and email address (RobertJohnsonAuto@gmail.com). The service had been active since December 16, 2016. There was not an emergency contact listed on the account. The account was past due

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/2021 |
| --- | --- | --- | --- |
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/21/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ████████ | Report Number:<br>9 |
|---|---|---|

in the amount of $87.36.

    f.  Big O Tires of Green Valley, 1976 North La Canoa, Green Valley, Arizona, 85614 – active account. There was not a name listed on the account, but there was a Tax ID number ██████████

2. On or about September 21, 2021, SA Brandt, again, checked TEP utility information for 249 West 3rd Street, Nogales, Arizona, and the utilities were still active and listed in the name JC Automotive.

3. On October 7, 2021, SA Brandt, again, checked TEP utility information for 249 West 3rd Street, Nogales, Arizona, and the utilities were still active and listed in the name JC Automotive (account active since December 16, 2016).

4. Also on October 7, 2021, SA Brandt checked TEP utility information for 520 West Crawford Street, Nogales, Arizona. Three different individuals were listed on the TEP account – Luis OCHOA, DOB ████ /1987, SSN: ████████ Daniel NAVARRO, DOB: ████ /1988, SSN: ██████████ and Gabriela Liliana RAMIREZ-PENA, DOB: ████ 1976, Mexico Election card ██████████ According to TEP, there was not an emergency contact or employer listed for the three individuals. Further, according to TEP, the account had a balance of $664.88 and hadn't made a payment since May 2021.

## ATTACHMENTS

None

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ████████ | Report Number: 10 |
|---|---|---|

## SUMMARY OF EVENT

Information received regarding Kyle JOHNSON: On October 7, 2021, Special Agent Creighton Brandt received information that Kyle JOHNSON lived at 520 West Crawford Street, Nogales, Arizona.

## NARRATIVE

1. On October 7, 2021 at approximately 12:10 p.m., while conducting surveillance in the 400 and 500 blocks of West Crawford Street, Nogales, Arizona, Special Agent (SA) Creighton Brandt, Technical Surveillance Specialist (TSS) Paul Harvey and TSS Andrew Worrell observed Kyle JOHNSON standing on the front porch of 520 West Crawford Street. SA Brandt, TSS Harvey and TSS Worrell drove past 520 West Crawford Street and SA Brandt took a photo of Kyle JOHNSON.

2. On October 7, 2021, SA Brandt and SA Jules Borja drove by 520 West Crawford Street several times (in different vehicles). SA Brandt took video footage while driving by. On one occasion, SA Brandt observed an unidentified Hispanic male and Kyle JOHNSON exiting the front door of 520 West Crawford Street. On another occasion, SA Brandt and SA Borja observed Kyle JOHNSON standing on the front porch of 520 West Crawford Street.

3. On Octobe7, 2021, while conducting follow-up investigation, SA Brandt and SA Borja spoke with a supervisory United States Border Patrol (USBP) agent who lives in the 600 block of West Crawford Street. The USBP agent informed SA Brandt and SA Borja that a white male, who drove a Subaru, moved into 520 West Crawford Street about six weeks ago. The USBP agent said he believed the white male, later identified as Kyle JOHNSON, was selling drugs in front of 520 West Crawford Street as he observed the white male meeting occupants of vehicles that were pulling up to the front of the residence, staying for a short period of time and then leaving. The USBP agent said HIDTA Detective Pacheco was looking into it.

4. Later in the day, on October 7, 2021, SA Brandt spoke with Detective Pacheco, who is a Task Force Officer (TFO) with HSI. TFO Pacheco said he conducted an investigation regarding drug sales at 520 West Crawford Street. TFO Pacheco said over the past week members of his task force stopped a few vehicles after they left 520 West Crawford Street. TFO Pacheco said they located small quantities of marijuana. TFO Pacheco said earlier in the day, on October 7, 2021, he and his colleagues conducted a knock-and-talk at 520 West Crawford

| Prepared by: Creighton L. Brandt | Title: Special Agent, Tucson I Field Office | Signature: | Date: 10/21/2021 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 10/22/2021 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>10 |
|---|---|---|

Street where they contacted and spoke with Kyle JOHNSON. TFO Pacheco said Kyle JOHNSON was armed with a Taurus G3, 9mm caliber pistol, serial number ACG987708, which TFO Pacheco temporarily retrieved and photographed. TFO Pacheco said Kyle JOHNSON admitted to selling small quantities of marijuana. TFO Pacheco said after the Santa Cruz County Attorney's Office declined prosecution, they returned Kyle JOHNSON'S Taurus pistol and departed. TFO Pacheco said Kyle JOHNSON was renting a room at 520 West Crawford Street.

## ATTACHMENTS

1. Photo/videos taken by SA Brandt during surveillance at 520 West Crawford Street, Nogales, Arizona

ATF EF 3120.2 (10-2004)<br>For Official Use Only

All Defendants                    CR 22-2599-TUC                    000011-0002<br>US v. Johnson et al.                    000060

s. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ███████ | 11 |

## SUMMARY OF EVENT:

FIREARMS SEIZURE ROI: On October 15, 2021, at approximately 0900 hours, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Josiah Fenceroy and Homeland Security Investigations (HSI) SA Jose Huerta went to 382 South Willow Wick, Sahuarita, Arizona 85629 to conduct a follow-up interview with Andrea MADISON (Hereinafter referred to as MADISON). MADISON was interviewed the day prior by SA Huerta and ATF SA Arthur Laguna.

## NARRATIVE:

1. On October 15, 2021, at approximately 0900 hours, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Josiah Fenceroy and Homeland Security Investigations (HSI) SA Jose Huerta went to 382 South Willow Wick, Sahuarita, Arizona 85629 to conduct a follow-up interview with Andrea MADISON (Hereinafter referred to as MADISON). MADISON was interviewed the day prior by SA Huerta and ATF SA Arthur Laguna.

2. This conversation was audio – recorded. Please refer to HSI SA Huerta's Report of Investigation (ROI) for a synopsis of the interview, which will be disclosed upon completion. Refer to the audio – recording for exact details and quotes. This audio recording will be placed with the case file (SEE ATTACHED Andrea MADISON Interview Audio Recording – October 15, 2021).

3. This ROI will document the seizure of four (4) firearms from MADISON. It is of note, this was a consensual non-custodial interview with MADISON at the dining room table in her residence.

4. Based on MADISON'S interview with SA Huerta and SA Laguna the previous day, SA Fenceroy and SA Huerta went to MADISON'S residence listed above, to view her firearms.

5. MADISON took SA Fenceroy and SA Huerta into her closet, and they assisted her in carrying four (4) firearms to the dining room table.

6. MADISON also confirmed she knows that her fiancé Joshua ZUBROD (Hereinafter referred to as ZUBROD) is a convicted felon and cannot possess firearms and/or ammunition. However, the firearms that were kept in the closet were not locked up in a way that ZUBROD did not have access to. There was no safe and the key to the locks on the firearm cases were not kept in a secure location.

| Prepared by:<br>Josiah J. Fenceroy | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/22/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 4

ATF EF 3120.2 (10-2004)
For Official Use Only

| Investigation: NSON, Robert Andrew, et al. | Investi⬛ Number ⬛⬛⬛ | Report Number: 11 |
|---|---|---|

7. It was explained to MADISON that if she is going to keep firearms and/or ammunition in a house with someone who is prohibited from possessing them, she would need to have some type of safe or locking mechanism where ZUBROD would not have access to.

8. MADISON admitted to purchasing numerous firearms on her half-brother, Robert JOHNSON'S (Hereinafter referred to as JOHNSON) behalf.

9. SA Fenceroy went through a list of firearms purchased from Federal Firearms Licensee (FFL) Sahuarita Guns, located at 125 West Calle de las Tiendas, Unit 109A, Green Valley, Arizona 85614 with MADISON. Those purchases are listed as follows:

**January 14, 2021**
- Manufacturer: FN, Model: 503, Serial Number: CV010134, Caliber: 9mm, Type: Pistol

**June 15, 2021**
- Manufacturer: Diamondback, Model: DB15, Serial Number: DB2165558, Caliber: 5.56 NATO, Type: Rifle
- Manufacturer: Century Arms, Model: VSKA, Serial Number: SV7069392, Caliber: 7.62x39, Type: Rifle

**July 13, 2021**
- Manufacturer: Glock, Model: 17, Serial Number: BSVY225, Caliber: 9mm, Type: Pistol
- Manufacturer: Century Arms, Model: VSKA, Serial Number: SV7044027, Caliber: 7.62x39, Type: Rifle

**July 19, 2021**
- Manufacturer: Glock, Model: 17, Serial Number: BSVW565, Caliber: 9mm, Type: Pistol (SEE ATTACHED ATF Form 4473 – Andrea MADISON Firearm Purchases from Sahuarita Guns)

10. Of the six (6) firearms purchased from Sahuarita Guns listed above, MADISON still only possessed the FN pistol, purchased on January 14, 2021. The rest of the firearms were purchased for JOHNSON, with MADISON'S own money, and JOHNSON reimbursed MADISON the cost of the firearms, plus an additional $50.00 per firearm. MADISON stated she paid for all the firearms except one (1), which MADISON stated JOHNSON previously ordered and she just picked it up for him. Ultimately, JOHNSON took possession of all the firearms, usually that same day.

11. SA Fenceroy also went through a list of firearms purchased from FFL Tucson Equestrian Trading Post, located at 1221 South Melpomene Way, Tucson, Arizona 85748 with MADISON. Those purchases are listed as follows:

**July 22, 2021**
- Manufacturer: Palmetto State Armory, Model: PSAK47, Serial Number: AKB003460, Caliber: 7.62x39, Type: Rifle
- Manufacturer: Palmetto State Armory, Model: PSAK47, Serial Number: AKB003244, Caliber: 7.62x39, Type: Rifle

**July 26, 2021**
- Manufacturer: Palmetto State Armory, Model: PSAK47, Serial Number: AKB048026, Caliber: 7.62x39, Type: Rifle

ATF EF 3120.2 (10-2004)
For Official Use Only

| Investigation: | Investig. Number: | Report Number: |
|---|---|---|
| NSON, Robert Andrew, et al. | ███████ | 11 |

**July 30, 2021**

- Manufacturer: DPMS Panther Arms, Model: DA-15, Serial Number: DA15002905, Caliber: Multi, Type: Rifle
- Manufacturer: Palmetto State Armory, Model: PSAK47, Serial Number: AKB047559, Caliber: 7.62x39, Type: Rifle (SEE ATTACHED ATF Form 4473 – Andrea MADISON Firearm Purchases from Tucson Equestrian Trading Post)

12. Of the five (5) firearms purchased from Tucson Equestrian Trading Post listed above, MADISON still only possessed the DPMS Panther Arms rifle purchased on July 30, 2021. The three (3) Palmetto State Armory Rifles purchased on July 22, 2021 (2) and July 26, 2021 (1) were purchased for JOHNSON, with MADISON'S own money, and JOHNSON reimbursed MADISON the cost of the firearms, plus an additional $50.00 per firearm and JOHNSON ultimately took possession of those firearms, usually the same day.

13. The second firearm purchased on July 30, 2021, the Palmetto State Armory rifle with Serial Number: AKB047559, was sold to Sahuarita Guns (SEE ATTACHED Sahuarita Guns Acquisition and Disposition Book – Andrea MADISON – August 2, 2021).

14. MADISON admitted the two (2) firearms purchased on July 30, 2021, the DPMS Panther Arms rifle and the Palmetto State Armory rifle with Serial Number: AKB047559, were purchased with the intent to be transferred to JOHNSON. However, this was the day JOHNSON was arrested in Mexico for illegally possessing firearms in Mexico. JOHNSON is still in jail/prison in Mexico at the time of the interview with MADISON. Therefore, MADISON could not transfer the firearms to JOHNSON, and she wanted her money back, so she sold one of the firearms to Sahuarita Guns, which was mentioned in the previous paragraph. MADISON kept the other firearm.

15. When showed the three (3) ATF Form 4473s for the firearm purchases from Tucson Equestrian Trading Post listed above, MADISON confirmed it was her handwriting and signature on the form certifying that all the information on the forms was true and accurate and if it was not true, she would be in violation of Federal law.

16. MADISON also confirmed she provided a false statement when she checked the "Yes" box on question 21a on all three (3) ATF Form 4473s, which asks the following: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you"**

17. MADISON also confirmed the address she used on the ATF Form 4473s for the purchases from Tucson Equestrian Trading Post of 26851 South Purple Finch Lane, Amado, Arizona 85645 was not her current residential address at the time she purchased the firearms. MADISON stated while she was purchasing firearms for JOHNSON, she had moved from the Purple Finch Lane address in Amado, to a different address. MADISON stated she had moved into her current address on South Willow Wick in Sahuarita, in the beginning of July 2021. Which would be a violation of question 10 on the ATF Form 4473, which asks for the "Current State of Residence and Address".

18. Based on MADISON and ZUBROD'S improper storage of the four (4) firearms due to his convicted felon status and MADISON'S history of straw purchasing firearms for her half-brother JOHNSON, SA Fenceroy seized four (4) firearms and provided MADISON with an ATF Receipt for Property form and explained the forfeiture process. The firearms have been entered into the ATF Property System and are listed as follows:

ATF EF 3120.2 (10-2004)
For Official Use Only

| nvestigation: SON, Robert Andrew, et al. | Investiç Number: | Report Number: 11 |
|---|---|---|

- Manufacturer: FN, Model: 503, Serial Number: CV010134, Caliber: 9mm, Type: Pistol ATF Item #0063
- Manufacturer: DPMS Panther Arms, Model: DA-15, Serial Number: DA15002905, Caliber: Multi, Type: Rifle ATF Item #0064
- Manufacturer: Remington Arms Company, Model: 700, Serial Number: RR48651E, Caliber: 30-06, Type: Rifle ATF Item #0065
- Manufacturer: Unknown, Model: 98, Serial Number: 596, Caliber: 8mm, Type: Rifle ATF Item #0066 (SEE ATTACHED ATF Receipt for Property – Andrea MADISON Firearms Seizure)

19. On October 14, 2021, MADISON gave consent for SA Laguna and SA Huerta to possess her cellular telephone and download it. However, the ATF Consent to Search form was not signed until October 15, 2021 (SEE ATTACHED ATF Consent to Search – Andrea MADISON). A ROI will be completed documenting the forensic extraction of MADISON'S cellular telephone.

20. On October 21, 2021, SA Laguna and SA Huerta returned MADISON'S cellular telephone to her at her place of work, Chevron, located at 1051 West Beta Street, Green Valley, Arizona 85614.

**ATTACHMENTS:**
- Andrea MADISON – Interview Audio Recording – October 15, 2021
- ATF Form 4473 – Andrea MADISON Firearm Purchases from Sahuarita Guns
- ATF Form 4473 – Andrea MADISON Firearm Purchases from Tucson Equestrian Trading Post
- Sahuarita Guns Acquisition and Disposition Book – Andrea MADISON – August 2, 2021
- ATF Receipt for Property – Andrea MADISON Firearms Seizure
- ATF Consent to Search – Andrea MADISON

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number ▓▓▓▓ | Case/Inspection Title Johnson, Robert Et. Al. | Office Tucson I |
|---|---|---|---|

| Taken from: (name, title, address, if appropriate) Andrea E. Madison 382 S. Willow Wick Joshua M. Zubrod Sahuarita, AZ 85629 | Recipient: (name, title, address, if appropriate) Josiah Fenceroy, SA, ATF |
|---|---|

| Location of Transfer or Seizure Same as Above | Basis for Transfer or Seizure of Items: PC |
|---|---|

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | FN, 503, SN: ~~CV01034~~ JF CV010134, 9x19, Pistol w/1 magazine (Sahuarita Guns) |
| 1 | DPMS Panther Arms, DA-15, SN: DA15002905, Multi, Rifle w/1 magazine (Tucson Equestrian Arms Company Inc.   Trading Post) |
| 1 | Remington, 700, SN: RR48651E, 30-06 SPRG, Rifle (Walmart) |
| 1 | Unknown, 98, SN: 596, 8mm, Rifle (Kenneth Zubrod purchased) |
| | Nothing further |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: (signature) ▓▓▓▓ | | Date 10/15/21 |
|---|---|---|
| Transferred by: (signature, if appropriate) X | Date 10/15/21 | Witnessed by: (signature) | Date 10/15/21 |

ATF Form 3400.23
Revised March 2005

All Defendants                    CR 22-2599-TUC                    000013-0005
                              US v. Johnson et al.                    000065

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Consent to Search

Case Number

I understand that I have a right to refuse to give my consent to a search and may demand that a search warrant be obtained prior to any search of the person or property described below.

I understand that any contraband or evidence of a crime found during the search can be seized and used against me in any court of law or other proceeding.

I understand that I may consult with an attorney before or during the search.

I understand that I may withdraw my consent to this search at any time prior to the search's termination.

This consent to search has been given voluntarily without promises, threats, coercion or force of any kind whatsoever.

I have read the above statement of rights, understand these rights, and hereby authorize agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to conduct a complete search of the property described below.

Describe Vehicle, Premises, Person, or Items to be Searched.

1 - Samsung cell phone from Andrea Madison

| | | Date |
|---|---|---|
| Signature of Consentee | | 10/15/2021 |
| Signature of Special Agent | | 10/15/21 |
| Signature of Witness(es) | | 10/15/2021 |

ATF Form 3220. 11
Revised March 2007

All Defendants        CR 22-2599-TUC        000013-0006
US v. Johnson et al.

000066

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco. Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ▇▇▇▇ | Report Number:<br>12 |
|---|---|---|

## SUMMARY OF EVENT:

Interview of Taylor JOHNSON on October 14, 2021.

## NARRATIVE:

1. On October 26, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Art Laguna reviewed the audio of a recorded interview conducted with Taylor JOHNSON on October 14, 2021. The interview was conducted during a search warrant at 235 South Paseo Quinta, Unit D, in Green Valley, AZ. SA Laguna advised JOHNSON of his Miranda rights via Advice of Rights and Waiver form (ATF Form 3200.4), as witnessed by Homeland Security Investigations (HSI) SA Jose Huerta. JOHNSON stated he understood his rights and signed the waiver indicating he was willing to speak to the SAs. The following is a synopsis of the interview:

2. SA Laguna explained to Taylor JOHNSON what ATF stood for at which point he stated he believed the search warrant was a result of his dad, Robert JOHNSON's activities. Taylor JOHNSON stated his dad is in a Mexico prison for "gun smuggling."

3. Taylor JOHNSON stated he lived at 249 West 3rd Street in Nogales, Arizona until recently when he moved in with his grandma, Patricia MADISON, at 235 South Paseo Quinta, Unit D. Taylor JOHNSON lived at 249 West 3rd Street where he ran his father's business, JC Automotive. Taylor JOHNSON stated Robert JOHNSON lived in Mexico since approximately 2014.

4. Taylor JOHNSON stated Robert JOHNSON trafficked firearms to Mexico for financial gain. Taylor JOHNSON stated Robert JOHNSON's wife's family is in the "mafia." Taylor JOHNSON identified Robert JOHNSON's wife as Brenda, later identified as Brenda Judith JOHNSON-Ayala ▇▇▇/1992). Taylor JOHNSON identified JOHNSON-Ayala's brother as Ernesto, NFI.

5. Taylor JOHNSON stated Robert JOHNSON started out trafficking one firearm per week back in 2020 and later as many as four firearms per day until he was arrested on July 30, 2021. According to Taylor JOHNSON,

| Prepared by:<br>Arthur M. Laguna | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/26/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/26/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew. et al. | Investi    Number: | Report Number: 12 |
|---|---|---|

Robert JOHNSON would brag about trafficking firearms to his family and coworkers. Taylor JOHNSON further explained that Robert JOHNSON bragged about trafficking firearms to opposing groups in Nogales, Sonora, Mexico.

6. Taylor JOHNSON stated that after Robert JOHNSON's arrest in Mexico, Robert JOHNSON called Taylor JOHNSON and requested him to "make some deals for me" to get him out of prison. According to Taylor JOHNSON, Robert JOHNSON asked Taylor JOHNSON to deliver all his firearms to some "dudes that are going to cross the border."

7. Taylor JOHNSON stated that JOHNSON-Ayala and her family were communicating with him, Kyle JOHNSON, and MADISON via Robert JOHNSON's phone. Even after his arrest, Robert JOHNSON's phone was used to send photos of the guns he was arrested with and request money to help free Robert JOHNSON from jail.

8. Taylor JOHNSON stated Robert JOHNSON was predominantly buying firearms from Sahuarita Guns and Gunbroker.

9. Taylor JOHNSON stated that of all the firearms he has purchased, only approximately six were legitimate purchases for himself. Taylor JOHNSON stated he has purchased approximately 60 firearms for Robert JOHNSON to smuggle to Mexico. Taylor JOHNSON stated he knew from the onset that Robert JOHNSON was smuggling firearms to Mexico. Taylor JOHNSON described the firearms as RPDs, .50 caliber rifle, and some cheap rifles and pistols. Taylor JOHNSON identified Gunbroker, SnG Tactical, Sportsman's Warehouse, and Sahuarita Guns LLC as places from where he purchased firearms. Taylor JOHNSON described how Robert JOHNSON opened a Gunbroker account in his name, used his Chase bank account to pay for firearms, and then would notify him when the firearm was ready for pickup at Sahuarita Guns LLC. Taylor JOHNSON stated Robert JOHNSON would provide him cash to cover the $30 transfer fee when picking up firearms from Sahuarita Guns LLC.

10. Taylor JOHNSON identified Kyle JOHNSON, Veronica [MADISON], Andrea [MADISON], and Patricia MADISON as additional potential straw purchasers Robert JOHNSON asked to buy firearms on his behalf.

11. Taylor JOHNSON stated Robert JOHNSON used Patricia MADISON to funnel money through her bank account. Taylor JOHNSON stated Patricia MADISON became worried about her financial activity with Robert JOHNSON and ceased to assist him with funneling money.

12. Taylor JOHNSON stated Sahuarita Guns LLC was currently in possession of two of his firearms on a consignment. Taylor JOHNSON stated that last he spoke to Sahuarita Guns LLC, they notified him that an RPD firearm arrived and was ready for pickup. Taylor JOHNSON stated Robert JOHNSON had already paid for the RPD via Taylor JOHNSON's bank.

13. SA Laguna reviewed an ATF Form 4473 with Taylor JOHNSON for one of his firearm acquisitions. Taylor JOHNSON stated he checked "Yes" to the box indicating he was the actual transferee/buyer of the firearms he purchased for Robert JOHNSON because he felt pressured by Robert JOHNSON. Regarding whether he understood that providing false information on the ATF Form 4473 was a felony, Taylor JOHNSON nodded his head yes.

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | | Investigation Number: ▓▓▓▓▓▓ | Report Number: 12 |
| --- | --- | --- | --- |

14. Taylor JOHNSON stated both he and his brother Kyle JOHNSON knew the firearms they were purchasing were being smuggled to Mexico. Taylor JOHNSON stated they knew this because Robert JOHNSON told them, and they observed him hide firearms inside car doors.

15. Taylor JOHNSON provided the following as his phone number: 520-310-4421.

**ATTACHMENTS:**
1. ATF Form 3200.4, Advice of Rights and Waiver

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000014-0003

000069

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Advice of Rights and Waiver

## Statement of Rights

- You have the right to remain silent.

- Anything you say can be used against you in court.

- You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

- If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

## Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure ~rce of any kind has been used against me.

Signature: _____

Printed Name: Taylor Johnson

Witness Signature: _____

Printed Name: Jose Huerta

Date/Time: 10/14/21    8:51

Note: Previous Editions Are Obsolete

ATF E-Form 3200.4
Revised September 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>13 |
|---|---|---|

## SUMMARY OF EVENT:

ATF SAs Art Laguna and Josiah Fenceroy seized three firearms from FFL Sahuarita Guns LLC.

## NARRATIVE:

1. On October 14, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Art Laguna and Homeland Security Investigations (HSI) SA Jose Huerta responded to Federal Firearms Licensee (FFL) Sahuarita Guns LLC based on information they learned from an interview with Taylor JOHNSON earlier that day. After admitting to a violation of 18 U.S.C. 922(a)(6), JOHNSON informed SAs that Sahuarita Guns was in possession of firearms that belonged to him, at least one of which was also purchased in violation of the same law.

2. Sahuarita Guns LLC informed SAs that they were in possession of two firearms that belonged to JOHNSON. SA Laguna informed Sahuarita Guns LLC that the firearms were being seized due to an ongoing investigation. The firearms seized were a DS Arms, model RPD, 7.62x39mm rifle, serial number RPDS-013346 with black plastic case and accessories and an FN, model FN15, .223 caliber rifle, serial number FNA007486. An ATF Receipt for Property and Other Items (ATF Form 3400.23) was completed for the seizure of the firearms. A review of the invoice for the RPD revealed JOHNSON purchased the firearm using Gunbroker from a subject in Montana. The firearm was shipped to Sahuarita Guns LLC.

3. Later that day, Sahuarita Guns LLC contacted SA Laguna and informed him that they found a third gun in their inventory that belonged to JOHNSON. On October 15, 2021, SAs Josiah Fenceroy and Huerta responded to Sahuarita Guns LLC and seized the third firearm. The firearm seized was a PTR Industries Inc., model PTR 9, 9mm pistol, serial number: 9MC010822 with one magazine. An ATF Receipt for Property and Other Items (ATF Form 3400.23) was completed for the seizure of the firearm.

## ATTACHMENTS:

1. Receipt for Property and Other Items (ATF Form 3400.23)
2. Gunbroker Invoice
3. Receipt for Property and Other Items (ATF Form 3400.23)

| Prepared by:<br>Arthur M. Laguna | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/26/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10 26 2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000015-0001

000071

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number ████ | Case/Inspection Title Johnson, Robert et al | Office Tucson 1 |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Sahuarita Guns
125 W Calle de Las Tiendas #109A
Green, Valley, AZ 85614

Recipient: *(name, title, address, if appropriate)*
ATF SA Art Laguna

Location of Transfer or Seizure
Sahuarita Guns

Basis for Transfer or Seizure of Items:
18 USC 922(a)(6) + 554

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | DS Arms RPD SN: RPDS-013346 |
| | and accessories |
| 1 | FN, FN15, SN: FNA007486 |
| | |
| | |
| | |
| | |
| | |
| | Nothing |
| | Further |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signature]    Date 10/14/21

Transferred by: *(signature, if appropriate)* [signature]    Date 10-14-21    Witnessed by: *(signature)* [signature]    Date 10/14/21

ATF E-Form 3400.23
Revised March 2005



**Seller Information:**

Aaron Shearman

███████████████

Email: ████████@gmail.com

Phone: 406 ████████

| | |
|---|---|
| **Order #:** | 13846424 |
| **Order Date:** | 7/19/2021 |
| **Buyer:** | johnny5141 |
| **Seller:** | GammaGreen |

**Ship To Address:**

Address:
SAHUARITA GUNS LLC
125 W CALLE DE LAS
TIENDAS 109A
GREEN VALLEY, AZ
85614

Phone:
5204093460 (Main)

Email:
travis@sahuaritaguns.com

**Bill To Address:**

Address:
Taylor Johnson
249 W 3RD ST
NOGALES, AZ
85621-1327

Phone:
520-860-0934 (Main)

Email:
michaeljohn5141son@gma

**Item Information:**



DSArms RPD Semi Auto Belt Fed Classic 20.5"
with Wood Furniture RPDS
RPK, AK47, Dragunov, PSL, Polish, 7.62x39, m249,

Item #: 904808654

Quantity: 1

Payment Type: USPS Money
Order

Taxes and Fees Include:
(Merchandise Total, Shipping)

DSA Inc
RPDS
RPDS-013346
7.62x39

1 of 1

8/2/21, 7:11 PM

All Defendants          CR 22-2599-TUC          000015-0003
US v. Johnson et al.

000073

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

Page 1 of 1

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| [redacted] | Johnson, Robert, Et. Al. | Tucson I |

**Taken from:** (name, title, address, if appropriate)
Sahuarita Guns    125 W. Calle de las Tiendas
Travis Fess    Unit 109A
Green Valley, AZ 85614

**Recipient:** (name, title, address, if appropriate)
Josiah Fenceroy, SA, ATF

**Location of Transfer or Seizure**
Same as above

**Basis for Transfer or Seizure of Items:**
PC

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | PTR Industries Inc., PTR 9, SN: 9MC010822 9x19, Pistol w/ 1 magazine |
| | Nothing Further |

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** (signature)    # [redacted]    **Date** 10/15/21

**Transferred by:** (signature, if appropriate)    **Date** 10-15-21

**Witnessed by:** (signature)    **Date** 10/15/21

U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number ████ | Report Number: 14 |
| --- | --- | --- |

**SUMMARY OF EVENT:** <u>Seizure of eight (8) firearms:</u> On 11/2/2021, agents took custody of eight (8) firearms from the Santa Cruz County Sheriff's Office (SCCSO).

**NARRATIVE:**

1. On 11/2/2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Jules Borja and Special Agent (SA) Creighton Brandt took custody of eight (8) firearms that were seized by SCCSO on 10/25/2021. The firearms were transferred to ATF by Luis Gonzalez II, Evidence Custodian with SCCSO.

2. The SCCSO seized the firearms at 636 Highway 82, Nogales, AZ 85621 (SCCSO case # ████ )

3. The following firearms were transferred to ATF:

    1. Savage Stevens, model 67 Series, 20-gauge shotgun (weapon made from a shotgun), SN: E707899 (ATF Evidence # 71)
    2. Citadel (Made in Turkey), 12-gauge shotgun, SN: 20SA-KR29686 (ATF Evidence # 72)
    3. Maverick Arms, model 88, 12-gauge shotgun, SN: MVD642922 (ATF Evidence # 73)
    4. Adler Arms, CAI, model Centurion BP-12, 12-gauge shotgun, SN: 20US-01047(ATF Evidence # 74)
    5. Savage Arms, model 110, 6.5 Creedmoor rifle, SN: N789016 (ATF Evidence # 75)
    6. CAI, model RAS47, 7.62 x 39 rifle, SN: RAS47012278 (ATF Evidence # 76)
    7. PTR Industries Inc., 7.62 x 39 rifle, SN: FC01612 (ATF Evidence # 77)
    8. Jimenez Arms, Inc., model JA NINE, 9mm pistol, SN: obliterated serial number (ATF Evidence # 78)
    9. Blue Bersa gun box with documents (Bersa Thunder series manual and other document), which contained the Jimenez Arms, Inc, 9mm pistol with obliterated serial number.  (ATF Evidence # 79)

4. An ATF Receipt for Property and Other Items Form was completed by ATF SA Borja. Evidence Custodian Gonzalez also provided agents with copies of chain of custody forms. (Reference: Attachment 1 – Property Forms)

5. ATF SA Brandt compared the seized firearms with the master firearms acquisition list associated with this case. ATF SA Brandt discovered the following:

| Prepared by: Jules Borja | Title: Special Agent, Tucson I Field Office | Signature: *(signature)* | Date: 11/4/21 |
| --- | --- | --- | --- |
| Authorized by: Jeffrey A. Bell  FOr | Title: Resident Agent in Charge, Tucson I Field Office | Signature: *(signature)* | Date: 11/09/21 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
JOHNSON, Robert Andrew, et al.

Report Number:
14

- Item 2/ATF Evidence #72 was purchased by Taylor Johnson on 1/20/21
- Item 3/ATF Evidence #73 was purchased by Robert Johnson on 5/5/21
- Item 4/ATF Evidence #74 was purchased by Patricia Madison on 1/19/21
- Item 5/ATF Evidence #75 was purchased by Taylor Johnson on 3/12/21
- Item 6/ATF Evidence #76 was purchased by Robert Johnson on 4/30/21

**ATTACHMENT:**

1. Property Forms

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title | Office Tucson I |
|---|---|---|---|

**Taken from:** *(name, title, address, if appropriate)*
X LUIS M. GONZALEZ, II
EVIDENCE cUSTodian

**Recipient:** *(name, title, address, if appropriate)*
ATF SA Jules Borja

**Location of Transfer or Seizure**
Santa Cruz County Sherriffs, Evidence Vault

**Basis for Transfer or Seizure of Items:**
Evidence, Investigation

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1. Firearm | Stevens, model 67 series Edward, 20 gauge shotgun, E707399 |
| 2. Firearm | Citadel, 12 gauge shotgun, 20SA-KR29686 |
| 3. Firearm | Maverick Arms, model 88, 12 gauge shotgun, MV0642922 |
| 4. Firearm | CAI, Adler Arms, model Centurion BP-12, 12 gauge shotgun 20US-01047 |
| 5. Firearm | Savage Arms, model 110, 6.5 creedmoor rifle, N709016 |
| 6. Firearm | CAI, model RAS47, 7.62 x 39mm rifle, RAS47012278 |
| 7. Firearm | PTR Industries, INC., 7.62 x 39mm rifle, FC01612 |
| 8. Firearm | Jimenez Arms Inc., model JA9 (JANINE), 9mm caliber pistol, obliterated serial number, with blue gun box. |
| | —— nothing follows —— |

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** *(signature)*
X [signature]

**Date** 11/2/21

**Transferred by:** *(signature, if appropriate)*
X [signature] R-9

**Date** 11/02/21

**Witnessed by:** *(signature)*
[signature]

**Date** 11/2/2021

GPO U.S. GOVERNMENT PRINTING OFFICE 2018-405-134 / 8-07031

ATF Form 3400. 23
Revised March 2005

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000016-0003



## SANTA CRUZ COUNTY SHERIFF'S OFFICE

## CHAIN OF CUSTODY

| CASE NUMBER | CLASSIFICATION/OFFENSE |
|---|---|
| ▮▮▮▮▮▮▮▮▮ | FOUND PROPERTY |
| | Time 0955   Date 10/25/2021 |

**OFFICER:** Last Name RODRIGUEZ   First OMAR   Badge# 150

Location of Incident: 249 W 3RD ST, NOGALES, AZ   Evidence located at: 636 HIGHWAY 82, NOGALES, AZ

| | | |
|---|---|---|
| Victim's Name | NOT APPLICABLE | D.O.B |
| Address | City | State |
| Victim's Name | | D.O.B |
| Address | City | State |
| Suspect's Name | | D.O.B |
| Address | City | State |
| Suspect's Name | | D.O.B |
| Address | City | State |

| Item# | Quantity | BCID# | Description of Item (For Additional Information Use Continuation Sheet) |
|---|---|---|---|
| 1 OR | 1 | 20976 | ONE (1) "PTR INDUSTRIES, INC" LONG RIFLE 7.62 X 39 CALIBER, BLACK, S/N#FC01612 |
| 2 OR | 1 | 20977 | ONE (1) "CENTURY ARMS" LONG RIFLE 7.62 X 39mm, MOD# RAS47, S/N#RAS 47012278 |
| 3 OR | 1 | 20978 | ONE (1) "SAVAGE" LONG RIFLE MODEL 110 6.5 CREEAMOOR, GREEN/BLACK S/N#N789016 |
| 4 OR | 1 | 20979 | ONE (1) "ADLER ARMS" MODEL CENTURION BP-12 12ga 3"-2", S/N #20US-01047, SHOTGUN |
| 5 OR | 1 | 20980 | ONE (1) "MAVERICK ARMS" SHOTGUN, MODEL 88 12ga, S/N# MV0642922 BLACK |

**FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF**

Request for Scientific Examination: ☐ (Requested)    Process for Latent Prints: ☐ (Requested)

| From Name | I.D.No. | To Name | I.D.No. | Purpose | Date and Time |
|---|---|---|---|---|---|
| O. RODRIGUEZ | 150 | EVIDENCE LOCKER | 025 | FOUND PROPERTY | 10/25/2021 @ 1300 |
| Evid. locker | 025 | L. Gonzalez, B | R-9 | Found Property | 10/26/6 0926 |
| L. Gonzalez, B | R-9 | JULES BORJA 03 | 5352 | INVESTIGATION | 11/2/2021 11:28 AM |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Stored In Section  A-R4          Shelf          Box

WHITE & CANARY: Evidence Copy    PINK: Officer's Copy    GOLD: Prosecutor

# SANTA CRUZ COUNTY SHERIFF'S OFFICE

**Chain of Custody - Continuation**

| CASE NUMBER | CLASSIFICATION / OFFENSE |
|---|---|
| ▮▮▮▮▮▮▮▮ | FOUND PROPERTY |

| Time | Date |
|---|---|
| 0955 | 10/25/2021 |

| Officer: Last Name | First | Badge # |
|---|---|---|
| RODRIGUEZ | OMAR | 150 |

| Item # | Quantity | Description of Item |
|---|---|---|
| 6OR | 1 | ONE (1) "CITADEL" 12ga SHOTGUN, BLACK, S/N # 20SA-KR29686 |
| 7OR | 1 | ONE (1) SAWED-OFF SHOTGUN 12ga. BROWN/BLACK, S/N # E707899, UNKNOWN MAKE. |
| 8OR | 1 | ONE (1) "JIMENEZ ARMS" 9mm HANDGUN, GRAY/BLACK. UNKNOWN SERIAL NUMBER OR MODEL INCLUDES MAGAZINE |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Stored in Section **A-R4 / A-6B1B**    Shelf    Box

WHITE & CANARY: Evidence Copy    PINK: Officers Copy    Gold: Prosecutor    Santa Cruz Printers f. #0210101

**U.S. Department of Justice**
Bureau of Alcohol. Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON. Robert Andrew. et al. | Investigation Number: | Report Number:<br>15 |
|---|---|---|

## SUMMARY OF EVENT

Interview of Kyle JOHNSON: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent J.R. Pena interviewed Kyle JOHNSON. The interview was audio recorded.

## NARRATIVE

1. On October 14, 2021 at approximately 7:05 a.m., ATF agents, along with other law enforcement officers and agents, executed a federal search warrant at 520 West Crawford Street, Nogales, Arizona. During the search warrant execution, Kyle JOHNSON was contacted and detained.

2. On October 14, 2021 at approximately 7:30 a.m., ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent (SA) J.R. Pena contacted Kyle JOHNSON as he was sitting in the back of a Nogales Police Department marked unit. Agents removed the handcuffs from Kyle JOHNSON.

3. Kyle JOHNSON was asked to sit in the front passenger seat of SA Brandt's government vehicle. SA Brandt sat in the driver's seat and SA Pena sat in the back seat (behind SA Brandt). SA Brandt recorded the interview. SA Brandt and SA Pena introduced themselves to Kyle JOHNSON. SA Brandt provided Kyle JOHNSON with a bottle of water.

4. SA Pena initially obtained biographical information from Kyle JOHNSON, including, but not limited to:

   - Address: 520 West Crawford Street, Nogales, Arizona (Moved-in in approximately August 2021)
   - DOB: ▓▓▓ 1994; SSN: ▓▓▓▓▓▓
   - Cellphone number: (520) 987-7126
   - Vehicle(s): 2002, blue Subaru (Kyle JOHNSON said this was his only vehicle)
   - Kyle JOHNSON said he was arrested in approximately March/April 2021 for DUI
   - His mom is Julia Cutbirth; his mom and dad (Robert JOHNSON) are divorced; his mom lives in Tucson
   - His sister is Morgan Cutbirth; Morgan is approximately 23 years old; brother (Taylor JOHNSON) is approximately 25 years old
   - His brother, Taylor, lives with his grandma in Green Valley

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/8/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell<br>For: | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/08/21 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

- Kyle JOHNSON'S said his emergency contact would be his roommate and friend, Luis (unknown last name)

5. SA Brandt advised Kyle JOHNSON that he was not under arrest, and that agents just wanted to speak with him. SA Brandt, reading from an issued Miranda Rights card, advised Kyle JOHNSON of his rights. SA Brandt asked Kyle JOHNSON if he understood his rights, and Kyle JOHNSON said, "Yeah." SA Brandt asked Kyle JOHNSON if he was willing to talk with agents, and Kyle JOHNSON indicated "yes."

6. SA Brandt advised Kyle JOHNSON that his name came up in an investigation involving firearms. SA Brandt asked Kyle JOHNSON how many firearms he had purchased in the past six to 12 months. Kyle JOHNSON said the first firearm he purchased was a black and gold Smith & Wesson .380 (caliber). Kyle JOHNSON said the firearm was stolen from the automotive shop (Nogales, Arizona), along with his dad's AK. Kyle JOHNSON said he purchased the black and gold Smith & Wesson pistol from Sportsman's Warehouse (in Tucson, Arizona) in approximately July 2021. (Note: Kyle JOHNSON purchased a Smith & Wesson .380 caliber pistol from Sportsman's Warehouse in April 2021.)

7. Kyle JOHNSON said he also purchased a Glock 9mm caliber pistol from Sahuarita Guns (in Green Valley, Arizona) in approximately early August 2021 and the firearm that he currently had at 520 West Crawford Street (determined to be a Taurus, model: G3, 9mm caliber pistol, SN: ACG987708).

8. SA Brandt asked Kyle JOHNSON more about the black and gold Smith & Wesson pistol that was stolen from the automotive shop (on West 3rd Street). Kyle JOHNSON, when asked, said the firearm was stolen about a month after he purchased it. SA Brandt asked Kyle JOHNSON where the pistol was when it was stolen, and Kyle JOHNSON said, "I think I just had it sitting on the counter." Kyle JOHNSON said the firearm was not on him and he knows the firearm was not hidden (when it was stolen). Kyle JOHNSON said he was having a beer with a friend named Esteban ELENA (a/k/a "Stevy") when he suddenly blacked out. Kyle JOHNSON said he believes Esteban ELENA put something in his beer that caused him to blackout.

9. Kyle JOHNSON said he met Esteban ELENA through an old friend, Brian GOMEZ. When asked, Kyle JOHNSON said he reported the stolen firearm to the Nogales (Arizona) Police Department. Kyle JOHNSON said the Smith & Wesson was recovered by the Nogales Police Department, along with his dad's AK, and that Detective Vasquez was investigating the case. Kyle JOHNSON said when he blacked-out he was awoken by his brother, Taylor, and his dad.

10. SA Brandt asked Kyle JOHNSON if Taylor and his dad observed ELENA steal the firearm, and Kyle JOHNSON said Taylor was in his room (at the automotive shop) when he blacked out. Kyle JOHNSON said he and Taylor JOHNSON lived at the automotive shop.

11. When asked about the Glock pistol he purchased, Kyle JOHNSON said he had it for two to three days and then left it at the shop. (Note: Kyle JOHNSON acquired the Glock 48, 9mm caliber pistol from Sahuarita Guns on July 30, 2021, and it was recovered in Mexico, in the possession of Robert JOHNSON, later in the day.) When asked about the Glock pistol, Kyle JOHNSON did not recall the model of the Glock. Based on his training and experience, SA Brandt knows that straw purchasers often do not know the model of firearms they purchase because they are purchasing the firearm for another person. When SA Brandt advised Kyle JOHNSON that it was a Glock 48, Kyle JOHNSON said, "There you go, that's what it was, a 48." When asked when he noticed the Glock 48 was missing, Kyle JOHNSON said it was "literally" a few weeks ago (when the landlord's cleaned out the automotive shop).

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ███████ | Report Number:<br>15 |
| --- | --- | --- |

12. SA Brandt asked Kyle JOHNSON how sure he was that he had the Glock 48 for a few days before he put it in the safe at the shop, and Kyle JOHNSON said he had the Glock on his person for two to three days.

13. SA Brandt asked Kyle JOHNSON about the Canik 9mm caliber pistol and the Bersa .380 caliber pistol that he purchased. SA Brandt asked Kyle JOHNSON if those firearms sounded familiar, and Kyle JOHNSON said, "Yeah, I did get those." Kyle JOHNSON, when asked, said he purchased the Canik and Bersa at the same place (as the Glock 48) – at Sahuarita Guns. When asked, Kyle JOHNSON said he no longer had the Canik or Bersa. Kyle JOHNSON said those firearms were in the gun safe too (along with the Glock 48).

14. SA Brandt asked Kyle JOHNSON how long he had the Canik or Bersa (before he put them in the gun safe), and Kyle JOHNSON said he had them for the same amount of time (as the Glock 48) – two to three days. Kyle JOHNSON said he noticed that all his firearms were missing at the same time.

15. SA Brandt confronted Kyle JOHNSON with the fact that his dad was caught (in Mexico) the same day he acquired the Glock 48. SA Brandt asked Kyle JOHNSON to be honest with agents. SA Brandt asked Kyle JOHNSON if he knew who his dad was working for, and Kyle JOHNSON said he didn't.

16. SA Brandt asked Kyle JOHNSON, "Did your dad ask you to buy that Glock 48?" Kyle JOHNSON replied, "He did." Kyle JOHNSON said his dad gave him the money to purchase the Glock 48. Kyle JOHNSON said he was aware that his dad was arrested in Mexico. SA Brandt asked Kyle JOHNSON if he also purchased the Canik and Bersa pistols for his dad, and Kyle JOHNSON said he did. Kyle JOHNSON said his dad gave him the cash to purchase the Canik and Bersa too. Kyle JOHNSON said his dad paid him $50 per gun that he purchased.

17. SA Brandt asked Kyle JOHNSON how his dad got wrapped into trafficking firearms, and Kyle JOHNSON said his dad married a female named Brenda (unknown last name), who is from Mexico. Kyle JOHNSON said Brenda's uncle is the head guy in Nogales, Sonora (regarding illegal activity). Kyle JOHNSON said he has never met Brenda's uncle, nor does he have Brenda's phone number.

18. Kyle JOHNSON said his dad was with him when he purchased the Canik and Bersa from Sahuarita Guns. Kyle JOHNSON said he purchased (with his own money) the Smith & Wesson pistol that was allegedly stolen by ELENA.

19. SA Brandt reviewed ATF Form 4473 with Kyle JOHNSON, and Kyle JOHNSON admitted that he lied on the forms when he said the firearms were for him (when they actually were not for him).

20. SA Brandt asked Kyle JOHNSON about how much he paid for rent (at 520 West Crawford Street). Kyle JOHNSON said he paid $330 per month. Kyle JOHNSON said he was not currently working. Kyle JOHNSON said the last job he had was about a month ago when he was working at Cherry Auto Spa. Kyle JOHNSON, when asked, said he stopped working at Big O Tires because he didn't like the bosses. Kyle JOHNSON said he got his dad the job at Big O Tires.

21. SA Brandt asked Kyle JOHNSON how much marijuana he was selling to people, and Kyle JOHNSON said he was selling small amounts ("grams and 8th's"). Kyle JOHNSON said he only had 10 customers that he was selling to. When asked, Kyle JOHNSON said he sells marijuana every other day to every two-to-three days (so he makes 20-30 sales per week). Kyle JOHNSON said he has been selling marijuana for about six to seven months. Before he moved to 520 West Crawford Street, Kyle JOHNSON said people were going to the shop to buy from him.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

22. SA Brandt asked Kyle JOHNSON why he had a pistol on him, and Kyle JOHNSON said he always has it on him (from the time he wakes up and steps foot from the house). Kyle JOHNSON said, "I have it on me all day long." Kyle JOHNSON said he has the pistol for protection in case "these people try to rob me or something." When asked, Kyle JOHNSON said he makes (in profit) a little more than what he pays in rent.

23. Kyle JOHNSON said he purchases his weed (that he sells) from five different people in Tucson. Kyle JOHNSON said it was high-grade marijuana from California. When asked, Kyle JOHNSON said that he does not have his medical marijuana card, but that he has been smoking marijuana on a daily basis "forever."

24. When asked, Kyle JOHNSON said he knew it was illegal to cross items into Mexico. Kyle JOHNSON said he was never asked to bring items into Mexico, his only involvement was straw purchasing firearms for his dad. Kyle JOHNSON said someone in Mexico had to be giving his dad money (to acquire firearms) because his dad would not have had enough money (to purchase all the firearms).

25. SA Brandt asked Kyle JOHNSON if he has known his grandma (Patricia MADISON) to purchase firearms, and Kyle JOHNSON said he knows she purchased a "six shooter." SA Brandt asked Kyle JOHNSON if it would surprise him that she was buying guns, and Kyle JOHNSON said yes it would. Kyle JOHNSON said he didn't know she had any other firearms.

26. SA Brandt provided Kyle JOHNSON with a copy of the federal search warrant. When Kyle JOHNSON learned that agents were taking his cellphone, Kyle JOHNSON asked, "How am I supposed to make sales and shit?" SA Brandt advised Kyle JOHNSON that he cannot be armed with a gun and sell marijuana. Regarding the marijuana that he had at 520 West Crawford Street, Kyle JOHNSON said all of his marijuana was in jars; he had not packaged it yet.

27. SA Brandt later asked Kyle JOHNSON where his mason jars were (containing the marijuana that he sells), and Kyle JOHNSON said they were in his bag. Kyle JOHNSON pointed out the bag (in his bedroom), and agents seized the items.

28. Kyle JOHNSON told agents that his dad lived in Mexico, and that he last spoke with his dad around the beginning of August.

29. Kyle JOHNSON provided the passcode for his iPhone (081894). For additional details regarding the interview with Kyle JOHNSON, please refer to the audio recording.

## ATTACHMENTS

1. Audio recording of interview with Kyle JOHNSON

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ████ | Report Number: 16 |
|---|---|---|

## SUMMARY OF EVENT

Interview of Luis OCHOA: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent J.R. Pena interviewed Luis OCHOA, roommate and landlord of Kyle JOHNSON. The interview was audio recorded.

## NARRATIVE

1. On October 14, 2021 at approximately 7:05 a.m., ATF agents, along with other law enforcement officers and agents, executed a federal search warrant at 520 West Crawford Street, Nogales, Arizona. During the search warrant execution, Luis OCHOA, roommate and landlord of Kyle JOHNSON, was contacted.

2. On October 14, 2021 at approximately 8:40 a.m., ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent (SA) J.R. Pena interviewed Luis OCHOA. The interview was audio recorded.

3. SA Brandt advised OCHOA that he was not under arrest and that he was free to leave. SA Brandt also advised OCHOA that he was not a target of ATF'S investigation.

4. During the interview with OCHOA, agents learned the following:

   - He has known Kyle JOHNSON for about two to three years. He met Kyle JOHNSON because Kyle's dad owned a shop next to where OCHOA works (at Diaz's Auto Tow Shop on 3rd Street in Nogales, Arizona).
   - Kyle JOHNSON'S dad, Robert JOHNSON, asked OCHOA if he would rent a room to Kyle JOHNSON.
   - His (OCHOA'S) bedroom is the middle bedroom.
   - OCHOA has a gun safe with two AR'S, a 30-06 rifle, two handguns (a Beretta 9mm caliber and a .357 revolver).
   - OCHOA said the marijuana found in his safe is his. He smokes marijuana daily after work. He has been smoking marijuana for several years. He has been in a few car accidents and the marijuana helps him.
   - When asked, OCHOA has not purchased any firearms in the past 12 months. Previously, OCHOA has purchased some firearms from Liberty Pawnshop in Tucson, Arizona.
   - OCHOA said he has never visited Robert JOHNSON in Mexico, nor has he met Robert JOHNSON'S wife.

| Prepared by: Creighton L. Brandt | Title: Special Agent, Tucson I Field Office | Signature: | Date: 11/9/2021 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell   *Fur* | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 11/09/21 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

- Their other roommate is Rube PUJOL.
- OCHOA purchases his marijuana from another friend who lives in Tucson (who has his medical marijuana card). OCHOA said he also goes to the dispensary himself.

5. OCHOA, when asked, said he has never been asked to cross items to Mexico, nor does has he crossed items into Mexico.

6. OCHOA asked agents if it was illegal to have his firearms and marijuana in his safe together, and SA Brandt advised OCHOA that it was illegal.

7. OCHOA said his cellphone number was (520) ████████

8. OCHOA said Kyle JOHNSON pays $380 in rent per month. OCHOA said he charges Kyle JOHNSON $330 for rent and $50 for utilities.

9. Agents first interview with OCHOA ended at approximately 8:52 a.m.

10. At approximately 9:00 a.m., agents re-contacted OCHOA and asked if agents could chat with him for a few more minutes. OCHOA said that was fine. The interview was audio recorded. SA Brandt advised OCHOA that agents located mason jars with marijuana in his gun safe. OCHOA said that was his marijuana. OCHOA said Kyle JOHNSON does not keep his (Kyle JOHNSON'S) in OCHOA'S safe. OCHOA said he does not sell marijuana, but only has it for personal use.

11. SA Brandt explained federal law to OCHOA as it relates to being a drug user in possession of firearms.

12. OCHOA said he knew that Kyle JOHNSON sold marijuana and that was Kyle JOHNSON'S way of making money. OCHOA said he told Kyle JOHNSON he could sell marijuana as long as Kyle JOHNSON did not get in trouble and as long as he paid his rent.

13. OCHOA said he had the following vehicles at 520 West Crawford Street – the Infiniti, the Nissan Maxima, the Mitsubishi Lancer, the Chevrolet Camaro and the Ford Taurus.

14. OCHOA did not provide any additional information.

## ATTACHMENTS

1. Audio recording of interview with Luis OCHOA

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>17 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interview of Ruben PUJOL</u>: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent J.R. Pena interviewed Ruben PUJOL, roommate of Kyle JOHNSON. The interview was audio recorded.

## NARRATIVE

1. On October 14, 2021 at approximately 7:05 a.m., ATF agents, along with other law enforcement officers and agents, executed a federal search warrant at 520 West Crawford Street, Nogales, Arizona. During the search warrant execution, agents contacted Ruben PUJOL, one of Kyle JOHNSON'S roommates.

2. On October 14, 2021 at approximately 9:08 a.m., ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Special Agent (SA) J.R. Pena interviewed Ruben PUJOL. The interview was audio recorded.

3. Agents contacted PUJOL and introduced themselves. SA Brandt asked PUJOL if he would be willing to speak with agents, and PUJOL answered in the affirmative. When asked, PUJOL said he would be willing to speak with agents in SA Brandt's vehicle.

4. SA Brandt asked PUJOL if he was a convicted felon, and PUJOL said he was (via Santa Cruz County for Domestic Violence, in 2019).

5. When asked, PUJOL said he met Kyle JOHNSON in early August 2021 (when PUJOL moved into 520 West Crawford Street). PUJOL said Kyle JOHNSON moved into 520 West Crawford Street before he did. PUJOL said he has known Luis OCHOA for approximately five years.

6. PUJOL said his cellphone number was (520) 470-9090.

7. When asked, PUJOL said he worked for the USDA (even as a convicted felon). PUJOL said he was present at 520 West Crawford Street on October 7, 2021, when detectives conducted a knock-and-talk. PUJOL said he had both his medical marijuana card and cultivation card.

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/9/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/09/21 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
JOHNSON, Robert Andrew. et al.

Investigation Number:

Report Number:
17

8. When asked, PUJOL said he has never been asked to take items to Mexico. PUJOL said he drives the Chevrolet Cruze (that was parked at 520 West Crawford Street). PUJOL said he has never been shooting with Kyle JOHNSON or Luis OCHOA.

9. PUJOL said the last time he crossed the border was a few weeks ago when he went to Mexico to get his haircut and visit his "Nana." PUJOL said he crosses into Mexico about three times per month.

## ATTACHMENTS

1. Audio recording of interview with Ruben PUJOL

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants                    CR 22-2599-TUC                    000019-0002
                                  US v. Johnson et al.                    000087

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ███████ | 18 |

**Summary of Event**: ATF Tijuana FO firearms inspection of three (3) firearms seized by Mexican Customs in Nogales, SONORA on July 30, 2021, from Robert JOHNSON (DOB: ████, 2021).

**Narrative:**

1. On September 29, 2021, ATF Tijuana FO Assistant Country Attaché (ACA) Armando Ochoa and SA David Roberts traveled to Hermosillo, Sonora and inspected two pistols seized from JOHNSON on July 30, 2021, during a smuggling attempt. The pistols were being stored in the Mexican Federal Prosecutor (FGR) evidence vault. The seizure is identified as GOM incident report #FED/SON/NOG/2088/2021.

   Two pistols were inspected and photographed. The pistols are identified as:
   - Glock, Model 48, 9mm pistol, serial number BTYH577
   - Country of Origin – Austria
   - Importer: Glock - Smyrna, GA



| Prepared by: Armando Ochoa | Title: Assistant Attaché, ATF Tijuana Office | Signature: ARMANDO OCHOA | Digitally signed by ARMANDO OCHOA Date: 2021.11.09 14:33:51 -08'00' | Date: |
|---|---|---|---|---|
| Authorized by: Jeffrey A. Bell  For | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | | Date: 11/09/21 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | | Date: |

Page 1 of 4

ATF EF 3120 2 (10-2004)
For Official Use Only

All Defendants                    CR 22-2599-TUC                    000020-0001
US v. Johnson et al.

000088

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number:  | Report Number: 18 |
| --- | --- | --- |



- Canik, TP9 Elite SC, 9mm pistol, serial number: 21CB07822
- Country of origin – Turkey
- Importer: CAI – Georgia, VT





Page 2 of 4

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | | Report Number: 18 |
|---|---|---|



2. On October 27, 2021, ACA Armando Ochoa and SA Art Laguna traveled to Nogales, Sonora and visited the base for the Mexican Military 45th zone. Agents Ochoa and Laguna visited the installation in order to inspect a 50-caliber rifle seized from JOHNSON on July 30, 2021, during the same smuggling event noted previously. FGR authorized the inspection and accompanied ATF agents during the inspection.

The rifle is identified as:
- Manufacturer: Barrett - Model 82A1, .50 caliber rifle, serial number – AA012766
- country of origin USA – Murfreesboro, TN.



ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew. et al. | Investigation Number: | Report Number: 18 |
|---|---|---|



ATF EF 3120 2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000020-0004

000091

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>19 |
| --- | --- | --- |

## SUMMARY OF EVENT

Interview of Sergio and Maria Castaneda, owner and landlord of 249 West 3rd Street, Nogales: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt and Homeland Security Investigations (HSI) Task Force Officer (TFO) Jonathan Molera interviewed Sergio and Maria Castaneda, owner and landlord of 249 West 3rd Street, Nogales, Arizona. The interview was audio recorded.

## NARRATIVE

1. On October 14, 2021 at approximately 1:07 p.m., ATF Special Agent (SA) Creighton Brandt and ATF SA Jules Borja contacted Sergio and Maria Castaneda at 249 West 3rd Street, Nogales, Arizona. Mr. and Mrs. Castaneda are the owners and landlords of the building located at 249 West 3rd Street, Nogales, Arizona. Agents contacted Mr. and Mrs. Castaneda in order to speak with them about Robert JOHNSON, Robert JOHNSON'S son's (Taylor and Kyle JOHNSON), and provide them with the keys to a new lock that agents put on the door at 249 West 3rd Street, Nogales, Arizona.

2. SA Brandt and SA Borja introduced themselves to Mr. and Mrs. Castaneda. Further, Homeland Security Investigations (HSI) Task Force Officer (TFO) Jonathan Molera also assisted in the interview shortly after it started. Mr. and Mrs. Castaneda provided the following information:

   - Robert JOHNSON, Taylor JOHNSON and Kyle JOHNSON left/vacated 249 West 3rd Street about two months earlier. When Mr. and Mrs. Castaneda went to the property (to check it out), they noticed the door had been forced open.
   - Robert JOHNSON had been renting the property and the lease expired on/about December 31, 2021.
   - When the JOHNSON'S left/vacated the property, there was graffiti on the interior walls and there were holes in the walls.
   - Robert JOHNSON'S rent was $1,000 per month. The last time Robert JOHNSON paid rent was about two months earlier. Robert JOHNSON had been late on his rent and had incurred a lot of late fees. Robert JOHNSON currently owed Mr. and Mrs. Castaneda approximately $3,800.
   - Mr. and Mrs. Castaneda only had one phone number for Robert JOHNSON – (520) 604-6585. Mrs. Castaneda said she called Robert JOHNSON at this phone number (a few months earlier to inquire about the rent) and Robert JOHNSON'S wife answered.

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/10/202 |
| --- | --- | --- | --- |
| Authorized by:<br>Jeffrey A. Bell<br>For | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/12/21 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120 2 (10-2004)
For Official Use Only

000021-0001

000092

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ██████████ | 19 |

- Mr. and Mrs. Castaneda said Robert JOHNSON'S wife's name was Brenda. They said Brenda lived in Mexico and that she could not cross (the border) into the United States.
- Mrs. Castaneda said when she called Robert JOHNSON'S cellphone, in order to collect rent and determine Robert JOHNSON'S status, Brenda told Mrs. Castaneda that Robert JOHNSON had COVID.
- Mrs. Castaneda said Taylor JOHNSON and Kyle JOHNSON lived at the shop.
- Mrs. Castaneda said she had a text exchange on her cellphone with Taylor JOHNSON. Mrs. Castaneda allowed SA Brandt to video record the text exchange. Taylor JOHNSON's cellphone number was (520) 910-5806.
- Mrs. Castaneda said she was informed by a customer of Robert JOHNSON'S that Robert allegedly had $1,200 worth of auto parts that belonged to the customer.
- Mr. and Mrs. Castaneda said they heard that Robert JOHNSON was caught with firearms in his vehicle in Mexico. Mr. and Mrs. Castaneda said they heard this from a former customer of Robert JOHNSON'S (an older man with a big nose).
- Mr. and Mrs. Castaneda said they started cleaning the building out about two months ago. Mrs. Castaneda informed SA Brandt that they threw everything away and that they (Mr. and Mrs. Castaneda) did not keep "anything whatsoever."
- SA Brandt asked Mrs. Castaneda if they found any ammunition, while cleaning out the building, and Mrs. Castaneda said she did not know because Sergio cleaned out the building.
- TFO Molera, in Spanish, asked Mr. Castaneda if they found any rounds of ammunition or firearms (when cleaning out the building) and Mr. Castaneda said they did not. Mr. Castaneda said when the JOHNSON'S left/vacated the building they left in the middle of the night.
- SA Brandt advised Mr. Castaneda that ATF agents interviewed Taylor JOHNSON and Taylor JOHNSON indicated that there was a safe with firearms. Mr. Castaneda said if he (Mr. Castaneda) would have found the safe with firearms he would have taken it because the JOHNSON'S owed him money. Mr. Castaneda said the JOHNSON'S took everything (of value) and that he did not find a safe.
- Mr. Castaneda said the garage doors (at 249 West 3rd Street) were damaged.
- Mrs. Castaneda said she had Brenda's phone number, and provided it to SA Brandt: 011-52-631-248-3737.

3. SA Brandt provided Mr. Castaneda with the keys to a new lock purchased by ATF (ATF agents had to cut the previous lock in order to make entry into the property). Agents also ensured they saw the copy of the search warrant that had previously been left.

**ATTACHMENTS**

1. Audio recording of interview with Mr. and Mrs. Castaneda

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000021-0002

000093

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>20 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interview of Veronica Madison</u>: On October 14, 2021, ATF Special Agent Creighton Brandt and Special Agent (SA) Jules Borja interviewed Veronica Madison, daughter of Patricia MADISON and half sister of Robert JOHNSON, regarding a firearm she purchased. The interview was audio recorded.

## NARRATIVE

1. On October 14, 2021 at approximately 4:06 p.m., ATF Special Agent (SA) Creighton Brandt called Veronica Madison, at number (520) 406-2176, in order to speak with her about a firearm she purchased on January 16, 2021. On that date, Veronica Madison purchased a Diamondback Arms, model: AM2, 9mm caliber pistol, SN: AA0594, at Casa Pawn in Tucson, Arizona. SA Brandt and Veronica Madison agreed to meet at the University of Arizona so agents could speak with her.

2. On October 14, 2021 at approximately 4:33 p.m., SA Brandt and SA Borja met with Veronica Madison in the east parking lot of Arizona Stadium, located on the campus of the University of Arizona. The meeting and interview was audio recorded. SA Brandt showed Veronica Madison his ATF-issued credentials.

3. SA Brandt asked Veronica Madison to tell agents about firearms she has purchased in the past six months or so. Veronica Madison said that she had only purchased one firearm in her "entire life" and it was a handgun that her mom (Patricia MADISON) gave her money to purchase. Veronica Madison said her mom gave her the cash to buy it, and that the firearm was in a locked case at her house.

4. During the interview with agents, Veronica Madison also provided the following information:

   - Robert JOHNSON was her half brother.
   - Robert JOHNSON was arrested and incarcerated in Mexico.
   - Her mother, Patricia MADISON, got a call (about two months ago) a few days after Robert JOHNSON was arrested, informing Patricia MADISON of Robert JOHNSON'S arrest.
   - When asked about income Patricia MADISON has, she said her mom was retired, but gets social security and sold her house in Amado, Arizona.
   - Taylor JOHNSON and Kyle JOHNSON'S mother was Kelly Cutbirth.

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/10/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell<br>For | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/12/21 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

- When asked, Veronica Madison said she was with her mom, wife and daughter when she purchased the Diamondback Arms pistol on January 16, 2021.
- Robert JOHNSON was caught with a .50 caliber firearm. She did not know Robert JOHNSON was trafficking firearms.
- Her mother was purchasing firearms in case she needed them later on.
- Her cellphone number was (520) 549-7288. Her wife's cellphone number was (520) 406-2176.
- Veronica Madison asked agents if she was under investigation because she was "not associated with this."
- She had never met Robert JOHNSON'S wife, Brenda. Brenda has a daughter.

5.  The interview ended at approximately 4:46 p.m.
6.  On October 14, 2021 at approximately 6:09 p.m., Veronica Madison texted SA Brandt photos of the Diamondback Arms pistol.

## ATTACHMENTS

1.  Audio recording of interview with Veronica Madison

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>21 |
|---|---|---|

## SUMMARY OF EVENT

<u>Text message exchange between Maria Castaneda and Taylor JOHNSON</u>: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt video recorded a text message exchange between Maria Castaneda and Taylor JOHNSON that was on Maria Castaneda's cellphone.

## NARRATIVE

1. On October 14, 2021, ATF Special Agent (SA) Creighton Brandt interviewed Sergio and Maria Castaneda, owner and landlord of the property located at 249 West 3rd Street, Nogales, Arizona. During the interview, Maria Castaneda indicated that she had a text message exchange (on her cellphone) with Taylor JOHNSON. SA Brandt video recorded (from Maria Castaneda's cellphone) the text message exchange.

2. On Monday, August 23, 2021 at 12:49 p.m., Taylor JOHNSON texted Maria Castaneda, "Hello this is Taylor from jc automotive Robert's son he is in mexico and can't leave at the moment I left because I needed a job and a new place to live I'm not sure when he will be able to come back."

3. On Tuesday, August 24, 2021 at 3:23 p.m., Maria Castaneda texted, "How is your dad health." At 3:24 p.m., Taylor JOHNSON responded, "I don't know I can't contact him he is in mexico in am in tucson."

4. On Wednesday, August 25, 2021 at 6:09 p.m., Maria Castaneda texted, "Taylor Do you know your dad wife phone number if I give to you Do you think you CAN Call her and ask her for your dads status because all she is telling US is lies we need to know The Truth when he will be at The shop or why he is in Mexico so long years months weeks." At 6:12 p.m., Maria Castaneda texted, "+0116312483737 Brenda." At 6:14 p.m., Taylor JOHNSON replied, "I have already talked to her and I know the situation down there but all I can tell you is he won't be out of mexico for a long time." At 6:15 p.m., Maria Castaneda asked, "Can you tell us why." At 6:17 p.m., Taylor JOHNSON replied, "He was caught doing stupid things." At 6:19 p.m., Maria Castaneda texted, "So sorry to worry you about it but who is paying the rent and water bill for the shop." At 6:20 p.m., Taylor JOHNSON replied, "Noone is there anymore." At 6:21 p.m., Maria Castaneda asked, "What about his stuff in the sjop." At 6:22 p.m., Taylor JOHNSON answered, "Me and a few other people took as much as we could I can't do anything else with the rest of it so I'm not sure." At 6:23 p.m., Maria Castaneda texted, "I need the keys to the shop." At 6:23 p.m., Taylor JOHNSON responded, "I'll ask my brother for them." At 6:24 p.m.,

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/15/2021 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/15/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | | Report Number:<br>21 |
|---|---|---|

Maria Castaneda asked, "What about all the cars at the shop."

5. On August 25, 2021 at 6:26 p.m., Taylor JOHNSON responded, "I'm not involved anymore he was doing dumb things and never left any paper work or instructions for what he wanted done if he got caught so I don't know what to do or what to tell you about any of that stuff I took what I could for him and I can't take anymore I don't live in nogales anymore either."

6. On Thursday, August 26, 2021 at 9:18 a.m., Taylor JOHNSON texted, "I sold that Ford truck to the tow guy that is my personal truck so he needs to take it." At 11:20 a.m., Maria Castaneda asked, "Okay who is the Cherike." At 11:20 a.m., Taylor JOHNSON replied, "Cherike?" At 11:20 a.m., Maria Castaneda stated, "Cherokee a blue outside." At 11:21 a.m., Taylor JOHNSON said, "Probably the neighbors they park stuff all the time over there," and "Can the tow guy come take the truck and the del sol of mine and my brothers." At 11:23 a.m., Maria Castaneda texted, "Okay yes they are towing them but you did not tell me that," and "Yesterday I mean." At 11:24 a.m., Taylor JOHNSON replied, "Ok thank you and the Grey BMW inside is a customer's car he will be calling you . Everything else I'd dad's and I can't do anything with it." At 11:25 a.m., Maria Castaneda texted, "The title on the BMW say your dad a name." At 11:26 a.m., Taylor JOHNSON answered, "Not the black one the Grey one on the middle."

7. There were no additional text messages on Maria Castaneda's cellphone between her and Taylor JOHNSON.

## ATTACHMENTS

1. Video recording of text message exchange between Maria Castaneda and Taylor JOHNSON

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000023-0002

000097

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ▆▆▆▆▆▆ | Report Number:<br>22 |

**SUMMARY OF EVENT:** <u>Forensic extraction of four (4) mobile devices (cellular phones):</u> On 10/18/2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent / Mobile Extraction Technician (SA/MET) Jules Borja began the extraction of the items listed below.

**NARRATIVE:**

1. On 10/18/2021, ATF SA/MET Borja began the extraction of mobile devices taken into ATF custody on 10/14/2021.

2. The devices are identified as:

<u>Federal SW 21-08730MB (Nogales, AZ Search Warrant)</u>
- ATF Evidence Item 11: Apple iPhone XR, model (A1984); IMEI: 352891117177846; SSN: DX3DH3VCKXKN; MSISDN +1 (520) 987-7126; containing unknow SIM card 89148000003969827265

<u>Federal SW 21-08735MB (Green Valley, AZ Search Warrant)</u>
- ATF Evidence Item 22: Samsung, model Galaxy S21 Ultra 5G SM-G998U1; SN: R5CR60W0FYF; MSISDN: 5203104421; containing Verizon SIM card 39148000007234766026

- ATF Evidence Item 26: Apple iPhone, model 7 plus (A1661/ MNR42LL/A); SN: FCGTG7AXHG03; MSISDN: + 1 (520)955-4371; containing Verizon SIM card 89148000002933846278

<u>Consent to Search</u>
- Samsung, model SM-A516U Galaxy A51 5G; SN: R5CN90DV9HJ; MSISDN: 15203041259; containing Cricket SIM card 89011503277384271604 (Reference: Attachment 1: ATF Consent to Search Form, signed by Andrea Madison)

| Prepared by:<br>Jules Borja | Title:<br>Special Agent, Tucson I Field Office | Signature:<br>*Julesrjc* | Date:<br>11/17/21 |
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/17/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

CR 22-2599-TUC
US v. Johnson et al.

000024-0001

000098

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number: 22 |
|---|---|---|

## Mobile Device Extraction Process & Results

3. On 10/18/2021, ATF SA/MET Borja began the extraction of devices. The devices were extracted using Cellebrite Universal Forensic Extraction Device (UFED) 4PC. The extraction program supports different extraction types (Logical, File System, and /or Physical).

4. Cellebrite Physical Analyzer software was used to decode, parse, and categorize the extracted data. Reports were then generated of the extracted data into html, pdf, excel, xml and ufdr formats.

5. The device extractions results are shown below. For full results see provided UFED reports.
   - ATF Evidence Item #11: Device and SIM card were extracted
   - ATF Evidence Item #22: Device and SIM card were extracted
   - ATF Evidence Item #26: Device and SIM card were extracted
   - Samsung, model SM-A516U Galaxy A51 5G (Consent): Device and SIM card were extracted

6. The extracted data and reports were placed onto sterilized storage media. The sterilized storage media was entered into ATF property as ATF Evidence Item #82 (thumb drive). A second copy (thumb drive) was created for case agent review.

7. Photos of the devices were also taken. Photos were placed onto a disk and the disk will be attached to this Report of Investigation. (Reference: Attachment 2)

## Terms Used

8. The following terms are used in this report and the extraction reports:

   - SIM: Subscriber Identity Module.
     (Term is also used for Universal Integrated Circuit Card - current generation SIM card)
   - ICCID: Integrated Circuit Card Identifier (SIM Card #).
   - MEID: Mobile Equipment Identifier
   - IMEI: International Mobile Equipment Identity
   - IMSI: International Mobile Subscriber Identity
   - MDN: Mobile Directory Number. Telephone number to a device.
   - MSISDN: Mobile Station International Subscriber Directory Number. Telephone number to a SIM card.

**ATTACHMENT:**
1. ATF Consent to Search Form
2. Disk containing photos of devices

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Consent to Search**

Case Number

I understand that I have a right to refuse to give my consent to a search and may demand that a search warrant be obtained prior to any search of the person or property described below.

I understand that any contraband or evidence of a crime found during the search can be seized and used against me in any court of law or other proceeding.

I understand that I may consult with an attorney before or during the search.

I understand that I may withdraw my consent to this search at any time prior to the search's termination.

This consent to search has been given voluntarily without promises, threats, coercion or force of any kind whatsoever.

I have read the above statement of rights, understand these rights, and hereby authorize agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to conduct a complete search of the property described below.

Describe Vehicle, Premises, Person, or Items to be Searched.

1 - Samsung cell phone from Andrea Madison

| | |
|---|---|
| Signature of Consentee | Date 10/15/2021 |
| Signature of Special Agent | Date 10/15/21 |
| Signature of Witness(es) | Date 10/15/2021 |

ATF Form 3220.11
Revised March 2007

All Defendants                     CR 22-2599-TUC                     000024-0003
US v. Johnson et al.

000100

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>23 |
|---|---|---|

## SUMMARY OF EVENTS:

**COMPUTER DEVICE EXTRACTIONS:** On October 26, 2021 Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Digital Media Collection Specialist (DMCS), Special Agent (SA) Mathew Owen began assisting SA Creighton Brandt of the Tucson ATF Group I Field Office with imaging multiple devices recovered during a search warrant at 235 South Paseo Quinta, Unit D, Green Valley, AZ 85614.

## NARRATIVE:

Beginning on October 26, 2021 ATF Digital Media Collection Specialist, SA Mathew Owen assisted SA Brandt, ATF Tucson Group I Field Office, with the collection and extraction of forensic evidence from multiple devices recovered during a search warrant. The owner of these devices was advised of the search at an offsite location. A copy of the search warrant was provided to DMCS SA Owen prior to any extractions. The devices are further described below.

- Item # 21, Acer, Model: Chromebook 15, SN: NXGHJAA0029010A8217600, Hard Drive: Non-Removable SSD, Laptop Computer.

- Item # 37, Apple iPod, Model: A1474, SN: DMPLR4ADEK17.

- Item # 38, ONN, Model: 100005208, SN: 5208909008988.

- Item # 45, Dell, Model: Inspirion 17 3000, SN: 33FRCX2, Hard Drive: Seagate, Model (HD): 1RK172-036, Capacity: 1.0TB, SN (HD): ZDEFTFY7, Laptop Computer.

- Item # 48, Acer, Model: N15Q9, SN: NXGHJAA002734157FF7600, Non-Removable SSD, Laptop Computer.

- Item # 55, ASUS, Model: L203M-D504, SN: KBN0CX06836745A, Non-Removable Embedded Multimedia Card, Laptop Computer.

| Prepared by:<br>Mathew L. Owen | Title:<br>Special Agent, Tucson II Field Office | Signature: | Date:<br>11/23/21 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/24/21 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000025-0001

000101

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ▮▮▮▮▮ | Report Number: 23 |
|---|---|---|

- Item # 56, Seagate, Model: Expansion Desktop Drive SRD00F2, SN: NA4JAX5H.

SA Owen physically examined all the devices possible and noted no damaged areas of problems during the extraction of digital evidence. The devices were photographed prior to extraction efforts. These photographs were submitted into the ATF Tucson Group I Evidence Vault by DMCS SA Owen.

- Item # 21- Hard Drive was NOT imaged successfully.
- Item # 37- Advised no further extraction efforts were necessary.
- Item # 38- Hard Drive was NOT imaged successfully.
- Item # 45- Seagate Model: 1RK172-036, 1TB Hard Drive was imaged successfully.
- Item # 48- Hard Drive was NOT imaged successfully.
- Item # 55- Hard Drive was NOT imaged successfully.
- Item # 56- Hard Drive was imaged successfully.

The software used for the extraction attempts of digital evidence was the Tableau Forensic Duplicator, also referred to as a TD2U which is licensed to ATF.

On November 05, 2021, SA Owen made contact with lead case agent SA Brandt regarding his evidentiary items. SA Owen advised that he was able to image the Hard Drive from item # 45 and has placed the evidence copy on a Seagate Expansion 1TB internal HD, SN: NAARS79G (Item #80). This item was entered into the ATF Tucson Group 1 Evidence Vault along with a 32GB Patriot Slate Thumb Drive (Item #81) containing an imaged copy of a Seagate External Hard Drive (Item #56). A working copy of this drive was provided to SA Brandt.

While meeting with the lead case agent SA Owen advised that a working copy of the imaged drive from Item #45 would need to be shipped to the West Regional Digital Forensic Expert (DFE) of the Digital Forensic Branch via FedEx for evaluation along with any other devices that could not be accessed by DMCS Owen's equipment. SA Brandt advised that at this time that would not be necessary. Further evaluation of these items can be determined at a later time in needed.

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000025-0002

000102

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>24 |
| --- | --- | --- |

## SUMMARY OF EVENT:

ATF SA Art Laguna seized one firearm from FFL Sahuarita Guns LLC.

## NARRATIVE:

1. On November 29, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Art Laguna responded to Federal Firearms Licensee (FFL) Sahuarita Guns LLC after they informed him they were in possession of another firearm belonging to Robert JOHNSON.

2. SA Laguna informed Sahuarita Guns LLC that the firearm was being seized due to an ongoing investigation. The firearm seized was a Bersa, model Thunder 380 Plus, .380 Auto caliber pistol, serial number A57898. SA Laguna completed an ATF Receipt for Property and Other Items (ATF Form 3400.23) for the seizure of the firearm. A review of the invoice for the RPD revealed JOHNSON purchased the firearm from Pa Auction Center in Pennsylvania for $295.40. The firearm was shipped to Sahuarita Guns LLC.

## ATTACHMENTS:

1. Receipt for Property and Other Items (ATF Form 3400.23)
2. Pa Auction Center Invoice

| Prepared by:<br>Arthur M. Laguna | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>11/29/21 |
| --- | --- | --- | --- |
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>11/29/2021 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page 1 of 1 | Case/Inspection Number [redacted] | Case/Inspection Title Johnson | Office Tucson 1 |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Sahuarita Guns

Recipient: *(name, title, address, if appropriate)*
SA Art Laguna

Location of Transfer or Seizure
125 W Calle De Las Tiendas  Green Valley Sahuarita, AZ

Basis for Transfer or Seizure of Items:
18 USC 922(a)(6)

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Bersa, Thunder 380 plus, SN: A57898, w/ magazine |
| | |
| | Nothing Follows |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signature]    Date 11/29/21

Transferred by: *(signature, if appropriate)* [signature]    Date 11-29-21    Witnessed by: *(signature)*    Date

ATF E-Form 3400.23
Revised March 2005

Auction S   - 361 - 7/17/2021 Firearms & Sporting   ds Auction

**PAID IN FULL**

**Pa Auction Center**
**1141 Wea Wit Street**
**East Earl, PA  17519**
**Phone: 7176877018   Fax: 7176878819**

| Invoice.#: | 83751 |
|---|---|
| Date: | 7/29/2021 7:33:36 |
| Page: | 1 |

**# 3691**

SOLD TO:
Robert Johnson
249 W 3rd Street
Nogales, AZ 85621
Phone:(520) 604-8585

SHIP TO:
Robert Johnson
249 W 3rd Street
Nogales, AZ 85621

robertjohnsonauto@yahoo.com
*called  7/28 will get in touch with his ffl E-Mailed on 7/19/2021 to robertjohnsonauto@yahoo.com*
*E-Mailed on 7/21/2021 to robertjohnsonauto@yahoo.com*
*E-Mailed on 7/28/2021 to robertjohnsonauto@yahoo.com*

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 401 | 827 - (R) Bersa Thunder 380 Plus .380 Auto Pistol | 1 x 230.00 | 230.00 · |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 230.00 |
| 18% Buyer's Premium: | 41.40 |
| Shipping & Handling: | 24.00 |
| Tax1  Default: | 0.00 |
| Invoice Total: | $295.40 |
| APN  -  7/19/2021  - | 295.40 |
| Remaining Invoice Balance: | $0.00 |

Sahuarita Guns

Thank you for attending our auction!
Like our facebook page Pa Auction Center!
View our upcoming schedule or join our email list @ www.paauctioncenter.com.
Call 717-687-7018 to schedule your auction. Real Estate, Estate Sales, Farm & Business Dispersals and more. Big
or small we do it all.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number:<br>████████ | Report Number:<br>25 |
|---|---|---|

## SUMMARY OF EVENT:

On 11/15/2021 Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Digital Forensic Specialist (DFS) Steve Greene conducted a forensic acquisition of the digital evidence listed below. The request is pursuant to a signed Federal Search and Seizure Warrant issued by the United States District Court, District of Arizona; Case #21-03271MB.

## NARRATIVE:

1. On 11/15/2021, ATF Item #00016 was received at the Digital Forensics Branch, Sterling, VA via Fed Ex, Airbill #7751 5202 5505, from Special Agent Jules Borja, Tucson, AZ Field Office.

2. The (1) listed digital device is identified as:

| ATF Item # | DESCRIPTION |
|---|---|
| 00016 | Digital Video Recorder (DVR), QTY:1 Serial #C92bd5307bdc5d5, Xvim DVR, Model #HD15W-45-HIK, Contained: Seagate 1.0TB HDD Model: ST1000NM0033, S/N: Z1W1A97M |

### Digital Video Recorder HDD Acquisition Process & Results

| ATF Item # | DESCRIPTION – SHA-1 Hash Value |
|---|---|
| 00016 - HDD | Seagate 1.0TB HDD Model: ST1000NM0033, S/N: Z1W1A97M<br>SHA-1 - 5b76cb1e6dd74593115f3cb49b2d350a296cd5d6 |
| DD Image – Working Copy | Western Digital 2.0TB HDD Model: WD2003FZEX-00Z4SA0, S/N: WMC130F5JE66<br>SHA-1 - 5b76cb1e6dd74593115f3cb49b2d350a296cd5d6 |
| Forensic Clone – Working Copy | Western Digital 1.0TB HDD Model: WD10EZRX-00A8LB0, S/N: WMC1U9170643<br>SHA-1 - 5b76cb1e6dd74593115f3cb49b2d350a296cd5d6 |

| Prepared by:<br>Steve C. Greene | Title:<br>Digital Forensic Specialist, Digital Forensics Branch | Signature: | Date:<br>01/04/22 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>1/7/2022 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ▮▮▮▮ | Report Number: 25 |

## DVR HDD Analysis and Results

| Date | Action | Result |
|------|--------|--------|
| 11/15/21 | Removed HDD from DVR. Connected HDD (#00016 Internal) to a Tableau Forensic Duplicator TD2u. | Made DD Image onto a Western Digital 2.0TB HDD Model: WD2003FZEX-00Z4SA0, S/N: WMC130F5JE66. Verified SHA-1 Hash matched the original HDD (#00016 Internal), verifying exact duplicate. |
| 11/21/21 | Connected HDD (#00016 Internal) to a Tableau Forensic Duplicator TD2u. | Made Working Copy Forensic Clone. Verified SHA-1 Hash matched the original HDD (#00016 Internal), verifying exact duplicate. |
| 11/21/21 | Powered up DVR without HDD installed. Documented DVR Menu Settings and DVR Time Offset. | Documented DVR Menu Settings. Documented DVR Time offset to be approximately 11 hours, 55 minutes, 21 seconds behind Real Time. Real Time based on Time.gov. |
| 11/21/21 | Connected HDD (#00016 Internal) to a forensic video workstation. Opened DVR Examiner Ver 3.1.0. | Detected filesystem, exported single bitmaps of each camera view. |
| 11/21/21 | Opened XnView, ver. 2.49.5. Created DVR Camera View Contact Sheets | Created DVR Camera View Contact Sheets, titled "#00016 DVR Camera Views CH01-04.pdf", "#00016 DVR Camera Views CH05-08.pdf". |
| 11/24/21 | Connected HDD (#00016 Internal) to a forensic video workstation. Opened DVR Examiner Ver 3.1.0. | Detected filesystem, adjusted time to reflect the DVR Time offset of 11:55:21 behind real time. Exported all Accessible video clips exported as Open AVI Files. Date Range of Accessible video clips (08/16/21 – 08/25/21, 11/04/21). Copied onto a Seagate 4.0TB Expansion Portable Drive. |
| 11/29/21 | Connected forensic clone in DVR (#00016). Powered on DVR. | Clone recognized by DVR. Verified date range of video files (08/16/21 – 08/25/21). |
| 11/29/21 | DVR Examiner Ver. 3.1.0 | Detected filesystem, adjusted time to reflect the DVR Time offset of 11:55:21 behind real time. Exported all Inaccessible video clips exported as Open AVI Files. Seagate 4.0TB Expansion Portable Drive. |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000027-0002

000107

| Title of Investigation: JOHNSON, Robert Andrew, et al. | | Investigation Number: ▮ | Report Number: 25 |

| 12/17/21 | Copied forensic DD Image (#00016 Internal), onto Seagate 4.0TB Expansion Portable Drive, P/N: 1TEAPF-500, S/N: NA83MQ55. | Copied DD Image of ATF Item #00016 HDD, folders containing Accessible video clips and Inaccessible video clips. and #00016 DVR Camera View Contact Sheet.pdf onto Seagate 4.0TB Expansion Portable Drive, P/N: 1TEAPF-500, S/N: NA83MQ55, labeled as ATF Item #000084. |
|---|---|---|
| 12/17/21 | Copied folder containing Accessible video clips and Inaccessible video clips to Seagate 2.0TB Expansion Portable Drive, P/N: 1TEAP6-500, S/N: NAA9V7QH. | Copied folder containing Accessible video clips and Inaccessible video clips, #00016 DVR Camera View Contact Sheet.pdf to Seagate 2.0TB Expansion Portable Drive, P/N: 1TEAP6-500, S/N: NAA9V7QH, labeled as ATF Item #000084 Working Copy. |
| 01/04/22 | Copied A/V Unit Processing Notes to ATF Item #00084. | Copied A/V Unit Processing Notes to ATF Item #00084. |
| 01/04/22 | Sent ATF Item #00016, #000084, #000084 (WC), ROI, to S/A Borja. | Returned all items via Fed Ex, A/V request completed. |

## DISPOSITION OF EVIDENCE

| ATF Item # | DESCRIPTION |
|---|---|
| 00016 | Digital Video Recorder (DVR), QTY:1 Serial #C92bd5307bdc5d5, Xvim DVR, Model #HD15W-45-HIK, Contained: Seagate 1.0TB HDD Model: ST1000NM0033, S/N: Z1W1A97M |
| 000084 | Seagate 4.0TB Expansion Portable Drive, P/N: 1TEAPF-500, S/N: NA83MQ55, Labeled as ATF Item #00084 Containing: - Forensic DD Image of ATF Item #00016 HDD - DVR Exports Accessible Video Files - DVR Exports Inaccessible Video Files - DVR Camera View Contact Sheet.PDF - A/V Unit Processing Notes |
| 000084 (Working Copy) | Seagate 2.0TB Expansion Portable Drive, P/N: 1TEAP6-500, S/N: NAA9V7QH, Labeled as ATF Item #00084 Working Copy Containing: - DVR Exports Accessible Video Files - DVR Exports Inaccessible Video Files - DVR Camera View Contact Sheet.PDF |

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000027-0003

000108

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number: 26 |
|---|---|---|

## SUMMARY OF EVENT:

**Firearm Recovery:**  Firearm recovered in Ciudad Fernandez, San Luis Potosi, with one hundred eighty-eight (188) days to recovery.  Government of Mexico (GOM) recovered three (3) firearms.

## NARRATIVE:

1. On January 6, 2022, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Carlos M. Delgado, Jr., assigned to the ATF Monterrey, Mexico Office, reviewed an "Informe Policial Homologado" (Uniform Police Report) and other reports provided to ATF by GOM, "Fiscalia General de la Republica" (Mexico Attorney General - FGR).  The reports recorded the recovery of three (3) firearms by GOM authorities, on December 7, 2021.

2. ATF Monterrey, Mexico Office reviewed National Tracing Center (NTC), Firearms Trace Summary #T20210567277, which indicates Robert Andrew **JOHNSON** ("**JOHNSON**"), DOB: ▮▮▮▮1974, purchased one (1) Century Arms International, model VSKA, 7.62 in caliber, rifle, bearing Serial Number (S/N) SV7050329, on or about June 2, 2021.

3. **JOHNSON** purchased the aforementioned firearm at Federal Firearms Licensee (FFL) Sahuarita Guns, located at 125 W. Calle de las Tiendas, Suite #109A, Green Valley, AZ  85614.  **JOHNSON** provided his address as 249 W. 3rd St., Nogales, AZ  85621.

4. The reports state, in part, that on December 7, 2021, at approximately 2130 hrs., "Policia de Investigacion" (State Investigative Police – PID) personnel operating out of Ciudad Fernandez, San Luis Potosi, encountered an unidentified female who advised she was just robbed by two (2) individuals on a motorcycle.  Officers located the motorcycle pointed out by the female and a pursuit and shootout ensued.  Shortly thereafter, the motorcycle stopped at Avenida Revolucion #333, Colonia Jardines del Alto, Ciudad Fernandez, San Luis Potosi and both individuals entered the residence.  PID personnel followed the unknown men into the home and later detained one (1) male:  Fabian Casillas Hernandez (DOB:  March 24, 1983).  GOM searched the residence and subsequently seized three (3) firearms, eighteen (18) firearm magazines, four hundred ninety-one (491) rounds of assorted caliber ammunition and tactical gear bearing Cartel de Jalisco Nueva Generacion (CJNG) lettering.

| Prepared by: Carlos M. Delgado | Title: Special Agent, ATF Monterrey Office | Signature: *Carlos M. Delgado, Jr.* | Date: 01/07/2022 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 1/10/2022 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

000028-0001

000109

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ███ | Report Number:<br>26 |
|---|---|---|



5. The reports (FED/SLP/CVALLES/0001866/2021), documenting the Government of Mexico's encounter and subsequent seizure of the firearms and other property are attached to this document for further review.

6. The following firearms were seized:

   a. As noted in paragraph #2 above, one (1) Century Arms International, model VSKA, 7.62 in caliber, rifle, bearing S/N SV7050329, associated with ATF Firearms Trace Summary #**T20210567277**. This firearm has 188 days to recovery. The trace revealed the original purchaser was Robert Andrew **JOHNSON**.



   b. One (1) DPMS Panther Arms, model A-15, .223/5.56 in caliber, rifle, bearing S/N FFA008508, associated with ATF Firearms Trace Summary #**T20210567300**.

Page 2 of 3

ATF EF 3120.2 (10-2004)<br>For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number:<br>■■■■■■■■ | Report Number:<br>26 |
|---|---|---|



c.  One (1) Smith & Wesson, model unknown, 9 in caliber, pistol, bearing S/N OBLITERATED, associated with ATF Firearms Trace Summary #**T20210567256**.



d.  See reports for other items seized by GOM.

7.  End of report.

**ATTACHMENTS:**

1.  Informe Policial Homologado - 1866

2.  Informe Balistico – 1866

3.  Fotografia Forense - 1866

4.  E-Trace Report #**T20210567277 – JOHNSON**

    (**Note:**  All supporting documents will be uploaded to Source Folder in NForce)

---

ATF EF 3120.2 (10-2004)<br>For Official Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ███████ | Report Number: 27 |
|---|---|---|

**SUMMARY OF EVENT:** Seizure of one (1) firearm in Magadalena, Sonora by the Sonora State Police (PESP). A trace of the recovered firearm revealed its purchaser as Arizona resident, Robert Andrew JOHNSON, and a time-to-crime (TTC) of 142 days.

**NARRATIVE:**

1. On November 13, 2021, at approximately 1840 hours, officers from the Sonora State Police were patrolling along a dirt road near Carretera Magadelena-Tubutama in Magadelena, Sonora, when they observed a group of armed subjects standing next to four parked vehicles.

2. As soon as the subjects noticed the police presence, they started shooting at the officers, causing the officers to return fire.

3. The armed subjects fled the scene in their vehicles, leaving one vehicle behind.

4. The officers searched the vehicle, locating one firearm underneath the front passenger's seat and numerous rounds of ammunition in the vehicle's cabin and trunk.

5. Officers recovered the following items:

   - One (1) rifle
   - Seven (7) magazines
   - 600 rounds of ammunition
   - 2002, Chevrolet, Suburban, VIN: 1GNEC16T22J329292

6. The Mexican Federal Attorneys Office (FGR) submitted the seized firearm to the ATF eTrace, revealing the following information:

   Trace Number: T20210501590 – 142 days TTC
   Century Arms International, VSKA, 7.62 caliber, rifle, SV7058893
   Purchaser: **Robert Andrew JOHNSON** ███████ 974)
   Home Address: 249 W. 3rd St., Nogales, AZ 85621
   Purchase Date: 06/23/2021

| Prepared by: David ROBERTS | Title: Special Agent, ATF Tijuana Office | Signature: | Date: 01/14/2022 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 1/20/2022 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number:<br>██████████ | Report Number:<br>27 |
|---|---|---|

7.  An NCIC query revealed that the firearm bearing serial number SV7058893, was not reported stolen.

Exhibits
1.  Incident Report and Dictamen – ████████████████
2.  Trace Report – T20210501590

ATF EF 3120.2 (10-2004)<br>For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000029-0002

000114

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
**Agency Phone:**    **Agency Fax:**
**Print Date: 06 January, 2022**

## FIREARMS TRACE SUMMARY

**Trace Number: T20210501590**    **Request Date: 14 November, 2021**    **Completion Date: 04 January, 2022**

FRANCISCO GUZMAN ESPINOSA
PGR SONORA
CALLE ANA GABRIELA GUEVARA
NOGALES, SO
MEXICO

### FIREARM INFORMATION
**Manufacturer:** CENTURY ARMS INTERNATIONAL
**Model:** VSKA
**Caliber:** 762
**Serial Number:** SV7058893
**Type:** RIFLE
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

**Badge No:**
**Investigation No:** ███████████

### RECOVERY INFORMATION
**Recovery Date:** 12/11/2021
**Time to Crime:** 142 days

MAGDALENA DE KINO, SO
MEXICO
**Possessor:**
**DOB:**
**POB:**

CENAPI PGR
CENAPI
CALLE XOCHITL NUMBER 38
MEXICO CITY, DF
MEXICO

### DEALER INFORMATION
**FFL:** 98608552
SAHUARITA GUNS
125 W CALLE DE LAS TIENDAS 109A
GREEN VALLEY, AZ 85614
**Phone:**    (520) 409-3460    **Ship-To-Date:**    06/22/2021
Ext:

**Badge No:**
**Investigation No:**

### PURCHASER INFORMATION
**Purchase Date:** 23/06/2021
ROBERT ANDREW JOHNSON
249 W 3RD ST
NOGALES, AZ 85621
**DOB:** ████/1974
**POB:** CRAWFORDSVILLE, IN UNITED STATES
**Race:** WHITE            **Height:** 1 m 78 cm
**Sex:** Male             **Weight:** 64 kgs
**ID 1:** AZ DRIVER'S LICENSE: D05000542

**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20210501590
FOR OFFICIAL USE ONLY
Page 1 of 2



ID 2:  :

Contact the local ATF office for additional information.

**ADMINISTRATIVE INFORMATION**

CARPETAINVESTIGACION: ████████████████

NUMERO DE OFICIO: NOG-EILV-C2-1477/2021

AUTORIDAD ACTUANTE: JUAN MANUEL LOPEZ MARISCAL

FOLIO: 7237/2021

OTRA AP:

ORIGEN:

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT ████████████

**Additional Remarks:**

4473 STATES AN ADDITIONAL 2 RIFLES WERE PURCHASED AT THIS TIME.

PURCHASER ETHNICITY NOT HISPANIC OR LATINO.

**The information in this report must be validated prior to use in any criminal proceedings.**

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000029-0004

000116

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ▮▮▮▮▮▮ | 28 |

**SUMMARY OF EVENT:** Seizure of five (5) firearms in Santa Ana, Sonora by the Sonora State Public Safety Police (PESP). A trace of one of the recovered firearms revealed its purchaser as Arizona resident, Robert Andrew JOHNSON, and a time-to-crime (TTC) of 201 days.

**NARRATIVE:**

1. On December 20, 2021, at 1556 hours, elements of the Sonora State Public Safety Police (PESP) and Mexican Military (SEDENA), on joint patrol in Santa Ana (Sonora), observed a speeding vehicle. The patrol unit initiated a traffic stop of the vehicle.

2. The suspect vehicle accelerated and fled, losing control, and hitting a sidewalk. Four male subjects exited the vehicle and fled on foot. The officers were unable to locate or capture any of the subjects.

3. Inside the abandoned suspect vehicle, the patrol unit located: one (1) homemade explosive device, five (5) rifles, 28 magazines, and 1,458 rounds of ammunition.

4. SEDENA units seized the explosive device, while the firearms, ammunition, and vehicle, were referred to the Mexican Federal Attorneys Office (FGR) in Nogales, Sonora.

5. Officers seized the following items:

   - Five (5) rifles
   - 28 Magazines
   - 1,458 rounds of ammunition
   - Chevrolet, Tahoe, 2001, CA Plates: 6KBY016, VIN: 1GNEK13T61J113773



| Prepared by:<br>David ROBERTS | Title:<br>Special Agent, ATF Tijuana Office | Signature: | Date:<br>02/01/2022 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title: *for:*<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>2/7/22 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ████████ | Report Number: 28 |
|---|---|---|









6. An ██████ Vehicle Registration Query revealed the vehicle's last registered owner was Peter Robert HOLMVIK (████████████ Brea, CA 92821). The vehicle registration was suspended as of August 2, 2021.

7. The Mexican Federal Attorneys Office (FGR) submitted the seized firearm to the ATF eTrace, revealing the following information:

> Trace Number: T20220006434 – 201 days TTC
> Romarm/CUGIR, GP WASR 10/63, 7.62 caliber, rifle, CE-1329-69
> Purchaser: **Robert Andrew JOHNSON** ████ /1974)
> Home Address: 249 W. 3rd St., Nogales, AZ 85621
> Purchase Date: 06/18/2021
>
> Trace Number: T20220006438 – 5,405 days TTC
> Trace Number: T20220006442 – 15,599 days TTC
> Trace Number: T20220006457 – 487 days TTC
> Trace Number: T20220006450 – In Progress

8. An NCIC query revealed that the firearm bearing serial number CE-1329-69, was not reported stolen.

Exhibits
1. Incident Report and Dictamen - ████████████
2. Trace Report – T20220006434

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Agency Phone:   Agency Fax:

Print Date: 31 January, 2022

## FIREARMS TRACE SUMMARY

Trace Number: T20220006434    Request Date: 05 January, 2022    Completion Date: 19 January, 2022

**RICARDO MICHEL OROZCO SOTO**
**PGR DELEGACIÓN ESTATAL**
**MEXICO**
**HERMOSILLO, SO**
**MEXICO**

### FIREARM INFORMATION

Manufacturer: ROMARM/CUGIR
Model: GP WASR 10/63
Caliber: 762
Serial Number: CE-1329-69
Type: RIFLE
Country: ROMANIA
Importer: CAI GEORGIA VT - CENTURY IN...
Obliterated:
Identifying Marks: RO
NIBIN:
Gang Name:

**Badge No:** 631930
**Investigation No:** ████████████

### RECOVERY INFORMATION
Recovery Date: 05/01/2022
Time to Crime: 201 days

NOGALES, SO
MEXICO
Possessor:
DOB:
POB:

**AIC FGR**
**CENAPI**
**CALLE XOCHITL NUMBER 38**
**MEXICO CITY, DF**
**MEXICO**

### DEALER INFORMATION    FFL: 98608552

SAHUARITA GUNS
125 W CALLE DE LAS TIENDAS 109A
GREEN VALLEY, AZ 85614
**Phone:** (520) 409-3460    **Ship-To-Date:** 06/18/2021
Ext:

**Badge No:**
**Investigation No:**

### PURCHASER INFORMATION    Purchase Date: 18/06/2021
ROBERT ANDREW JOHNSON
249 W 3RD ST
NOGALES, AZ 85621
**DOB:** ████1974
**POB:** CRAWFORDSVILLE, IN UNITED STATES
**Race:** WHITE        **Height:** 1 m 78 cm
**Sex:** Male        **Weight:** 64 kgs
**ID 1:** AZ DRIVER'S LICENSE: D05000542

**The information in this report must be validated prior to use in any criminal proceedings.**



**ID 2:** :

Contact the local ATF office for additional information.

**ADMINISTRATIVE INFORMATION**

PREVIOUS INQUIRY: ███████████████

I NUMBER OF OFFICE: ███████████████

OPERATING AUTHORITY: ███████████████

FOLIO: 22-22

ANOTHER AP:

ORIGIN:

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT ████████

**Additional Remarks:**

THIS 4473 FORM SHOWS A MULTI-ITEM PURCHASE OF FIVE RIFLES.

**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20220006434

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>28 |
|---|---|---|

**SUMMARY OF EVENT:** Seizure of five (5) firearms in Santa Ana, Sonora by the Sonora State Public Safety Police (PESP). A trace of one of the recovered firearms revealed its purchaser as Arizona resident, Robert Andrew JOHNSON, and a time-to-crime (TTC) of 201 days.

**NARRATIVE:**

1. On December 20, 2021, at 1556 hours, elements of the Sonora State Public Safety Police (PESP) and Mexican Military (SEDENA), on joint patrol in Santa Ana (Sonora), observed a speeding vehicle. The patrol unit initiated a traffic stop of the vehicle.

2. The suspect vehicle accelerated and fled, losing control, and hitting a sidewalk. Four male subjects exited the vehicle and fled on foot. The officers were unable to locate or capture any of the subjects.

3. Inside the abandoned suspect vehicle, the patrol unit located: one (1) homemade explosive device, five (5) rifles, 28 magazines, and 1,458 rounds of ammunition.

4. SEDENA units seized the explosive device, while the firearms, ammunition, and vehicle, were referred to the Mexican Federal Attorneys Office (FGR) in Nogales, Sonora.

5. Officers seized the following items:

   - Five (5) rifles
   - 28 Magazines
   - 1,458 rounds of ammunition
   - Chevrolet, Tahoe, 2001, CA Plates: 6KBY016, VIN: 1GNEK13T61J113773

 

| Prepared by:<br>David ROBERTS | Title:<br>Special Agent, ATF Tijuana Office | Signature: | Date:<br>02/01/2022 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title: *for:*<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>2/7/22 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>28 |
|---|---|---|

 

 



6.  An NLETS Vehicle Registration Query revealed the vehicle's last registered owner was Peter Robert HOLMVIK ( ███████████ Brea, CA 92821). The vehicle registration was suspended as of August 2, 2021.

7.  The Mexican Federal Attorneys Office (FGR) submitted the seized firearm to the ATF eTrace, revealing the following information:

> Trace Number: T20220006434 – 201 days TTC
> Romarm/CUGIR, GP WASR 10/63, 7.62 caliber, rifle, CE-1329-69
> Purchaser: **Robert Andrew JOHNSON ████ /1974)**
> Home Address: 249 W. 3ʳᵈ St., Nogales, AZ 85621
> Purchase Date: 06/18/2021
>
> Trace Number: T20220006438 – 5,405 days TTC
> Trace Number: T20220006442 – 15,599 days TTC
> Trace Number: T20220006457 – 487 days TTC
> Trace Number: T20220006450 – In Progress

8.  An NCIC query revealed that the firearm bearing serial number CE-1329-69, was not reported stolen.

Exhibits
  1.  Incident Report and Dictamen – ████████████
  2.  Trace Report – T20220006434

---

ATF EF 3120.2 (10-2004)
For Official Use Only

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Agency Phone:   Agency Fax:
**Print Date: 31 January, 2022**

## FIREARMS TRACE SUMMARY

Trace Number: T20220006434    Request Date: 05 January, 2022    Completion Date: 19 January, 2022

**RICARDO MICHEL  OROZCO SOTO**
**PGR DELEGACIÓN ESTATAL**
**MEXICO**
**HERMOSILLO, SO**
**MEXICO**

### FIREARM INFORMATION
Manufacturer: ROMARM/CUGIR
Model: GP WASR 10/63
Caliber: 762
Serial Number: CE-1329-69
Type: RIFLE
Country: ROMANIA
Importer: CAI GEORGIA VT - CENTURY IN...
Obliterated:
Identifying Marks: RO
NIBIN:
Gang Name:

**Badge No:**    631930
**Investigation No:** ████████████

### RECOVERY INFORMATION
Recovery Date: 05/01/2022
Time to Crime: 201 days

NOGALES, SO
MEXICO
Possessor:
DOB:
POB:

**AIC FGR**
**CENAPI**
**CALLE XOCHITL NUMBER 38**
**MEXICO CITY, DF**
**MEXICO**

### DEALER INFORMATION      FFL: 98608552
SAHUARITA GUNS
125 W CALLE DE LAS TIENDAS 109A
GREEN VALLEY, AZ 85614
Phone:    (520) 409-3460    Ship-To-Date:    06/18/2021
Ext:

**Badge No:**
**Investigation No:**

### PURCHASER INFORMATION    Purchase Date: 18/06/2021
ROBERT ANDREW JOHNSON
249 W 3RD ST
NOGALES, AZ 85621
DOB: ████/1974
POB: CRAWFORDSVILLE, IN UNITED STATES
Race: WHITE       Height: 1 m 78 cm
Sex: Male        Weight: 64 kgs
ID 1: AZ DRIVER'S LICENSE: D05000542

**The information in this report must be validated prior to use in any criminal proceedings.**

Unclassified Controlled Information

Trace: T20220006434                                        Page 1 of 2
**FOR OFFICIAL USE ONLY**

ID 2:  :

Contact the local ATF office for additional information.

**ADMINISTRATIVE INFORMATION**

PREVIOUS INQUIRY: ████████████

I NUMBER OF OFFICE: ████████████

OPERATING AUTHORITY: ████████████

FOLIO: 22-22

ANOTHER AP:

ORIGIN:

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT ████████

**Additional Remarks:**

THIS 4473 FORM SHOWS A MULTI-ITEM PURCHASE OF FIVE RIFLES.

**The information in this report must be validated prior to use in any criminal proceedings.**

**JUNIO 25**

SISTEMA NACIONAL DE SEGURIDAD PÚBLICA



20|DIC|2021

| NÚMERO DE REFERENCIA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EDO | INST | GOB | MPIO | DD | MM | AAAA | HH | MM |

NÚMERO DE FOLIO ASIGNADO POR EL SISTEMA

## INFORME POLICIAL HOMOLOGADO (IPH₂₀₁₉)
### HECHO PROBABLEMENTE DELICTIVO

### SECCIÓN 1. PUESTA A DISPOSICIÓN

**Apartado 1.1** Fecha y hora de la puesta a disposición

Fecha: |2|0|1|2|2|0|2|1|    Hora: |2|0| : |2|1|| (24 horas)
D D M M A A A A        h h   m m

Señale con una "X" el o los Anexos entregados e indique la cantidad de cada uno de ellos (sólo entregue los Anexos utilizados).

**Anexo A.** Detención(es) ☐    **Anexo E.** Entrevistas ☒ |0|0|1|

**Anexo B.** Informe del uso de la fuerza ☐    **Anexo F.** Entrega - recepción del lugar de la intervención ☐

**Anexo C.** Inspección de vehículo ☐    **Anexo G.** Continuación de la narrativa de los hechos y/o entrevista ☒ |0|0|1|

**Anexo D.** Inventario de objetos ☒ |0|0|7|    No se entregan Anexos ☐

¿Anexa documentación complementaria?    SI ☒ *(Señale con una "X" el tipo de documentación)* ➡

- Fotografías ☐    Audio ☐
- Videos ☐    Certificados médicos ☐

No ☐    Otra ☐ (¿Cuál?) *Inventario de Vehiculo*

**Datos de quien realiza la puesta a disposición**

| | |
|---|---|
| Primer apellido: | *Martinez* |
| Segundo apellido: | *Castro* |
| Nombre(s): | *Carlos Alonso* |
| Adscripción: | *PESP* |
| Cargo/grado: | *Policia* |
| Firma: | |

**Fiscal/Autoridad que recibe la puesta a disposición**

| | |
|---|---|
| Primer apellido: | *CARDOZA* |
| Segundo apellido: | *CESEÑA* |
| Nombre(s): | *JOSÉ LUIS* |
| Fiscalía/Autoridad: Adscripción: | *FGJE* |
| Cargo: | *AMPF TITULAR CELULA V-1 NOGALES* |
| Firma: | |

Sello de la institución/autoridad que recibe el formato IPH

*Página 1*

## SECCIÓN 2. PRIMER RESPONDIENTE

### Apartado 2.1 Datos de identificación

*Teran*
Primer apellido

*Lopez*
Segundo apellido

*Jesui*
Nombre(s)

Seleccione con una "X" la institución a la que pertenece, así como la entidad federativa o municipio de adscripción.

[ ] Guardia Nacional
[ ] Policía Federal Ministerial

[ ] Policía Ministerial
[ ] Policía Mando Único
[X] Policía Estatal    *Santa Ana, Sonora*
[ ] Policía Municipal
Otra autoridad:

¿Cuál es su grado o cargo?    *Policia*

¿En qué unidad arribó al lugar de la intervención?    *15169*    No aplica [ ]

¿Arribó más de un elemento al lugar de la intervención?    Si [X]    ¿Cuántos? |0|0|3| (001,002,...,010,...,)    No [ ]

## SECCIÓN 3. CONOCIMIENTO DEL HECHO Y SEGUIMIENTO DE LA ACTUACIÓN DE LA AUTORIDAD

### Apartado 3.1 Conocimiento del hecho por el primer respondiente

¿Cómo se enteró del hecho?

Denuncia [ ]    Flagrancia [ ]    Localización [X]    Mandamiento judicial [ ]

Llamada de emergencia [ ]    Descubrimiento [ ]    Aportación [ ]

### Apartado 3.2 Seguimiento de la actuación de la autoridad

Indique la fecha y hora en cada recuadro.

**Conocimiento del hecho**

Fecha: |2|0|1|2|2|0|2|1|
D D M M A A A A

Hora: |1|6| : |0|0| (24 horas)
h h    m m

**Arribo al lugar**

Fecha: |2|0|1|2|2|0|2|1|
D D M M A A A A

Hora: |1|6| : |0|0| (24 horas)
h h    m m

## SECCIÓN 4. LUGAR DE LA INTERVENCIÓN

### Apartado 4.1 Ubicación geográfica

Calle/Tramo carretero:    *Calle Guerrero esquina con calle Cuauhtemoc*

No. exterior: _____    No. interior: _____    Código Postal: _____

Colonia/Localidad:    *Del Rio*

Municipio/Demarcación territorial:    *Santa Ana*

Entidad federativa:    *Sonora*

Referencias:    *Frente a Taqueria pepe's*

Anote las coordenadas geográficas.

Latitud: |3|0| . |5|4|8|2|3| | |    Longitud: − |1|1|1| . |1|2|0|0|7|3| | |

Página 2

All Defendants

**Croquis del lugar**

*Es necesario incluir elementos y referencias que permitan identificar el o los lugares de la intervención, detención y/o hallazgo, como vialidades, árboles, cerros, ríos o edificaciones.*



**Apartado 4.2 Inspección del lugar**

| | Sí | No |
|---|---|---|
| ¿Realizó la inspección del lugar? | Sí ☒ | No ☐ |
| Al momento de realizar la inspección del lugar, ¿encontró algún objeto relacionado con los hechos? | Sí ☒ | No ☐ |
| ¿Preservó el lugar de la intervención? | Sí ☐ | No ☒ |
| ¿Llevó a cabo la priorización en el lugar de la intervención? | Sí ☒ | No ☐ |

Tipo de riesgo presentado:  Sociales ☒  Naturales ☐

*Especifique:* _____

Página 3

**SECCIÓN 5. NARRATIVA DE LOS HECHOS**

**Apartado 5.1 Descripción de los hechos y actuación de la autoridad**

Relate cronológicamente las acciones realizadas durante su intervención desde el conocimiento del hecho hasta la puesta a disposición. En su caso, explique las circunstancias de modo, tiempo y lugar que motivaron cada uno de los niveles de contacto y la detención.
Tome como base las siguientes preguntas: ¿Quién? (personas), ¿Qué? (hechos), ¿Cómo? (circunstancias), ¿Cuándo? (tiempo) y ¿Dónde? (lugar).

Con Fundamento en el Art. 51 del Codigo Nacional de Procedimientos Penales, Se Procede a elaborar la narativa del Presente Informe Policial Homologado en formato Word.

Martinez Castro Carlos Alonso        Bonilla Gil Alexis David

Jesus Teran Lopez                    Guadalupe Cruz
Teran Lopez Jesús                    Guadalupe Cruz Bringas

De ser necesario puede continuar la narración en el **Anexo G**.

Página 4

NARRACIÓN PRIMER RESPONDIENTE

IPH/PESP/SANTAANA/4365/2021

SIENDO LAS **15:56 HORAS** DEL DÍA DE HOY 20 DE DICIEMBRE DEL 2021, AL ENCONTRARNOS EN RECORRIDOS DE PREVENCIÓN Y VIGILANCIA POR LAS DIVERSAS COLONIAS DE SANTA ANA, SONORA, EN CARÁCTER DE POLICIAS ESTATALES DE SEGURIDAD PUBLICA A BORDO DE LA **UNIDAD 15169** DE ESTA COORPORACION EL **POLICÍA TERAN LOPEZ JESUS** CHOFER, EN COMPAÑÍA DEL **POLICÍA MARTINEZ CASTRO CARLOS ALONSO** COPILOTO, ASIMISMO LA UNIDAD 15249 A BORDO EL **POLICIA CRUZ BRINGAS GUADALUPE CHOFER, EN COMPAÑÍA DEL POLICIA BONILLA GIL ALEXIS DARIO COPILOTO,** EN COORDINACIÓN CON SEDENA UNIDADES 0903320,0903308 AL MANDO DEL TENIENTE DE CABALLERIA, **EMILIANO JIMENEZ ALEJANDRO** EN COMPAÑÍA DE 10 ELEMENTOS MÁS DE FUERZA; AL IR CIRCULANDO SOBRE LA CALLE CUAUHTÉMOC DE LA COLONIA DEL RIO, DE SUR A NORTE SE OBSERVO A UN VEHÍCULO TIPO CAMIONETA DE COLOR VERDE LA CUAL CIRCULABA A EXCESO DE VELOCIDAD, MOTIVO POR EL CUAL POR MEDIO DE COMANDOS DE SONIDO Y LUCES PREVENTIVAS SE INTENTA DETENER EL VEHÍCULO, HACIENDO CASO OMISO E IMPLEMENTANDO EL CONDUCTOR MÁYOR VELOCIDAD AL VEHICULO, EL CUAL MOMENTOS DESPUÉS PERDIÓ EL CONTROL DETENIÉNDOSE CONTRA UNA ACERA PEATONAL DEL LADO NORTE DE LA CALLE GUERRERO ESQUINA CON CUAUHTEMOC EN COORDENADAS **30.548231,-111.120073,** DESCENDIENDO DEL VEHICULO 4 PERSONAS DEL SEXO MASCULINO, LAS CUALES EMPRENDEN LA RETIRADA A FUERZA DE CARRERA, MOTIVO POR EL CUAL SE INTENTA DAR ALCANCE A LAS PERSONAS NO SIENDO ESTO POSIBLE YA QUE ESTOS SE PERDIERON ENTRE LOS DOMICILIOS Y CALLES DE ALREDEDOR, QUEDANDO EL VEHÍCULO DE LA **MARCA CHEVROLET LÍNEA TAHOE DE COLOR VERDE CON NUMERO DE SERIE 1GNEK13T61J113773** Y CON PLACAS DE CIRCULACION NUMERO **6KBY016, DE CALIFORNIA, EUA,** EN ESTADO DE ABANDONO POR LO QUE EL **C. MARTINEZ CASTRO CARLOS ALONSO** SIENDO LAS **16:00 HORAS** PROCEDE A REALIZAR UNA INSPECCIÓN VISUAL OBSERVANDO AL INTERIOR DEL VEHÍCULO ENTRE LOS ASIENTOS DELATNTEROS AL PARECER UN ARTEFACTO EXPLOSIVO CASERO Y EN EL AREA DE CARGA DEL VEHICULO SE OBSERVARON VARIAS ARMAS DE FUEGO, CARTUCHOS Y CARGADORES; ACTO SEGUIDO SIENDO APROXIMADAMENTE LAS **16:11 HORAS** CON APOYO DE PERSONAL DE SEDENA DE MATERIALES DE GUERRA, SIENDO EL C. SARGENTO PRIMERO ABISAY SILVA LOPEZ, LLEVO A CABO EL ASEGURAMIENTO Y PROCESAMIENTO CON LAS DEBIDAS MEDIDAS DE SEGURIDAD, DEL **ARTEFACTO EXPLOSIVO CASERO, ENVUELTO EN CINTA DE COLOR GRIS Y CINTA TRANSPARENTE, CON TUERCAS Y TORNILLOS, EN UN PEDAZO DE APROXIMADAMENTE 5 CMS, AL PARECER DE MECHA LENTA.**



All Defendants

POSTERIORMENTE SIENDO APROXIMADAMENTE DE LAS **16:12 HORAS** EL **C. TERAN LOPEZ JESUS** ASEGURO LOS SIGUIENTES OBJETOS BELICOS:

UN ARMA DE FUEGO TIPO FUSIL AK47, MATRICULA D-PAP000770.

UN ARMA DE FUEGO TIPO FUSIL AK47 MATRICULA DD6006.

UN ARMA DE FUEGO LARGA MARCA REMINGTON MATRICULA B6933142.

UN ARMA DE FUEGO TIPO FUSIL MODELO Y MARCA ILEGIBLE MATRICULA 008847.

UN ARMA DE FUEGO MARCA ANDERSON AM-15 MULTICAL TIPO FUSIL MATRICULA 20198378.

DE IGUAL MANERA EL **C. CRUZ BRINGAS GUADALUPE** SIENDO LAS **16:17 HORAS** REALIZO EL ASEGURAMIENTO DE:

12 CARGADORES PARA CARTUCHOS .223.

12 CARGADORES PARA CARTUCHOS 7.62X39.

04 CARGADORES PARA CARTUCHOS 7.62X51.

38 CARTUCHOS CALIBRE 7.62X51.

35 CARTUCHOS CALIBRE .308.

185 CARTUCHOS CALIBRE .223.

1200 CARTUCHOS CALIBRE 7.62X39.

SEGUIDAMENTE SE SOLICITO INFORME A C-5, RESPECTO A SI EL VEHICULO CUENTA CON REPORTE DE ROBO, RESULTANDO NEGATIVO.

CONSECUTIVAMENTE SE DA CONOCIMIENTO A LA SUPERIORIDAD Y UNA VES HECHO ESTO QUE SE LE DA CONOCIMINIENTO AL AGENTE DEL MINISTERIO PUBLICO EN TURNO EN LA CIUDAD DE NOGALES, A LAS 16:30HRS MISMO QUE ORDENA QUE SE PROCESEN LOS INDICIOS Y SE TRASLADEN A LA BREVEDAD A LA CIUDAD DE NOGALES A HACER LA FORMAL PUESTA A DISPOSICION. POR LO QUE SE PROCEDE A TRASLADARNOS A LAS INSTALACIONES DE LA FISCALÍA GENERAL DE LA REPUBLICA DEL MUNICIPIO DE NOGALES, SONORA PARA LA ELABORACIÓN DEL INFORME POLICIAL HOMOLOGADO (IPH) Y SUS ANEXOS PARA LA PUESTA DISPOSICIÓN DEL MINISTERIO PUBLICO CORRESPONDIENTE. CABE MENCIONAR QUE, **BONILLA GIL ALEXIS DARIO** Y PERSONAL DE LA SECRETARIA DE LA DEFENSA NACIONAL AL MANDO DEL



TENIENTE DE CABALLERÍA, EMILIANO GIMENEZ ALEJANDRO EN COMPAÑÍA DE 10 ELEMENTOS MÁS DE FUERZA BRINDARON SEGURIDAD PERIMETRAL EN TODO MOMENTO.

DEJANDO A DISPOSICION LOS SIGUIENTES INDICIOS:

01- UN ARTEFACTO EXPLOSIVO CASERO, ENVUELTO EN CINTA DE COLOR GRIS Y CINTA TRANSPARENTE, CON TUERCAS Y TORNILLOS, EN UN PEDAZO DE APROXIMADAMENTE 5 CMS, AL PARECER DE MECHA LENTA.

02- UN ARMA DE FUEGO TIPO FUSIL AK47, MATRICULA D-PAP000770.

03- UN ARMA DE FUEGO TIPO FUSIL AK47 MATRICULA DD6006.

04- UN ARMA DE FUEGO CON LA LEYENDA REMINGTON MATRICULA B6933142.

05- UN ARMA DE FUEGO TIPO FUSIL MODELO Y MARCA ILEGIBLE MATRICULA 008847.

06- UN ARMA DE FUEGO MARCA ANDERSON AM-15 MULTICAL TIPO FUSIL MATRICULA 20198378.

07- 12 CARGADORES PARA CARTUCHOS .223.

08- 12 CARGADORES PARA CARTUCHOS 7.62X39.

09- 04 CARGADORES PARA CARTUCHOS 7.62X51.

10- 38 CARTUCHOS CALIBRE 7.62X51.

11- 35 CARTUCHOS CALIBRE .308.

12- 185 CARTUCHOS CALIBRE .223.

13- 1200 CARTUCHOS CALIBRE 7.62X39

UN VEHICULO DE LA MARCA CHEVROLET LÍNEA TAHOE DE COLOR VERDE CON NUMERO DE SERIE 1GNEK13T61J113773 Y CON PLACAS DE CIRCULACION NUMERO 6KBY016, DE CALIFORNIA, EUA

ATENTAMENTE, PRIMEROS RESPONDIENTES PESP Y SEDENA

TERAN LOPEZ JESUS

MARTINEZ CASTRO CARLOS ALONSO

CRUZ BRINGAS GUADALUPE

BONILLA GIL ALEXIS DARIO

ELEMENTO DE SEDENA CABO DE CABALLERIA HERNAN CRUZ SANTIAGO

**ANEXO C. INSPECCIÓN DE VEHÍCULO**

Llene este anexo por cada vehículo inspeccionado.

**Vehículo:** 0 0 1 (001, 002... 010 ...)

**Apartado C.1 Fecha y hora de la Inspección**

Indique la fecha y la hora en que realizó la detención.

Fecha: 2 0 1 1 2 2 0 2 1     Hora: 1 6 : 0 0 (24 horas)
DD MM AAAA                         h h   m m

**Apartado C.2 Datos generales del vehículo inspeccionado**

| Tipo: | | | Procedencia: | |
|---|---|---|---|---|
| Terrestre ☒ | Acuático ☐ | Aéreo ☐ | Nacional ☐ | Extranjero ☒ |

Marca: Chevrolet    Submarca: Tahoe    Modelo: 1991    Color: Verde

Uso:

Particular ☒     Transporte público ☐     Carga ☐

Placa/Matrícula: 6KBY0116    No. de serie: 1 G M E K 1 3 T 6 1 1 1 1 3 7 7 3

Observaciones: _____

_____

Situación:

Con reporte de robo ☐     Sin reporte de robo ☒     No es posible saberlo ☐

**Apartado C.3 Objetos encontrados en el vehículo Inspeccionado**

¿Encontró objetos relacionados con los hechos?

Sí ☒     No ☐

**Apartado C.4 Datos del primer respondiente que realizó la Inspección, sólo si es diferente a quien firmó la puesta a disposición**

| Primer apellido | Segundo apellido | Nombre(s) |
|---|---|---|
| Adscripción: | Cargo/grado: | Firma: |

| Primer apellido | Segundo apellido | Nombre(s) |
|---|---|---|
| Adscripción: | Cargo/grado: | Firma: |

## ANEXO D. INVENTARIO DE ARMAS Y OBJETOS

Llene tantas veces como sea necesario este Anexo.

**Apartado D.1 Registro de armas de fuego**

Arma: |0|0|1| (001, 002 ..., 010 ...,)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? _Parte trasera_

Tipo de arma:    Calibre: _7.62X39_    Color: _Verde con Cafe_

Corta ☐    Larga ☒

Matrícula: |D|P|A|P|0|b|0|7|7|0|    No. de serie: | | | | | | | | | | | | | | | | | | | | |

Observaciones:
_____
_____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

Arma: |0|0|2| (001, 002 ..., 010 ...,)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? _Parte trasera_

Tipo de arma:    Calibre: _7.62X39_    Color: _Negro con cafe_

Corta ☐    Larga ☒

Matrícula: |D|D|6|0|0|6|    No. de serie: | | | | | | | | | | | | | | | | | | | | |

Observaciones:
_____
_____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.2 Datos del primer respondiente que realizó la recolección y/o aseguramiento de la o las armas, sólo si es diferente a quien firmó la puesta a disposición**

| _Terán_ | _Lopez_ | _Jesus_ |
|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) |

Adscripción: _PESP_    Cargo/grado: _Policia_    Firma: _Jesus Teran Lopez_

Nota: Este Anexo no sustituye la Cadena de Custodia, la cual deberá ser debidamente requisitada.

## ANEXO D. INVENTARIO DE ARMAS Y OBJETOS

Llene tantas veces como sea necesario este Anexo.

**Apartado D.1 Registro de armas de fuego**

**Arma:** 003 (001, 002,... 010,....)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐   Persona ☐   Vehículo ☒   ¿Dónde se encontró el arma? *Parte trasera del Vehículo*

Tipo de arma:   Calibre: .308   Color: *Cafe con Negro*

Corta ☐   Larga ☒

Matricula: B693 3142   No. de serie: | | | | | | | | | | | | | | | | | | | | | | |

Observaciones:
_____
_____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Arma:** 004 (001, 002,... 010,....)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐   Persona ☐   Vehículo ☒   ¿Dónde se encontró el arma? *Parte trasera del Vehículo*

Tipo de arma:   Calibre: 7.62x51   Color: *Negro con café*

Corta ☐   Larga ☒

Matricula: 0088417   No. de serie: | | | | | | | | | | | | | | | | | | | | | | |

Observaciones:
_____
_____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.2 Datos del primer respondiente que realizó la recolección y/o aseguramiento de la o las armas, sólo si es diferente a quien firmó la puesta a disposición**

| Teran | Lopez | Jesus |
|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) |

Adscripción: PESP   Cargo/grado: Policía   Firma: *Jesus Teran Lopez*

## ANEXO D. INVENTARIO DE ARMAS Y OBJETOS

Llene tantas veces como sea necesario este Anexo.

**Apartado D.1 Registro de armas de fuego**

**Arma:** 0 0 5 (001, 002,..., 010,....)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? _Parte trasera del Vehiculo_

Tipo de arma: _____    Calibre: _.223_    Color: _Negro_

Corta ☐    Larga ☒

Matrícula: |2|0|1|9|8|3|7|8|    No. de serie: | | | | | | |0|1|9|8|3|7|8| | | | | | | | |

Observaciones: _____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Arma:** | | (001, 002,... 010,....)

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección:

Lugar ☐    Persona ☐    Vehículo ☐    ¿Dónde se encontró el arma? _____

Tipo de arma: _____    Calibre: _____    Color: _____

Corta ☐    Larga ☐

Matrícula: | | | | | | | |    No. de serie: | | | | | | | | | | | | | | | | | | | | | |

Observaciones: _____

Anote el nombre y firma de la persona a la que se le aseguró el arma:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el arma no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.2 Datos del primer respondiente que realizó la recolección y/o aseguramiento de la o las armas, sólo si es diferente a quien firmó la puesta a disposición**

_Teran_ Primer apellido    _Lopez_ Segundo apellido    _Jesus_ Nombre(s)

Adscripción: _PESP_    Cargo/grado: _Policia_    Firma: _Jose Teran lopez_

## ANEXO D. INVENTARIO DE ARMAS Y OBJETOS

Llene tantas veces como sea necesario este Anexo.

**Apartado D.3 Registro de objetos recolectados y/o asegurados relacionados con el hecho probablemente delictivo**

Objeto: 0 1 2 (001, 002,..., 010,....)

¿Qué encontró? (apariencia de:)

Narcótico ☐    Hidrocarburo ☐    Numerario ☐    Otro: Cargadores

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? parte tracera

Breve descripción del objeto:

12 Cargadores para Cartuchos 7.62x39

Destino que se le dio:

Bodega de indicios de la FGR

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de los testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

Objeto: 0 1 2 (001, 002,..., 010,....)

¿Qué encontró? (apariencia de:)

Narcótico ☐    Hidrocarburo ☐    Numerario ☐    Otro: Cargadores

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? parte tracera

Breve descripción del objeto:

12 Cargadores para Cartuchos .223

Destino que se le dio:

Bodega de indicios de la FGR

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.4 Datos del primer respondiente que realizó la recolección y/o aseguramiento de los objetos, sólo si es diferente a quien firmó la puesta a disposición**

| Teran | López | Jesús |
|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) |

Adscripción: PESP    Cargo/grado: POLICIA    Firma: Jesús Teran Lopez

Nota: Este Anexo no sustituye la Cadena de Custodia, la cual deberá ser debidamente requisitada.

**ANEXO D. INVENTARIO DE ARMAS Y OBJETOS**

Llene tantas veces como sea necesario este Anexo.

Apartado D.3 Registro de objetos recolectados y/o asegurados relacionados con el hecho probablemente delictivo

Objeto: 00**4** (001, 002,..., 010,...)

¿Qué encontró? (apariencia de:)

Narcótico ☐   Hidrocarburo ☐   Numerario ☐   Otro: Cargadores

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐   Persona ☐   Vehículo ☒   ¿Dónde se encontró el arma? Parte trasera del Vehiculo

Breve descripción del objeto:

Cuatro cargadores para cartuchos 7.62X51

Destino que se le dio:

Bodega de Indicios de la FGR

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de los testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

Objeto: 00**1** (001, 002,..., 010,...)

¿Qué encontró? (apariencia de:)

Narcótico ☐   Hidrocarburo ☐   Numerario ☐   Otro: Artefacto

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐   Persona ☐   Vehículo ☒   ¿Dónde se encontró el arma? Parte trasera del Vehiculo

Breve descripción del objeto: Un artefacto explosivo casero
nevuelto en cinta Industrial color gris con
ruercas enveltas en cinta transparente con
lo que parece mecha lenta.

Destino que se le dio:

Personal de Materiales de Guerra de SEDENA.

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

Apartado D.4 Datos del primer respondiente que realizó la recolección y/o aseguramiento de los objetos, sólo si es diferente a quien firmó la puesta a disposición

| Teran | Lopez | Jesus |
|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) |

Adscripción: PESP   Cargo/grado: Policia   Firma: _Jesus Teran Lopez_

Nota: Este Anexo no sustituye la Cadena de Custodia, la cual deberá ser debidamente requisitada.

ANEXO D. INVENTARIO DE ARMAS Y OBJETOS

Llene tantas veces como sea necesario este Anexo.

**Apartado D.3 Registro de objetos recolectados y/o asegurados relacionados con el hecho probablemente delictivo**

Objeto: 038 (001, 002..., 010,...)

¿Qué encontró? (apariencia de:)

Narcótico ☐        Hidrocarburo ☐        Numerario ☐        Otro: Cartuchos

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐        Persona ☐        Vehículo ☒        ¿Dónde se encontró el arma? Parte trasera del Vehiculo

| Breve descripción del objeto: | Destino que se le dio: |
|---|---|
| 38 cartuchos calibre 7.62x51 | Bodega de Indicios de la FGR |

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de los testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

Objeto: 035 (001, 002..., 010,...)

¿Qué encontró? (apariencia de:)

Narcótico ☐        Hidrocarburo ☐        Numerario ☐        Otro: Cartuchos

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐

Inspección: ☒

Lugar ☐        Persona ☐        Vehículo ☒        ¿Dónde se encontró el arma? Parte trasera del Vehiculo

| Breve descripción del objeto: | Destino que se le dio: |
|---|---|
| 35 cartuchos calibre .308 | |

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.4 Datos del primer respondiente que realizó la recolección y/o aseguramiento de los objetos, sólo si es diferente a quien firmó la puesta a disposición**

| Teran | Lopez | Jesus |
|---|---|---|
| Primer apellido | Segundo apellido | Nombre(s) |

Adscripción: _____        Cargo/grado: _____        Firma: Jesus Teran Lopez

Nota: Este Anexo no sustituye la Cadena de Custodia, la cual deberá ser debidamente requisitada.

**ANEXO D. INVENTARIO DE ARMAS Y OBJETOS**

Llene tantas veces como sea necesario este Anexo.

**Apartado D.3 Registro de objetos recolectados y/o asegurados relacionados con el hecho probablemente delictivo**

**Objeto:** 185 (001, 002 ..., 010, ...)

¿Qué encontró? (apariencia de:)

Narcótico ☐    Hidrocarburo ☐    Numerario ☐    Otro: Cartuchos

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? Parte trasera del Vehículo

Breve descripción del objeto:

185 cartuchos calibre .223

Destino que se le dio:

Bodega de Indicios de la FGR

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de los testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Objeto:** 1200 (001, 002 ..., 010, ...)

¿Qué encontró? (apariencia de:)

Narcótico ☐    Hidrocarburo ☐    Numerario ☐    Otro: Cartuchos

Seleccione con una "X" si se trata de aportación o inspección, según corresponda.

Aportación ☐
Inspección: ☒

Lugar ☐    Persona ☐    Vehículo ☒    ¿Dónde se encontró el arma? Parte trasera del Vehículo

Breve descripción del objeto:

1200 cartuchos calibre 7.62x39

Destino que se le dio:

Bodega de Indicios de la FGR

Anote el nombre y firma de la persona a la que se le aseguró el o los objetos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |

En caso de que la persona a la que se le aseguró el o los objetos no acceda a firmar, anote nombre y firma de dos testigos:

| Primer apellido | Segundo apellido | Nombre(s) | Firma |
|---|---|---|---|
| | | | |
| Primer apellido | Segundo apellido | Nombre(s) | Firma |

**Apartado D.4 Datos del primer respondiente que realizó la recolección y/o aseguramiento de los objetos, sólo si es diferente a quien firmó la puesta a disposición**

| Primer apellido | Segundo apellido | Nombre(s) |
|---|---|---|
| Teran | Lopez | Jesús |

Adscripción: PESP    Cargo/grado: Policia    Firma: Jesus Tonar Lopez

Nota: Este Anexo no sustituye la Cadena de Custodia, la cual deberá ser debidamente requisitada.



**MÉXICO**
GOBIERNO DE LA REPÚBLICA

REGISTRO DE CADENA DE CUSTODIA

## Registro de Cadena de Custodia

IPH/SEDENA/NO4/4365/2021

**No. de referencia**

4365 [redacted]

| Institución o unidad administrativa | Folio o llamado | Lugar de intervención | Fecha y hora de intervención |
|---|---|---|---|
| PESP | 4365 | Calle Guerrero esquina con calle Cuauhtemoc, colonia del Rio Santa Ana, Sonora | 20/12/21 16:00 |

**Inicio de la cadena de custodia.** (Marque con "X" el motivo por el cual comienza el registro).

| Localización | X | Descubrimiento | | Aportación | |
|---|---|---|---|---|---|

1. **Identificación.** (Número, letra o combinación alfanumérica asignada al indicio o elemento material probatorio, descripción general, ubicación en el lugar de intervención y hora de recolección. Relacione la identificación por secuencias cuando se trate de indicios o elementos materiales probatorios del mismo tipo o clase; en caso contrario, registre individualmente. Cancele los espacios sobrantes).

| Identificación | Descripción | Ubicación en el lugar | Hora de recolección |
|---|---|---|---|
| 1 | Artefacto explosivo casero envuelto en la parte en cinto industrial color gris Con tornillos y tuercas envueltos en cinta transparente en un pedazo de aproximadamente 5cm al parecer mecho lenta. | trasera de un vehiculo | 16:10 |

2. **Documentación.** (Marque con "X" los métodos empleados o especifique cualquier otro en caso necesario).

Escrito: Sí [X] No [ ]    Fotográfico: Sí [ ] No [X]    Croquis: Sí [X] No [ ]

Otro: Sí [ ] No [X]

Especifique: _____

3. **Recolección y embalaje.** (Coloque el número, letra o combinación de los indicios o elementos materiales probatorios que fueron levantados directamente con la mano o mediante un instrumento, así como el tipo de embalaje que se empleó, según corresponda. Puede emplear intervalos).

| Manual | Instrumental |
|---|---|
| 1 | |

4. **Empaque/embalaje.** (Coloque el número, letra o combinación de los indicios o elementos materiales de acuerdo al tipo de embalaje que se empleó para su preservación o conservación, según corresponda. Puede emplear intervalos).

| Bolsa | Caja | Recipientes |
|---|---|---|
| | 1 | |

Registro de Cadena de Custodia

Página ___ de ___



MÉXICO
GOBIERNO DE LA REPÚBLICA

REGISTRO DE CADENA DE CUSTODIA

### Registro de Cadena de Custodia

IPH/SEDENA/NOG/4365/2021
No. de referencia
4365

**5. Servidores públicos.** (Todo servidor público que haya participado en el procesamiento de los indicios o elementos materiales probatorios deberá escribir su nombre completo, la Institución a la que pertenece, su cargo, la etapa del procesamiento en la que intervino y su firma autógrafa. Se deberán cancelar los espacios sobrantes).

| Nombre completo | Institución y cargo | Etapa | Firma |
|---|---|---|---|
| Abisay Silva López | Sedena | Procesamiento | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6. Traslado.** (Marque con "X" la vía empleada. En caso de ser necesaria alguna condición especial para la conservación o preservación de un indicio o elemento material probatorio en particular, el personal pericial o policial con capacidades para el procesar, según sea el caso, deberá recomendarla).

a) Vía:    Terrestre [X]    Aérea [ ]    Marítima [ ]

b) Se requieren condiciones especiales para su traslado:    No [X]    Sí [ ]

Recomendaciones:

Registro de Cadena de Custodia

Página ___ de ___



**MÉXICO**
GOBIERNO DE LA REPÚBLICA

REGISTRO DE CADENA DE CUSTODIA

1814/SEDENA/NO6/4365/2021

**No. de referencia**
4365

## Registro de Cadena de Custodia

**7. Continuidad y trazabilidad.** (Fecha y hora de la entrega-recepción, nombre completo de quien entrega y de quien recibe los indicios o elementos materiales probatorios, Institución a la que pertenecen, cargo dentro de la misma, propósito de la transferencia y firmas autógrafas. Anote las observaciones relacionadas con el embalaje, el indicio o elementos material probatorio o cualquier otra que considere necesario realizar. Agregue cuantas hojas sean necesarias. Cancele los espacios sobrantes después de que se haya cumplido con el destino final del indicio o elemento material probatorio).

| Fecha y hora de entrega recepción | Nombre, Institución y cargo de quien entrega | Actividad/propósito | Firma |
|---|---|---|---|
| 20/12/21 | Carlos Alonso Martinez Carbo  PESP  Policia | Entrega | |
| | Nombre, Institución y cargo de quien recibe | Actividad/propósito | Firma |
| | Abisag Saba Lopez  Sedena | Recolección | |
| | **Observaciones** | | |
| | | | |

| Fecha y hora de entrega recepción | Nombre, Institución y cargo de quien entrega | Actividad/propósito | Firma |
|---|---|---|---|
| | | | |
| | Nombre, Institución y cargo de quien recibe | Actividad/propósito | Firma |
| | | | |
| | **Observaciones** | | |
| | | | |

| Fecha y hora de entrega recepción | Nombre, Institución y cargo de quien entrega | Actividad/propósito | Firma |
|---|---|---|---|
| | | | |
| | Nombre, Institución y cargo de quien recibe | Actividad/propósito | Firma |
| | | | |
| | **Observaciones** | | |
| | | | |

| Fecha y hora de entrega recepción | Nombre, Institución y cargo de quien entrega | Actividad/propósito | Firma |
|---|---|---|---|
| | | | |
| | Nombre, Institución y cargo de quien recibe | Actividad/propósito | Firma |
| | | | |
| | **Observaciones** | | |

Registro de Cadena de Custodiabilidad:   Si [ ]   No [ ]

Página ___ de ___



**MÉXICO**
GOBIERNO DE LA REPÚBLICA

ENTREGA – RECEPCIÓN DE LOS INDICIOS
Y/O ELEMENTOS MATERIALES PROBATORIOS

## Entrega-recepción de Indicios o elementos materiales probatorios

| No. de referencia |
|---|
| ▇▇▇▇▇▇▇▇ |

| Folio o llamado | Lugar de la entrega-recepción | Fecha y hora entrega/recepción |
|---|---|---|
| 4365 | Calle Guerrero esquina con calle Cuauhtémoc colonia Del Rio, Santa Ana, Sonora | 12/20/21 16:10 |

**1. Inventario.** (escriba el número, letra o combinación alfanumérica con la que se identifica a cada indicio o elemento material probatorio que se entrega, así como su tipo o clase. Cancele los espacios sobrantes).

| Identificación | Tipo o clase |
|---|---|
| | Artefacto explosivo casero, envuelto en cinta industrial color gris, con tornillos y tuercas envueltos en cinta transparente, un pedazo de aproximadamente 8cm al parecer mecha lenta. |

**2. Embalaje.** (Señale las condiciones en las que se encuentran los embalajes. Cuando alguno de ellos presente alteración, deterioro o cualquier otra anomalía, especifique dicha condición).

| Persona que entrega | Persona que recibe |
|---|---|
| Martinez Castro Carlos Alonso | Siglo 110. Abraham E. Todolaya |
| Nombre completo, institución, cargo y firma | Nombre completo, institución, cargo y firma |

Entrega-Recepción de indicios o elementos materiales probatorios
Página ___ de ___
Se anexa continuación de entrega-recepción:  Si [ ]  No [ ]

**ANEXO E. ENTREVISTAS**

Llene este Anexo por cada persona entrevistada.

| Persona entrevistada: | (001, 092 ... 010, ...) | | ¿Desea reservar sus datos? | Si ☐ | No ☒ |
|---|---|---|---|---|---|

**Apartado E.1 Fecha y hora del lugar de la entrevista**

Indique la fecha y la hora en que realizó la entrevista.

Fecha: 2 0 1 4 2 0 2 1 (D D M M A A A A)    Hora: 1 6 : 1 2 (24 horas) (h h m m)

**Apartado E.2 Datos generales**

Primer apellido: Se lva    Segundo apellido: López    Nombre(s): Fhisay

Indique según corresponda.

Calidad: Víctima u ofendido ☐    Denunciante ☐    Testigo ☐

Nacionalidad: Mexicana ☒    Extranjera ☐    ¿Cuál? _____

Sexo: Mujer ☐    Hombre ☒    Fecha de nacimiento: (D D M M A A A A)    Edad: ☐☐

¿Se identificó con algún documento? Credencial INE ☐    Licencia ☐    Pasaporte ☐    Otro: Credencial SEDENA    No ☐

No. de identificación: 1 2 4

No. telefónico: 6 6 6 2 2 4 6 5 9 3    Correo electrónico: _____

**Domicilio de la persona entrevistada**

Calle/Tramo carretero: Medico Militar

No. exterior: S/N    No. interior: S/N    Código Postal: 84080

Colonia/Localidad: Lomas de Nogales 2

Municipio/Demarcación territorial: Nogales

Entidad federativa: Sonora

Referencias: Cuartel Militar

**Apartado E.3 Relato de la entrevista**

Un artefacto explosivo casero envuelto en cinta gris y enrollado por cinta traparsel y tuercas y tornillos, asegurado el artefacto es propicio al levantamiento manual para su resguardo y posterior destrucción

_____

Firma/Huella de la persona entrevistada

De ser el caso continúe la narración de la entrevista en el Anexo G.

MÉXICO
GOBIERNO DE LA REPÚBLICA

REGISTRO DE TRAZABILIDAD Y
CONTINUIDAD DE OBJETOS ASEGURADOS

## Registro de Trazabilidad y Continuidad de Objetos Asegurados

| No. de referencia | ███████████ |
|---|---|

| Institución o Unidad administrativa que aseguró | No. consecutivo del acta de inventario de aseguramiento | Descripción del objeto asegurado | Fecha del aseguramiento |
|---|---|---|---|
| PESP | 1 | 1 Vehiculo de la marca chevrolet linca t aho, modelo 2001 con Placas 6XBY016 de california. Serie: 1GNEK13T61J113773 Color Verde. | 20/12/21 |

1. **Custodia de Bienes.** (Fecha y hora de la entrega-recepción, nombre completo de quien entrega y de quien recibe para custodia temporal de los bienes asegurados, institución a la que pertenecen, cargo dentro de la misma y firmas autógrafas. Anote las observaciones que considere necesario realizar, asimismo hágale saber a quién recibe que no podrá ejercer actos de dominio, durante el tiempo que dure el aseguramiento en el procedimiento penal. Agregue cuantas hojas sean necesarias).

| Fecha y Hora de entrega recepción | Nombre, Institución y cargo de la autoridad que entrega para custodia | Actividad o propósito | Firma |
|---|---|---|---|
| 20/12/21 19:10 | Bonilla Gil Alexis Dario PESP Policia | Entrega | |
| | Nombre, Institución y cargo de quién recibe para custodia | Actividad o propósito | Firma |
| | Pedro lopez (fone e 'gmas el enonci" | resguardo | |
| Observaciones: | | | |

| Fecha y Hora de entrega recepción | Nombre, Institución y cargo de la autoridad que entrega para custodia | Actividad o propósito | Firma |
|---|---|---|---|
| | | | |
| | Nombre, Institución y cargo de quién recibe para custodia | Actividad o propósito | Firma |
| | | | |
| Observaciones: | | | |

| Fecha y Hora de entrega recepción | Nombre, Institución y cargo de la autoridad que entrega para custodia | Actividad o propósito | Firma |
|---|---|---|---|
| | | | |
| | Nombre, Institución y cargo de quién recibe para custodia | Actividad o propósito | Firma |
| | | | |
| Observaciones: | | | |

Registro de trazabilidad de objetos asegurados
Se anexa continuación de trazabilidad  Sí [ ]  No [ ]                    Página _____ de _____



FISCALÍA GENERAL DE LA REPÚBLICA

AGENCIA DE INVESTIGACIÓN CRIMINAL

DELEGACIÓN ESTATAL EN SONORA

COORDINACIÓN ESTATAL DE SERVICIOS PERICIALES EN SONORA

**Folio número: 22/2022**

**CARPETA DE INVESTIGACIÓN:**
**FED/SON/NOG/0003474/2021**
ASUNTO: OFICIO DE PROPUESTA DE PERITO

Hermosillo, Sonora a 5 de enero de 2022.

**Licenciado**
**José Luis Cardoza Ceseña.**
**Agente del Ministerio Público de la Federación**
**Titular de la Celula V-1 Nogales**
**En el estado de Sonora.**
**P r e s e n t e**

Con fundamento en el artículo Décimo Segundo fracción II  Transitorio de la Ley General de la Fiscalía General de la República y de los numerales 3 inciso G), Fracción I, 6, 12, 40, 42 y 44 del Reglamento de la Ley Orgánica de la Procuraduría General de la República, y al Acuerdo A/238/12 artículo primero, fracción XI, numeral 1; en atención a su oficio número: ███████████ de fecha 3 de enero del 2022 y recibido en esta Coordinación General el día 3 de enero de 2022, a través del cual solicita se designe perito en materia de **BALÍSTICA FORENSE**. Al respecto me permito manifestarle lo siguiente:

 Me doy por enterado del contenido de su oficio, informándole que se propone como perito en materia de **BALÍSTICA FORENSE** al **Lic. Ricardo Michel Orozco Soto,** quien dará cumplimiento a su atenta solicitud.

Sin otro particular, aprovecho la oportunidad para reiterarle mi más alta consideración.

**A T E N T A M E N T E**
**ENCARGADA DE LA COORDINADOR ESTATAL DE SERVICIOS**
**PERICIALES EN SONORA**

**Q.B.P. AURORA PATRICIA ORDUÑA PASTRANA**

Blvd García Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289- 7037 y 289- 7054 – www.pgr.gob.mx



**SE RECIBE DICTAMEN**
**BALISTICA**
**ILIANA GPE VELIZ SOTO**
**AUXILIAR MINISTERIAL**
**#57283    19|ENE|2022**

**AGENCIA DE INVESTIGACIÓN CRIMINAL**
**COORDINACIÓN GENERAL DE SERVICIOS PERICIALES**
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad en Balística Forense

**Folio: 22/2022**

**C.I.:FED/SON/NOG.**

Asunto: Se emite **Dictamen** en **Balística Forense**

Hermosillo, Sonora, a 5 de enero de 2022
*"2022, Año de Ricardo Flores Magón"*

Licenciado
**José Luis Cardoza Ceseña.**
Agente del Ministerio Público de la Federación
Titular de la Celula V-1 Nogales
En el estado de Sonora.
**Presente**

El que suscribe Perito Técnico Oficial, adscrito a la Coordinación Estatal de Servicios Periciales en Sonora. en virtud de la propuesta hecha al efecto por la Coordinadora Estatal de Servicios Periciales he sido encargado de emitir el siguiente:

**DICTAMEN**

**ANTECEDENTES**
El presente documento se elabora tomando como base la solicitud del A.M.P.F., con número de oficio: NOG-EILV-C1-002/2022 y teniendo a la vista el Indicio, embalado y acompañado de Anexo 3 del Registro de Cadena de Custodia.

**PLANTEAMIENTO DEL PROBLEMA**
Dando cumplimiento a la petición del A.M.P.F., donde textualmente a la letra solicita: *"...A fin de sirva determinar el calibre de las armas, tipo de arma, número de matrícula, país de fabricación, país de importador, estado de funcionamiento, así como su clasificación en la Ley Federal de Armas de Fuego y Explosivos..." (Sic)*

**INDICIOS Y/O ELEMENTOS DE ESTUDIO**
**Indicio 2.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado. cerrado y etiquetado.
- **(01) un arma larga.**

**Indicio 3.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(01) un arma larga.**

**Indicio 4.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(01) un arma larga.**

**Indicio 5.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(01) un arma larga.**

**Indicio 6.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(01) un arma larga.**

Rev: 4          Ref-IT-CE-BF-01          FO-CE-BF-03          Página 1 de 7
Blvd. García Morales, km 9.5. Colonia la Manga, C.P. 83220. Hermosillo, Sonora
Tel (662) 280-7027 y 280-7054- www.pgr.gob.mx



AGENCIA DE INVESTIGACIÓN CRIMINAL
COORDINACIÓN GENERAL DE SERVICIOS PERICIALES
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

Folio: 22/2022

C.I.:FED/SON/NOG.▮▮▮▮▮▮▮

**Indicio 7.** Embalado en cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(12) doce cargadores.**

**Indicio 8.** Embalado en cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(12) doce cargadores.**

**Indicio 9.** Embalado en cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(04) cuatro cargadores.**

**Indicio 11.** Embalado en cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(35) cartuchos organizados.**

**Indicio 12.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(185) cartuchos organizados.**

**Indicio 13A.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**

**Indicio 13B.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**

**Indicio 13C.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**

**Indicio 13D.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**

**Indicio 13E.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**



**Indicio 13F.** Embalado en base de cartón color café, cubierta de material sintético transparente, sellado, cerrado y etiquetado.
- **(200) cartuchos organizados.**

## MÉTODO DE ESTUDIO

Para la elaboración del presente dictamen, se procedió a utilizar el método analítico, descriptivo y deductivo, empleando para tal fin la observación y el análisis del elemento sujeto a estudio; así como técnicas propias de la materia y con la finalidad de obtener un resultado confiable y veraz se realizó:

    **I.   Identificación de armas de fuego, cargadores, cartuchos y elementos balísticos.**

Rev: 4          Ref-IT-CE-BF-01          FO-CE-BF-03          Página 2 de 7
Blvd. García Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054- www.pgr.gob.mx



**AGENCIA DE INVESTIGACIÓN CRIMINAL**
**COORDINACIÓN GENERAL DE SERVICIOS PERICIALES**
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

**Folio: 22/2022**

C.I.:FED/SON/NOG/█████████

## RESULTADOS

**I-A.- De la Identificación de las armas de fuego, cargadores y cartuchos.**
**Indicio 2:**
(01) UN ARMA DE FUEGO TIPO FUSIL, CALIBRE 7.62X39mm, MARCA ROMARM/CUGIR, MODELO GP WASR-10/63, PAIS DE FABRICACIÓN RUMANIA, MATRICULA CE-1329-69 RO, IMPORTADOR Y/O DISTRIBUIDOR CAI GEORGIA VT. Observaciones: Estructura metálica con acabado metálico color negro. en la caja de mecanismos y tubo cañón. Presenta culata y empuñadura de madera color café. Tiene selector de cadencia de disparo en dos posiciones: 1) Seguro y 2) Semiautomático. Se presenta descargada y desabastecida, es decir sin cartucho en su recamara.

**Indicio 3:**
(01) Un arma de fuego tipo FUSIL, calibre 7.62x39mm, marca CENTURY ARMS INT., modelo AMD-65, país de Fabricación U.S.A., matricula AMD6501292, funcionamiento en Automático, distribuidor CAI GEORGIA VT. Observaciones: Estructura metálica con acabado metálico color negro. en la caja de mecanismos y tubo cañón. Presenta culata plegable metálica y guardamanos posterior y anterior de madera color café. Tiene selector de cadencia de disparo en tres posiciones: 1) Seguro y 2) Semiautomático y Automático. Se presenta descargada y desabastecida, es decir sin cartucho en su recamara.

**Indicio 4:**
(01) Un arma de fuego tipo FUSIL, calibre .30-06" SPRG, marca REMINGTON ARMS CO., modelo WOODSMASTER 742, país de Fabricación ESTADOS UNIDOS, matricula B6933142, distribuidor ILION NY. Observaciones: Presenta cajón de mecanismos de estructura metálica color negro con signos de desgaste: empuñadura, culata y guardamano de madera color café: presenta seguro de disparo en la parte inferior del arma. Su sistema de disparo funciona en semiautomático.

**Indicio 5:**
(01) Un arma de fuego tipo FUSIL, calibre .308" WIN, marca FEDERAL ARMS CORP., modelo FA91, país de Fabricación ESTADOS UNIDOS, matricula 008847, distribuidor D.C. INDUSTRIES MC BLOOMINGTON M.N. Observaciones: Presenta cajón de mecanismos de estructura metálica color negro con signos de desgaste y oxidación, culata y guardamanos de madera color café, cuenta con selector de cadencia. Su sistema de disparo es en semiautomático.

**Indicio 6:**
(01) Un arma de fuego tipo CARABINA, calibre .223" REM, marca ANDERSON MANUFACTURING, modelo AM-15, país de Fabricación U.S.A., matricula 20198378, funcionamiento en Semiautomático, distribuidor HEBRON KY. Observaciones: Cuenta con estructura metálica con acabado pavonado color negro. en cajón de mecanismos y tubo cañón ambos en buen estado de conservación. Cuenta con empuñadura. guardamanos y culata retráctil de material sintético color negro los mecanismos internos funcionan y pueden realizar disparos. Se presenta desabastecida. es decir, sin cartucho en su recámara. Con selector de cadencia de disparo en dos posiciones: 1) Seguro y 2) Semiautomático. Hacen falta mecanismos internos para producir disparos, por lo que no se disparó.

Rev: 4       Ref-IT-CE-BF-01          FO-CE-BF-03          Página 3 de 7
Blvd. García Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054- www.pgr.gob.mx

All Defendants                          CR 22-2599-TUC                          000032-0025
                                        US v. Johnson et al.                    000149



**AGENCIA DE INVESTIGACIÓN CRIMINAL**
**COORDINACIÓN GENERAL DE SERVICIOS PERICIALES**
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

**Folio: 22/2022**

C.I.:FED/SON/NOG/██████



**Indicio 7:**
**(12) DOCE CARGADORES DE CARTUCHOS PARA ARMA DE FUEGO, CALIBRE .223" REM (5.56x45mm),** Con estructura metálica color negro con signos de desgaste y capacidad de abastecimiento para treinta cartuchos. Observaciones: Presentan material metálico color negro. Tiene todos sus componentes (base, resorte, elevador y cuerpo). Con capacidad para 30 cartuchos. En buen estado de conservación. Se presenta desabastecido, es decir, sin cartuchos en su interior.

**Indicio 8:**
**(12) DOCE CARGADORES DE CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, ESTRUCTURA METALICA COLOR NEGRA CON SIGNOS DE DESGASTE Y CAPACIDAD DE ABASTECIMIENTO PARA TREINTA CARTUCHOS.** Observaciones: Presentan material metálico color negro. Tiene todos sus componentes (base, resorte, elevador y cuerpo). Con capacidad para 30 cartuchos. En buen estado de conservación. Se presenta desabastecido, es decir, sin cartuchos en su interior.

**Indicio 9:**
**(04) CUATRO CARGADORES DE CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X51mm, ESTRUCTURA METALICA COLOR NEGRA CON SIGNOS DE DESGASTE Y CAPACIDAD DE ABASTECIMIENTO PARA TREINTA CARTUCHOS.** Observaciones: Presentan material metálico color negro. Tiene todos sus componentes (base, resorte, elevador y cuerpo). Con capacidad para 20 cartuchos. En buen estado de conservación. Se presenta desabastecido, es decir, sin cartuchos en su interior.

**Indicio 10:**
**(38) TREINTA Y OCHO CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X51mm (.308" WIN), PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO.** Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 11:**
**(35) TREINTA Y CINCO CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X51mm (.308" WIN), PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO.** Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 12:**
**(185) CIENTO OCHENTA Y CINCO CARTUCHOS PARA ARMA DE FUEGO DEL CALIBRE .223" REM (5.56x45mm).** Observaciones: Marca: Águila y Tulammo los cartuchos organizados con casquillo de latón en estructura metálica color dorado, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central, se encuentran organizados y sin percutir.

**Indicio 13A:**
**(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO.** Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

Rev: 4          Ref-IT-CE-BF-01          FO-CE-BF-03          Página 4 de 7
Blvd. Garcia Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054- www.pgr.gob.mx



**AGENCIA DE INVESTIGACIÓN CRIMINAL**
**COORDINACIÓN GENERAL DE SERVICIOS PERICIALES**
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

Folio: 22/2022

C.I.:FED/SON/NOG. ▇▇▇▇

**Indicio 13B:**
(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO. Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 13C:**
(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO. Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 13D:**
(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO. Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 13E:**
(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO. Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**Indicio 13F:**
(200) DOSCIENTOS CARTUCHOS PARA ARMA DE FUEGO CALIBRE 7.62X39mm, PRESENTAN BALA NORMAL Y CASQUILLO METÁLICO. Observaciones: Con casquillo acerado de color gris, estructura metálica, con bala de punta normal de plomo y camisa de cobre. Todos son de percusión central marca: Barnaul, se encuentran organizados y sin percutir.

**I-B.- De la identificación del calibre de las armas de fuego, cargadores y cartuchos.**
Después de observar los datos de identificación presentes en su estructura, con un instrumento de precisión denominado calibrador vernier, se midió el diámetro interno del cañón de las armas de fuego en cuestión, obteniendo las medidas que verifica su calibre, de igual manera para el caso de los cartuchos calibre 7.62x39mm, .308" Win. y .30-06" SPRG, ya que se midió el diámetro externo de su bala, así como la longitud de sus casquillos. Para el caso de los cargadores sujetos a estudio, se verifico su calibre, cargándolos con cartuchos de su respectivo calibre.

**I-C,-De la prueba de disparo.**
Con las armas de fuego descritas en los dígitos: **2.1, 3.1 y 5.1** se realizó un disparo por cada arma de fuego, con 2 cartuchos del indicio: **13A** y 1 un cartucho del indicio: **11** debiendo descontarse (3) al momento posterior de la entrega de este Dictamen. Observándose que funcionan correctamente en semiautomático, obteniéndose seis elementos balísticos testigo (3 casquillos percutidos y 3 balas disparadas).

Rev: 4        Ref-IT-CE-BF-01        FO-CE-BF-03        Página 5 de 7
Blvd. Garcia Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054- www.pgr.gob.mx

All Defendants                    CR 22-2599-TUC                    000032-0027
                                  US v. Johnson et al.                    000151



AGENCIA DE INVESTIGACIÓN CRIMINAL
COORDINACIÓN GENERAL DE SERVICIOS PERICIALES
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

**Folio: 22/2022**

**I-D Del ingreso de datos al sistema e-trace**
Se ingresaron los datos de las armas de fuego descritas al sistema e-Trace, el cual arrojo los siguientes números de rastreo: T20220006434, T20220006438, T20220006442, T20220006450 y T20220006457

### INDICIOS O ELEMENTOS MATERIALES PROBATORIOS (ELEMENTOS DE ESTUDIO):

| RESUMEN DE ELEMENTOS BALÍSTICOS PUESTOS A LA VISTA PARA ESTUDIO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| ARMAS DE FUEGO: | | | CARTUCHOS: | | | CARGADORES | |
| TIPO | CALIBRE | CANTIDAD | CALIBRE | CANTIDAD | CALIBRE: | CANTIDAD: |
| Fusil | 7.62X39mm | 2 | 7.62X39mm | 1200 | 7.62X39mm | 12 |
| Fusil | .308" Win | 1 | .308" Win | 35 | .308" Win | 4 |
| Fusil | .30-06 SPRG | 1 | .30-06 SPRG | 0 | .30-06 SPRG | 0 |
| Carabina | .223" REM | 1 | .223" REM | 185 | .223" REM | 12 |
| TOTAL: | | 5 | TOTAL: | 1458 | TOTAL: | 28 |

| CASQUILLOS PROBLEMA: | | BALAS PROBLEMA: | | CASQUILLOS TESTIGO | | BALAS TESTIGO | |
|---|---|---|---|---|---|---|---|
| CALIBRE | CANTIDAD | CALIBRE: | CANTIDAD: | CALIBRE: | CANTIDAD: | CALIBRE: | CANTIDAD: |
| --- | --- | --- | --- | --- | --- | --- | --- |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL: | --- | TOTAL: | | TOTAL: | --- | TOTAL: | --- |

### CONSIDERACIONES TÉCNICAS

Arma de fuego: Cualquier artefacto o ingenio humano de variadas formas y dimensiones, diseñado o Definición de arma de fuego: Es todo artefacto mecánico o ingenio diseñado para disparar proyectiles, para tal fin, aprovecha la fuerza de los gases producto de la deflagración de la carga de proyección "pólvora".

Definición de cartucho organizado: Es el conjunto de elementos que forman una sola pieza que, al ser insertada en la recamara de un arma de fuego y utilizando el mecanismo de disparo de esta, permite la realización de un disparo. En la actualidad la mayoría de los cartuchos organizados constan de cuatro elementos que son: *bala, casquillo, pólvora y cápsula detonante. Con la excepción de los cartuchos organizados para Escopeta: que constan de los siguientes elementos: carga de proyectiles, cuerpo de plástico o cartón, taza de latón, cápsula detonante, pólvora, taco y cierre.*

El calibre real: Es el diámetro interior del ánima del cañón. Se expresa en milímetros cuando utilizamos el Sistema Métrico Decimal, y en centésimas o milésimas de pulgada cuando se utiliza el Sistema Anglosajón de pesos y medidas.

Calibre nominal. Es un calibre que los fabricantes de las armas les ponen a las mismas armas de fuego y a los cartuchos de arma de fuego para su comercialización.

Para la clasificación de los cartuchos de guerra en la Ley Federal de Armas de Fuego y Explosivos, se debe considerar su calibre y tipo de bala que los constituyen.

Me permito aclarar que las conclusiones en donde se menciona el artículo de la Ley Federal de Armas de Fuego y Explosivos que contempla a los indicios analizados en este dictamen, no pretende llevar a cabo un encuadramiento o clasificación legal de los mismos, sino orientar técnicamente a la autoridad solicitante, de cómo la mencionada ley los considera con base en sus características técnicas de tipo.



Rev: 4        Ref-IT-CE-BF-01        FO-CE-BF-03        Página 6 de 7
Blvd. García Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054- www.pgr.gob.mx



AGENCIA DE INVESTIGACIÓN CRIMINAL
COORDINACIÓN GENERAL DE SERVICIOS PERICIALES
Delegación Estatal en Sonora
Coordinación Estatal de Servicios Periciales
Especialidad de Balística Forense

Folio: 22/2022

calibre, sistema de disparo y longitud de su cañón, para el caso de las armas de fuego y por calibre y por el calibre y tipo de bala para el caso de los cartuchos.

Asi, con base a los resultados del método de estudio realizado y de las consideraciones expuestas se llega a las siguientes:

## CONCLUSIONES

**Primera:** Las armas de fuego descritas en el presente dictamen, con los digitos: **2, 3, 4 y 5** se encuentran en condiciones mecánicas para realizar disparos.

**Segunda:** El arma de fuego descrita en el presente dictamen, con el dígito: **6** no se encuentra en condiciones mecánicas para realizar disparos.

**Tercera:** Las armas de fuego tipo fusil calibre 7.62X39mm, .223" REM, .308" WIN y .223" REM de funcionamiento en semiautomático, descrita en el digito: **2, 4, 5 y 6** se encuentra considerada en el articulo 11, inciso c), de la Ley Federal de Armas de Fuego y Explosivos, como del uso exclusivo del Ejército, Armada y Fuerza Aérea.

**Cuarta:** El arma de fuego tipo fusil calibre 7.62X39mm, de funcionamiento en automático, descrita en el digito: **3** se encuentra considerada en el artículo 11, inciso d), de la Ley Federal de Armas de Fuego y Explosivos, como del uso exclusivo del Ejército, Armada y Fuerza Aérea.

**Quinta:** Los cargadores para arma de fuego descritos en los digitos: **7, 8 y 9** son de los utilizados por armas de fuego consideradas en el articulo 11 de la Ley Federal de Armas de Fuego y Explosivos, mismos que se presentaban desabastecidos.

**Sexta:** Los cartuchos para arma de fuego, descritos en los digitos: **10, 11, 12, 13A, 13B, 13C, 13D, 13E y 13F** Se encuentran considerados en el artículo 11, inciso f), de la ley federal de armas de fuego y explosivos, como del uso exclusivo del ejército, armada y fuerza aérea.

**Séptima:** Se ingresaron los datos de las armas de fuego en el sistema E-TRACE y se obtuvieron los siguientes números de rastreo: T20220006434, T20220006438, T20220006442, T20220006450 y T20220006457. Cualquier dato relacionado con el resultado debe ser solicitado directamente al Centro Nacional de Planeación, Análisis e Información para el combate a la Delincuencia. (CENAPI).

## ANEXOS:

El indicio del orden balístico analizado anteriormente se entrega embalado, cerrado, sellado y etiquetado junto con Registro de Cadena de Custodia a la Bodega de Indicios de la Policía Federal Ministerial encargado para su custodia.

**ATENTAMENTE**

**Perito en Balística Forense**

**Lic. Ricardo Michel Orozco Soto.**

Rev: 4        Ref-IT-CE-BF-01        FO-CE-BF-03        Página **7** de **7**
Blvd. Garcia Morales, km 9.5, Colonia la Manga, C.P. 83220, Hermosillo, Sonora
Tel. (662) 289-7027 y 289-7054 - www.pgr.gob.mx

All Defendants                    CR 22-2599-TUC                    000032-0029
                                   US v. Johnson et al.

                                                                    000153

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>29 |
|---|---|---|

## SUMMARY OF EVENT:

Interviews of Ivan FELIX and Manuel Felix during a traffic stop on October 9, 2021 and follow up interview of Ivan FELIX on March 10, 2022.

## NARRATIVE:

1. On October 9, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents (SA) were conducting surveillance of Ivan FELIX ▇▇▇ 1986) during his purchase of a Cadex, model CDX 50, .50 caliber rifle, serial number 504A113. SAs believed FELIX could have been working with Robert JOHNSON to traffic firearms to Mexico in violation of 18 USC 922(a)(6) and 554.

2. After the purchase of the .50 caliber rifle, FELIX departed Tucson, Arizona driving south on Interstate 19 (I 19). ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ DPS stopped FELIX on I 19 near Rio Rico, Arizona at the request of ATF.

3. During the vehicle stop, ATF SA Art Laguna and Resident Agent in Charge (RAC) Jeffrey Bell conducted a recorded custodial interview with FELIX. SA Laguna read FELIX his Miranda Warning, as witnessed by RAC Bell. The following is a synopsis of the interview:

4. FELIX indicated he has purchased approximately 15 firearms during his lifetime. FELIX stated he has not sold any of his firearms and he is currently in possession of all his firearms which are located in a safe at his home. FELIX stated he also recently purchased a .223 rifle from another Federal Firearms Licensee (FFL). FELIX denied any involvement in firearms trafficking.

5. Later that day, FELIX provided SA Laguna two photos of the Adam Arms, model AA15, .223 caliber rifle that he recently purchased. SA Laguna verified and matched the serial number of the rifle to the ATF Form 4473, SN: AA0001769.

| Prepared by:<br>Arthur M. Laguna | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>03/15/22 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>5/16/2022 |
| Second level reviewer (optional):<br>Travis S. Riddle | Title:<br>Assistant Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>29 |
| --- | --- | --- |

6.  On March 10, 2022, ATF SAs Laguna, Jules Borja, and Homeland Security Investigations (HSI) SA Jose Huerta travelled to FELIX's residence and inspected the two firearms FELIX purchased in October 2021. FELIX was in possession of both the aforementioned firearms. SA Laguna photographed the two firearms.

7.  FELIX described being a hunter and gun enthusiast. FELIX denied knowing JOHNSON or having any affiliation with him.

**ATTACHMENTS:**
1.  Two photos from 10/09/2021
2.  Three photos from 03/10/2021

ATF EF 3120.2 (10-2004)<br>For Official Use Only





All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000033-0004

000157



CR 22-2599-TUC
US v. Johnson et al.

000033-0005

000158





All Defendants

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ███████████ | 30 |

## SUMMARY OF EVENT:

ATF SA Art Laguna seized one firearm from FFL Sahuarita Guns LLC.

## NARRATIVE:

1. On July 19, 2022, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Art Laguna and Homeland Security Investigations (HSI) SA Jose Huerta responded to Federal Firearms Licensee (FFL) Sahuarita Guns LLC after learning they had received a silencer for Taylor JOHNSON.

2. SA Laguna informed Sahuarita Guns LLC that the silencer was being seized due to an ongoing investigation. The silencer seized was a Yankee Hill Machine, model Turbo K, 5.56mm silencer, serial number TK04968. SA Laguna completed an ATF Receipt for Property and Other Items (ATF Form 3400.23) for the seizure of the silencer. A review of the receipt for the silencer revealed JOHNSON purchased the silencer from Sahuarita Guns LLC for $397.86 on May 5, 2021. The original ATF Form 4 was placed with the silencer in the Tucson ATF vault.

## ATTACHMENTS:

1. Receipt for Property and Other Items (ATF Form 3400.23)

| Prepared by: Arthur M. Laguna | Title: Special Agent, Tucson I Field Office | Signature: | Date: 07/19/22 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 7/19/2022 |
| Second level reviewer (optional): Brendan D. Iber | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 1

ATF EF 3120.2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title Johnson | Office Tucson 1 |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Travis Fess - Sahuarita Guns
125 W Calle De Las Tiendas #111A + 113
Green Valley, AZ 85614

Recipient: *(name, title, address, if appropriate)*
ATFSA Art Laguna

Location of Transfer or Seizure
Same

Basis for Transfer or Seizure of Items:
Evidence

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | YHM, model Turbo K, 5.56mm Silencer, SN: TK04968 |
| | Nothing follows |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* _____     Date 07/19/22

Transferred by: *(signature, if appropriate)* _____  Date 7-19-22

Witnessed by: *(signature)* _____ HSI [redacted]   Date 07/19/22

GPO  U.S. GOVERNMENT PUBLISHING OFFICE: 2015–394–311

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>31 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interview of Patricia Madison</u>: On September 29, 2022, Special Agent Creighton Brandt, Special Agent (SA) Art Laguna and ATF Forensic Auditor Kristen Gotfred interviewed Patricia Madison. The interview was audio recorded.

## NARRATIVE

1. On September 29, 2022 at approximately 11:19 a.m., Special Agent Creighton Brandt, Special Agent (SA) Art Laguna and ATF Forensic Auditor Kristen Gotfred went to 235 South Paseo Quinta, Unit D, Green Valley, Arizona, 85614, in order to speak with Patricia Madison (herein referred to as Ms. Madison). The interview was audio recorded.

2. SA Brandt and SA Laguna made contact with Ms. Madison. Ms. Madison indicated that she would be willing to speak with agents and Auditor Gotfred. Agents, Auditor Gotfred and Ms. Madison met at a high-top table in Ms. Madison's patio.

3. Agents spoke with Ms. Madison about her finances. Ms. Madison indicated that she receives social security (from her husband). Agents spoke with Ms. Madison about why her bank deposits increased significantly in September 2020. Ms. Madison explained that her son, Robert JOHNSON (herein referred to as Robert JOHNSON), would give her large amounts of U.S. currency (cash) that she would deposit (into her account) and then would obtain cashier checks for JOHNSON. Ms. Madison said she would obtain cashier's checks for JOHNSON because she was not charged a fee at her bank (Wells Fargo). Ms. Madison said JOHNSON was charged a fee for cashier's checks.

4. Ms. Madison said the cashier's checks (that she gave to JOHNSON) were for firearms that he purchased from Gunbroker.com. Ms. Madison said JOHNSON would send her a text message indicating who she needed to address the cashier's check to. Ms. Madison said she would show her cellphone to the bank teller that was assisting her with the cashier's check. Ms. Madison said she withdrew from her account the cash that she deposited. Ms. Madison said JOHNSON told her that he was collecting firearms. Ms. Madison also said JOHNSON stored firearms that she purchased. When asked, Ms. Madison said she purchased firearms because JOHNSON told her that it would be a "good investment."

| Prepared by:<br>Creighton L. Brandt | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)<br>For Official Use Only

All Defendants

CR 22-2599-TUC<br>US v. Johnson et al.

000035-0001

5. Ms. Madison said she purchased silver (as an investment) and firearms. Ms. Madison said sometimes she deposited U.S. currency into the ATM. Ms. Madison said Wells Fargo indicated that she had suspicious transactions on her account and Wells Fargo indicated, as a result, that they would not do business with her. Ms. Madison said she removed her money from Wells Fargo and opened an account at Pima Federal Credit Union.

6. Ms. Madison, when asked, said JOHNSON told her that he was making money by buying and selling firearms and cars. Ms. Madison said JOHNSON told her that buying and selling firearms was a "better deal" than buying silver. When asked, Ms. Madison said JOHNSON never deposited money into her bank account.

7. Ms. Madison told agents that she did not have any contact with JOHNSON for about 20 years (while JOHNSON was married). Ms. Madison said after JOHNSON divorced she started to have a relationship with her son. Ms. Madison said she was happy to have her son (JOHNSON) back in her life and did not mind helping him (in obtaining cashier's checks). Ms. Madison said after JOHNSON was arrested and after ATF agents executed the search warrants (in October 2021), she learned that JOHNSON was just taking "advantage" of her.

8. Agents also spoke with Ms. Madison about the transfer of funds between her bank account and JOHNSON'S bank account. Ms. Madison said she loaned JOHNSON money. Ms. Madison said, in those instances, JOHNSON indicated that he did not have enough money to pay for a firearm that he purchased via an online auction (so Ms. Madison would loan him the funds). Ms. Madison said she would note (in the memo section) what the loan was for.

9. Ms. Madison said she has not had any contact with JOHNSON since he was arrested, at the border, on or about July 31, 2021. Ms. Madison said shortly after JOHNSON was arrested she (Ms. Madison) was contacted by JOHNSON'S wife and JOHNSON'S brother-in-law. Ms. Madison said JOHNSON'S wife threatened her and indicated that they needed "X" amount of money to pay off the judges in Mexico (on behalf of JOHNSON). Ms. Madison said, at one point, JOHNSON'S wife indicated that they needed one million dollars so they could pay off everyone in Mexico. Ms. Madison said JOHNSON'S wife's family (in Mexico) was involved with the cartel. Ms. Madison said JOHNSON'S wife's uncle was a "bigshot" with the cartel.

10. Ms. Madison, when asked, said she never took money from JOHNSON for helping him.

11. Ms. Madison also indicated that her grandson Taylor does not have contact with other family members (like his brother, Kyle JOHNSON). Ms. Madison said her grandson Kyle has a drinking and drug problem.

12. Ms. Madison said the $1,700 (that was seized from her residence during the search warrant) belonged to her. Ms. Madison also told agents that the story she gave today was the same story she gave a year ago because she was telling the truth.

13. SA Brandt provided Ms. Madison with his ATF business card, so Ms. Madison could have SA Brandt's cellphone number.

14. The interview ended at approximately 12:06 p.m. Please refer to the audio recording for additional information.

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation<br>JOHNSON, Robert Andrew, et al. | Investigation Number | Report Number<br>31 |
|---|---|---|

## ATTACHMENTS

1. Audio recording of interview with Patricia Madison on September 29, 2022

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants                    CR 22-2599-TUC                    000035-0003
US v. Johnson et al.                    000165

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ███ | Report Number:<br>32 |
|---|---|---|

## SUMMARY OF EVENT:

<u>INTELLIGENCE ANALYSIS</u>: Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Forensic Auditor (FA) Gotfred reviewed grand jury subpoena compliance from Wells Fargo Bank (WF). FA Gotfred provided Special Agent (SA) Brandt with a summary of the findings.

## NARRATIVE:

1. A grand jury subpoena to WF was served and FA Gotfred subsequently examined the compliance. The following report is a summary of FA Gotfred's findings, and all noted amounts are approximate. For complete details, refer to the documents provided by WF. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original documents is the best evidence of its contents.

2. Wells Fargo Account ███ 1501
   a. On or around June 14, 2021, Robert A JOHNSON, as the sole owner, opened WF Savings account ███1501 (acct. x1501).
   b. Account x1501 was found to contain little activity for the period reviewed and no further analysis was performed.

3. Wells Fargo Account ███ 7201
   a. On or around April 24, 2018, Robert A JOHNSON, as the sole owner, opened WF Checking account ███7201 (acct. x7201).
   b. The WF Account Application includes the following:
      i. Customer Name: Robert A Johnson
      ii. Address: 249 W 3rd St. Nogales, AZ  85621
      iii. Social Security Number: ███
      iv. Date of Birth: ███/1974
      v. Arizona Driver's License: D05000542

| Prepared by:<br>Creighton L. Brandt<br>(FOR GOTFRED) | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000036-0001

000166

| Title of Investigation<br>JOHNSON, Robert Andrew, et al. | | Report Number<br>32 |
|---|---|---|

4. Account x7201 Total Income and Total Withdrawals
   a. Records from WF contained data on or around the period of December 25, 2018, through September 23, 2021 (approx. 33 months).
   b. Acct. x7201 received total deposits of approximately $165,000
   c. Acct. x7201 had total withdrawals of approximately $165,000
   d. FA Gotfred noted an increase in account activity beginning February 24, 2021.
      i. More than 70% of total account activity took place between February 24, 2021, and July 23, 2021 (approx. 5 months).

5. Account x7201 Income Detail
   a. 86% of total income, and approx. $141,000, was derived from cash deposits made via automated teller machine (ATM)

6. Account x7201 Withdrawal Detail
   a. 26% of monies leaving the account, and approx. $43,000, were spent on payments to firearm and firearm-related vendors.
      i. Top vendors include Sahaurita Guns, LLC, Arms and Ammo, Gun Auctions.com, and Mr. Gun Dealer.com.
   b. 19% of monies leaving the account, and approx. $31,000, were spent on other debit card purchases (i.e. Wal-Mart, fuel, meals & entertainment, etc.)
   c. 17% of monies leaving the account, and approx. $27,000, were sent to other individuals via Zelle transfer.
      i. More than 70% of Zelle transfers sent by JOHNSON, Robert were sent to either JOHNSON, Taylor or MADISON, Andrea.
   d. 13% of monies leaving the account, and approx. $21,000 was removed from the account via branch or automated teller machine (ATM) withdrawal.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ▮ | Report Number:<br>33 |
|---|---|---|

## SUMMARY OF EVENT:

**INTELLIGENCE ANALYSIS:** Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Forensic Auditor (FA) Gotfred reviewed grand jury subpoena compliance from JPMorgan Chase Bank (JPMC). FA Gotfred provided Special Agent (SA) Brandt with a summary of the findings.

## NARRATIVE:

1. A grand jury subpoena to JPMC was served and FA Gotfred subsequently examined the compliance. The following report is a summary of FA Gotfred's findings, and all noted amounts are approximate. For complete details, refer to the documents provided by JPMC. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original documents is the best evidence of its contents.

2. JPMorgan Chase Account ▮3112
   a. On or around September 22, 2016, Taylor Michael JOHNSON, as the sole owner, opened JPMC Total Checking account ▮3112 (acct. x3112).
   b. The JPMC Signature Card includes the following:
      i. Customer Name: Taylor Michael Johnson
      ii. Address: 251 E Patagonia Highway Nogales, AZ 85621
      iii. Social Security Number: ▮
      iv. Date of Birth: ▮/1996
      v. Arizona State ID: D07535323

3. Account x3112 Total Income and Total Withdrawals
   a. Records from JPMC contained data on or around the period of December 07, 2018, through August 05, 2021 (approx. 32 months).
   b. Acct. x3112 received total deposits of approximately $53,000
   c. Acct. x3112 had total withdrawals of approximately $53,000

| Prepared by:<br>Creighton L. Brandt<br>(FOR GOTFRED) | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

    d.  FA Gotfred noted an increase in account activity beginning March 05, 2021.

        i.  More than 70% of total account activity took place between March 05, 2021, and August 05, 2021 (approx. 5 months).

4. **Account x3112 Income Detail**

    a.  58% of total income, and approx. $30,000, was derived from cash deposits made via automated teller machine (ATM)

    b.  33% of total income, and approx. $17,000, was derived from Zelle transfers from Robert JOHNSON

5. **Account x3112 Withdrawal Detail**

    a.  50% of monies leaving the account, and approx. $26,000, were spent on payments to firearm and firearm-related vendors.

        i.  Top vendors include Sahaurita Guns, LLC, Opticsplanet, Inc., Reeds Family Outdoor, Colorado Gun Sales, Mr. Gun Dealer.com, and Sportsman's Supply.

    b.  43% of monies leaving the account, and approx. $22,000, were spent on other debit card purchases (i.e. Amazon, Wal-Mart, Samsung, etc.)

All Defendants                    CR 22-2599-TUC                    000037-0002
                                  US v. Johnson et al.

000169

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number:<br>34 |
|---|---|---|

**SUMMARY OF EVENT:**

Review of the interview conducted with Taylor JOHNSON on October 14, 2021.

**NARRATIVE:**

1. On October 20, 2022, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Art Laguna conducted a review of the audio recording of the interview conducted with Taylor JOHNSON on October 14, 2021.

2. During the interview, Taylor JOHNSON described how his father, Robert JOHNSON, guilted him into straw purchasing firearms for him, including RPDs, cheap rifles and pistols, and a .50 caliber rifle.

3. Regarding the firearms he straw purchased on behalf of Robert JOHNSON, Taylor JOHNSON stated he had only ever purchased six firearms for himself, and that all the others were purchased for Robert JOHNSON. Taylor JOHNSON described his firearms as the two ATF recovered during the search warrant on October 14, 2021 in Green Valley, a shotgun, a 6.5 caliber rifle, an FN 509, and a PTR. Taylor JOHNSON admitted to straw purchasing every firearm that was not one of the six he listed.

4. During the interview, SA Laguna reviewed with Taylor JOHNSON an ATF form 4473 dated March 12, 2021. SA Laguna reviewed question 21a where Taylor JOHNSON checked "Yes" to question 21a indicating that he was the actual transferee/buyer of the firearm. SA Laguna also reviewed with him the certification block signed by Taylor JOHNSON indicating that the information he provided on the ATF form 4473 was true, correct, and complete. SA Laguna confirmed that the same would be true for all the firearms Taylor JOHNSON purchased for Robert JOHNSON.

5. Based on the interview with Taylor JOHNSON, SA Laguna identified the following firearm acquisitions as Taylor JOHNSON's personal firearms:

| Prepared by:<br>Arthur M. Laguna | Title:<br>Special Agent, Tucson I Field Office | Signature: | Date:<br>10/21/22 |
|---|---|---|---|
| Authorized by:<br>Jeffrey A. Bell | Title:<br>Resident Agent in Charge, Tucson I Field Office | Signature: | Date:<br>10/21/2022 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| JOHNSON, Robert Andrew, et al. | ███████████ | 34 |

  a.  FN, model 509, 9mm pistol, acquired on January 15, 2021
  b.  Savage Arms, model 110, 6.5mm rifle acquired on March 12, 2021
  c.  Komando Turkey, model xx3, 12 gauge shotgun, acquired on March 12, 2021
  d.  PTR, model 9CT, 9mm pistol acquired on July 10, 2021
  e.  Sig Sauer, model P320, 9mm pistol seized on October 14, 2021
  f.  Lantac USA, model LA-SF15, multi caliber pistol seized on October 14, 2021

Attachments:
None

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants                    CR 22-2599-TUC                    000038-0002
                                 US v. Johnson et al.                    000171

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: | Report Number: 35 |
|---|---|---|

## SUMMARY OF EVENT

<u>Interview of Travis Fess, owner of Sahuarita Guns</u>: On October 21, 2022, Special Agent Creighton Brandt interviewed Travis Fess, owner of Sahuarita Guns.

## NARRATIVE

1.  On October 21, 2022, Special Agent (SA) Creighton Brandt interviewed Travis Fess, owner of Sahuarita Guns, located at 125 West Calle De Las Tiendas, Green Valley, Arizona, 85614.  Mr. Fess provided the following information:

    -   He has owned Sahuarita Guns, a Federal Firearms Licensee, for approximately 10 years.
    -   He has had a store front for approximately seven to eight years (for the first two to three years of his business, he ran the shop out of his home).
    -   When he first met Robert JOHNSON, as a customer, Robert purchased "one here, one there," referring to firearms.
    -   He indicated that Robert JOHNSON worked at Big "O" Tire Shop in Green Valley, Arizona.
    -   He first met Robert JOHNSON and later met Taylor JOHNSON.
    -   He became suspicious of Robert JOHNSON'S purchases because JOHNSON was acquiring so many firearms.
    -   He said it was the quantity of the firearms that made Mr. Fess suspicious.
    -   He (Mr. Fess) thought, due to the number of firearms Robert JOHNSON was acquiring, "Something's going on."
    -   He asked Robert JOHNSON about the number of firearms Robert JOHNSON was acquiring, and Robert JOHNSON said he received some money from "the family."
    -   He (Mr. Fess) thought Robert JOHNSON must have received a lot of money from his family.

2.  Mr. Fess did not provide additional information.

| Prepared by: Creighton L. Brandt | Title: Special Agent, Tucson I Field Office | Signature: CREIGHTON BRANDT Digitally signed by CREIGHTON BRANDT Date: 2022.10.23 18:44:19 -07'00' | Date: |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell    For | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 10/24/22 |
| Second level reviewer (optional): Brendan D. Iber | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

All Defendants

CR 22-2599-TUC
US v. Johnson et al.

000039-0001

000172

| Title of Investigation:<br>JOHNSON, Robert Andrew, et al. | Investigation Number: ██████ | Report Number:<br>35 |
|---|---|---|

000173

## ATTACHMENTS

None

ATF EF 3120.2 (10-2004)
For Official Use Only

000173