MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Mariam Ferguson, State Bar No. 031676
Email: mferguson@mcrazlaw.com
        ecfpima@mcrazlaw.com
Attorney for Robert Andrew Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

        vs.

Robert Andrew Johnson,

                    Defendant.

Case No. 22-cr-02599-JGZ-BGM

SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE

Sentencing: March 31, 2026

The Defendant, Robert Andrew Johnson, by and through undersigned counsel, respectfully submits this Sentencing Memorandum for the Court's consideration at the time of sentencing on March 31, 2026. Federal sentencing begins with the command that the Court impose a sentence "sufficient, but not greater than necessary" to accomplish the purposes of 18 U.S.C. § 3553(a). The Supreme Court has emphasized that this principle reflects a core congressional judgment that punishment should be proportional, reasonable and individualized – taking account of an individual's life circumstances. *See Gall v. United States*, 552 U.S. 38, 49–50 (2007). A sentence must therefore reflect a measured balance of deterrence, rehabilitation, and just punishment. For the reasons articulated in this

Memorandum, undersigned counsel is requesting a sentence of **time served** for the 390 days (just under 13 months) that Robert has been in **<u>United States</u>** custody on this offense, while taking into consideration the overall custodial sentence Robert has served to date (56 months, 2 days), followed by a 24-month term of supervised release.

## I.     **Goal to Rehabilitate and Reduce Recidivism**

18 U.S.C. § 3553 asks this Court to consider how the sentence imposed can appropriately punish criminal conduct while also serving the broader goal of deterring future crimes and providing Robert with necessary rehabilitation and education. The goal of sentencing is to rehabilitate offenders by providing them with the tools and resources to successfully reintegrate into society, thereby reducing the likelihood of recidivism.

Protection of the public under § 3553(a)(2)(C) is inherently forward looking. It depends not on the abstract seriousness of the offense alone, but on the defendant's risk of future criminal conduct. Empirical research confirms that simply increasing sentence length does not reliably reduce recidivism. and has limited deterrent effect.[1] Similarly, the National Research Council has concluded that extending already lengthy prison terms produces, at most, modest additional deterrent benefits, and that, because recidivism rates decline markedly with age, lengthy prison sentences are an "inefficient approach to preventing crime

---

[1] National Institute of Justice, Five Things About Deterrence (2016), https://nij.ojp.gov/topics/articles/five-things-about-deterrence.

by incapacitation."[2] These findings reinforce Congress's instruction that punishment be proportionate and restrained rather than reflexively severe.

Risk of reoffending is strongly correlated with both criminal history and age. Data from the United States Sentencing Commission show that individuals in Criminal History Category I have the lowest recidivism rates among federal offenders.[3] Recidivism declines substantially as age increases, with older offenders markedly less likely to reoffend than their younger counterparts.[4] Offenders over age 50 recidivate at a rate of approximately 21.3%, less than half the rate observed for younger offenders.[5] Bureau of Justice Statistics data likewise show that individuals "age out" of criminal conduct, with substantially lower rearrest rates among older cohorts in both the short- and long-term.[6] In short, by the time an individual reaches his fifties, the likelihood of reoffending has already declined to a fraction of that observed in younger populations, a reality that courts routinely recognize when evaluating the need for deterrence and protection of the public under § 3553(a).

These evidence-based principles frame the Court's analysis here. Robert is 51 years old. PSR ¶ 115. He has no prior adult criminal convictions and is in Criminal History Category I. PSR ¶¶ 73, 75. The PSR notes that his age and lack of criminal history suggest a reduced

---

[2] Nat'l Research Council, The Growth of Incarceration in the United States: Exploring Causes and Consequences 4 (2014), https://nap.nationalacademies.org/read/18613/chapter/2.

[3] U.S. Sent'g Comm'n, Recidivism of Federal Offenders Released in 2010 5 (Sept. 30, 2021), https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2021/20210930_Recidivism.pdf.

[4] U.S. Sent'g Comm'n, The Effects of Aging on Recidivism Among Federal Offenders 3 (Dec. 2017), https://www.ussc.gov/research/research-reports/effects-aging-recidivism-among-federal-offenders.

[5] U.S. Sent'g Comm'n, Older Offenders in the Federal System (July 2022), https://www.ussc.gov/research/research-reports/older-offenders-federal-system.

[6] Bureau of Justice Statistics, Recidivism of State Prisoners: 9-Year Follow-Up (2005–2014), U.S. Dep't of Justice (2018), https://bjs.ojp.gov/content/pub/pdf/18upr9yfup0514.pdf.

risk of recidivism. PSR ¶ 118. In addition, he has already served a substantial custodial sentence in Mexico related to this same offence. PSR ¶ 76. The PSR recognizes that this prior incarceration has already provided some measure of punishment and deterrence. PSR ¶ 115.

Section 3553(a) does not require *maximum* punishment. Rather, it requires *sufficient* punishment. In light of established empirical research and the individualized factors reflected in the PSR, the Court's task is to impose a sentence that protects the public and promotes respect for the law without exceeding what is necessary to accomplish those objectives.

## II.     History and Characteristics of the Defendant

Section 3553(a)(1) directs the Court to consider "the history and characteristics of the defendant." The Presentence Report describes a 51-year-old man with no prior criminal convictions, a lifetime of steady work, and longstanding vocational skills.

Robert suffered serious health issues as a child that necessitated his family's relocation from Indiana to Tucson. However, his childhood was marred by instability and by a father whose alcoholism often gave way to harsh discipline. PSR ¶ 85. Robert described one of his father's favorite instruments for discipline as a 2x4 with a handle. His parents divorced when he was nine years old and he had little contact with him after the divorce due to his father's alcoholism. PSR ¶ 84. Robert's family experienced financial struggles growing up, both before and after the divorce. There were periods of unemployment for both parents, including a period when his mother had back issues which prevented her from working, and the family relied on government assistance and charity to keep them afloat. These experiences greatly impacted him into adulthood.

At sixteen, his mother abandoned him to move in with a new partner, and Robert experienced homelessness before his girlfriend's parents offered to let him live with them. PSR ¶ 84. This was not a free ride though, and he was expected to pay rent. During his senior year of high school, the financial obligations he had, including rent and car payment, were too much to maintain while going to school, and he had to drop out to work full time so he could meet them. PSR ¶ 92. Luckily, he had taken some auto classes in high school, and learned he had an aptitude for it. From then on, he supported himself through lawful employment as an automotive mechanic. PSR ¶ 116.

Robert's employment history reflects dedication, good work ethic, and skill development. His mechanical skills make him highly employable upon his release from prison, and he already has a lead on a mechanic job for when he is released. From 2004 to 2009, he worked at JM Automotive in Green Valley. PSR ¶ 96. From 2009 until his arrest in July 2021, he owned and operated an automotive repair shop in Nogales, Arizona, which he ran during nights and weekends while maintaining full time employment elsewhere. PSR ¶ 94. From 2018 until his arrest in 2021, he worked full time as a mechanic at Big O Tires in Green Valley earning $23 per hour. PSR ¶ 95. The shop struggled financially, and he found he had to use his primary wages simply to keep it afloat. *Id.* In addition, his paycheck was being garnished for business taxes. Simultaneously, he was supporting his wife and stepdaughter in Mexico. Robert was drowning financially, but he felt a responsibility to keep the shop alive, in large part because his sons were living at the shop and he was worried about them ending up homeless if the shop failed.

Robert has always taken his responsibilities as a family man and provider very seriously. He and his ex-wife married young–about 19 years old–because she was pregnant. When they divorced in 2010, his older children lived with him, while his youngest remained with her mother. Influenced by the financial struggles and insecurity his own family faced during his childhood, Robert worked doggedly his entire life to try to provide for his family.

Unfortunately, this case and subsequent incarceration has had a devastating impact on his family relationships. While Robert maintains a relationship with Kyle, he mourns the fact that this case essentially ended his relationship with Taylor (now known as Ryo Hyun) and other family members. PSR ¶ 87. It also cost him his marriage to Mexican citizen Brenda Ayala-Felix. They began dating in 2011; he uprooted his entire life and relocated to Nogales, Sonora, Mexico to be with her; and they married in 2016. PSR ¶ 88. Devastatingly, while Robert was incarcerated in Mexico, Robert learned that Brenda had an affair and gave birth to another man's child. *Id.* Brenda subsequently stopped communicating with Robert in April 2025, although he still maintains regular contact with his step-daughter Elizabeth, who he considers his own daughter. *Id.* The relationships with these two children remain his lifeline during his long time in custody.

In addition to the impact on his family relationships, Robert has already paid a severe price for his actions in the instant offense. PSR ¶ 76. He was arrested in Mexico on July 30, 2021 for the same conduct for which he pled guilty to here and was sentenced to six years' imprisonment for clandestine introduction of weapon. *Id.* He ultimately served three years and seven months in a Mexican prison before being granted early release on March 5, 2025.

*Id.* He was release from prison in Mexico to Mexican immigration officials, which led to immediate deportation to Nogales, Arizona, where he was transferred to the U.S. Marshal's custody and where he has remained in custody since. *Id.* In total, by the time of his sentencing in this case, he will have spent four years, eight months, and two days (56 months, 2 days) in continuous incarceration for this conduct.

Robert's time in the Mexican criminal justice system was not easy, to say the least. The prison that Robert was house at, CPS-Sonora, apparently performs below acceptable standards and has been the subject of a 2024 Comisión Nacional de los Derechos Humanos ("CNDH") recommendation, identifying deficiencies for human rights violations, failures in safety, health care, and social reintegration.[7] Robert experienced emotional distress while incarcerated in Mexico, particularly after learning of his wife's extramarital relationship and pregnancy. PSR ¶ 90. He sought and received psychiatric attention after writing a note expressing suicidal thoughts. *Id.* He continues to suffer from situational depression and anxiety related to his incarceration and the limited contact with his family. *Id.*

In addition to harsh living conditions in Mexico, Robert suffered a number of health issues starting in 2020, for which he received insufficient treatment in Mexico. Prior to his incarceration, Robert was diagnosed with a groin hernia in 2020, which required surgical intervention. PSR ¶ 89. The entire time he was in custody in Mexico, they never treated it or

---

[7] Comisión Nacional de los Derechos Humanos, Recomendación No. 165/2024 (2024), https://www.cndh.org.mx/sites/default/files/documentos/2024-09/RecVG_165.pdf.; *see also, e.g.,* Carlos Barrachina, *Torture Is Worsening in Mexico's Prisons*, LATIN AM. 21 (Aug. 17, 2022), https://latinoamerica21.com/en/torture-is-worsening-in-mexicos-prisons/.

gave him the surgery he needs. It is still something he is suffering from. He dealt with two very severe head injuries during his incarceration, as well. While in Mexico, he unexpectedly lost consciousness in his cell, causing him to hit his head. He laid in his cell–bleeding, confused, and shaking–for about 2 hours until the guards finally checked on him and took him to medical. *Id.* He received minimal treatment for this incident – they cleaned and stitched up the laceration on his head, gave him some medication for pain and infection, and observed him for 4 hours. He received no further treatment, despite the fact he could barely walk and was still dizzy. After that, they refused to even give him Tylenol for the pain. He suffered another similar incident after being transferred into U.S. custody, where he lost consciousness while exiting a transport van and hit his head. *Id.* Robert still has a large scar on his head from these incidents.

While in custody in the United States, Robert has taken meaningful steps toward self-improvement. He has completed a significant number of educational and rehabilitative courses through the Edovo and Cypherworx platforms, and received at least 45 certificates for his efforts. (*See* **Exhibit A**, Edovo and Cypherworx Transcripts)**.** These courses reflect productive use of custodial time and a demonstrated commitment to rehabilitation.

Taken together, the record reflects a defendant who had to became financially independent at a young age in order to support himself and his family, supported himself and his household consistently through skilled labor, has no prior criminal convictions, and has already served a substantial custodial sentence under harsh conditions in a foreign jurisdiction

8

for the same conduct here. PSR ¶¶ 73, 75, 76, 94, 95, 116. These characteristics are directly relevant to the Court's individualized assessment under § 3553(a)(1).

### III.    Nature and Circumstances of the Offense

On July 30, 2021, Robert Johnson was arrested by Mexican law enforcement at a port of entry in Nogales, Sonora, Mexico. PSR ¶ 17. Robert had been attempting to smuggle the three firearms listed in the Plea Agreement into Mexico.

The PSR also contains relevant conduct information and assertions about the overall conduct alleged in the indictment. As noted in the Defendant's Objections to the PSR ("Objections") (Doc. 154), there are a number of issues with specific factual assertions, including the total number of firearms alleged to have been involved. Neither the PSR's Addendum, nor the Government's Response to the Objections, adequately address the issue with the inconsistency of the total firearm calculation, nor the objection to the bald assertion that all firearms purchased by anyone in the family *were* involved, despite evidence otherwise. Robert incorporates those objections to the factual assertions and other issues, as raised in the Objections, by reference.

However, regardless of whether the Court sustains or overrules the Objections about the factual issues with the number of firearms and the extent of the conduct alleged, the guideline range is the same for the number of firearms involved. The circumstances of this offense are serious, but the guideline framework already accounts for that in its evaluation. Robert has taken responsibility for his actions in this case, and, as discussed above, he has already suffered a hefty penalty for them.

9

## IV. Conclusion

18 U.S.C. § 3553 provides the Court with considerable flexibility to fashion a sentence that attempts to meet the treatment, vocational, education or other needs of the defendant, while also being punitive. As the United States Sentencing Commission has noted, alternatives that divert individuals from lengthy confinement can provide structure, services, and accountability while supporting long-term rehabilitation.[8]

This case constitutes Robert's only criminal history. Robert stands before the Court as a 51-year-old man with no prior criminal convictions, and a consistent work history as an automotive mechanic. PSR ¶¶ 73, 75, 95, 115. The PSR notes that his lack of criminal history, stable employment skills, and age suggest a reduced risk of recidivism. PSR ¶ 118.He has already spent approximately four years, eight months, and two days in continuous custody arising from this conduct; three years and seven months in a Mexican prison for transporting firearms into Mexico, and an additional 390 days in custody in the United States for the same offense. PSR ¶ 76. The Presentence Report expressly notes that the Court may consider whether that prior period of foreign incarceration has already provided some measure of punishment and deterrence. PSR ¶ 115.

The PSR has indicated that 57 months, the maximum Robert is facing pursuant to the plea, is an appropriate sentence for the conduct in this case. Robert has already spent 56 months and 2 days in custody for the conduct in this case. Realistically, if he had been

---

[8] U.S. Sentencing Commission, Alternative Sentencing in the Federal Criminal Justice System 20 (2009).

sentenced to 57 months in the United States for this crime, with Good Time Credit, he would only serve approximately 1450 days,[9] instead of the 1706 days he has currently served.

In light of Robert's lack of prior convictions, his age, his demonstrated vocational skills, and the substantial period of incarceration already served in Mexico related to this conduct, a sentence of time served is appropriate. Such a sentence would reflect the seriousness of the offense, promote respect for the law, and provide just punishment, without imposing a term greater than necessary to achieve statutory objective, and also advancing the long-term interests of public safety through rehabilitation rather than unnecessary incarceration.

RESPECTFULLY SUBMITTED this 24th day of March, 2026.

MESCH CLARK ROTHSCHILD

By /s/ Mariam Ferguson
Mariam Ferguson
Attorney for Robert Andrew Johnson

CERTIFICATE OF SERVICE

The foregoing was electronically filed and served upon all counsel of record via ECF on this 24th day of March, 2026.

Sarah Houston
Sarah.Houston@usdoj.gov

Vannesa Lucero
Vannesa_Lucero@azd.uscourts.gov

/s/ Mariam Ferguson

---

[9] Good Time Credit ("GTC") is calculated at 54 days/year, and any partial final year of the sentence imposed is entitled to prorated credit for that partial year. *See* 28 CFR 523.20(b)(2). 57 months is 4.75 years. 4.75 x 54 = 256.5, approximating 256 days GTC. 1706 days – 256 days (GTC) = 1450 days.



Exhibit A


## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 17 | 10 | 7 | 9 |

## 9 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Math - Addition, Subtraction, Multiplication, and Division | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Prep... | **Time to pass:** 2 hr 43 min **Total time:** 2 hr 43 min | **PASSED** **Completed:** Jun 20, 2025 |
| Social Studies - U.S. History | In this course you will practice the skills necessary for the U.S. History segment of the GED test. You will read summaries and primary source documents and answer questions. The material in this course comes from DCS... | **Time to pass:** 1 hr 23 min **Total time:** 2 hr 22 min | **PASSED** **Completed:** Apr 24, 2025 |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how government works, different systems of government,... | **Time so far:** 1 hr 27 min | **NEEDS IMPROVEMENT** **Completed:** Apr 27, 2025 |
| Grow with Google: Explore Geographic Features in... | Geographic features include things such as locations, sites, areas, and regions. Natural features such as mountains, lakes, and springs are examples of geographical features. In this course, you will learn ho... | **Time so far:** 0 hr 51 min | **NEEDS IMPROVEMENT** **Completed:** May 14, 2025 |
| Social Studies - Geography | In this course you will learn important geography concepts that will help you succeed on the Social Studies portion of the GED exam. You will learn subjects such as migration and trends, sense of place, map tool... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 41 min | **PASSED** **Completed:** Apr 19, 2025 |
| Social Studies - Economics | In this course you will learn the basic principles of economics. More specifically, you will study labor and capital, supply and demand, competition, inflation, and several other topics. You will read and analyze passag... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** **Completed:** Jun 20, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** Apr 11, 2025 |


| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** **Completed:** Apr 15, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | **Time to pass:** 0 hr 17 min **Total time:** 0 hr 17 min | **PASSED** **Completed:** Apr 15, 2025 |


# Supplemental Learning - 7 hr 21 min

### Summary

Listed below are the top **12** supplemental interactive learning items ROBERT has spent time on. In addition, ROBERT has engaged with **16 learning videos**.

| Title | Time |
|---|---|
| Beyond Prison, Probation, and Parole | 1 hr 53 min |
| Post-Test: Social Studies | 0 hr 53 min |
| Science - Life Science | 0 hr 41 min |
| Learn Your Strengths from Shining Light | 0 hr 39 min |
| Spanish Language | 0 hr 38 min |
| Preparing for Success After Prison (PSAP) Program | 0 hr 30 min |
| Pre-Test: Science (CN) | 0 hr 27 min |
| Knowing the Consequences | 0 hr 22 min |
| Pre-Test: Social Studies | 0 hr 19 min |
| Pre-Test: RLA | 0 hr 17 min |
| Navigating Conflict | 0 hr 14 min |
| Lasting Consequences | 0 hr 13 min |

# Transcript for ROBERT JOHNSON

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Success Will Not Fix You (Starting Over) | E-Learning Course | Mar 16, 2025 | Mar 18, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 1. Title (MANdentity) | E-Learning Course | Mar 23, 2025 | Apr 6, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 10. Identifying Our Character (MANdentity) | E-Learning Course | Apr 2, 2025 | Apr 2, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 10. Reaching Out and Moving Up (Starting Over) | E-Learning Course | Mar 28, 2025 | Mar 28, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 11. Practicing Forgiveness (MANdentity) | E-Learning Course | Apr 4, 2025 | Apr 4, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 11. Reverse-Engineering Your Goals (Starting Over) | E-Learning Course | Mar 28, 2025 | Mar 28, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12. Heart Check (MANdentity) | E-Learning Course | Apr 4, 2025 | Apr 4, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12. The Rest of Your Journey (Starting Over) | E-Learning Course | Apr 1, 2025 | Apr 1, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 13. Meeting with Jesus (MANdentity) | E-Learning Course | Apr 5, 2025 | Apr 5, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 14. Helping Others (MANdentity) | E-Learning Course | Apr 5, 2025 | Apr 5, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 15. About the Author (MANdentity) | E-Learning Course | Apr 6, 2025 | Apr 6, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2. Learning to Love (MANdentity) | E-Learning Course | Mar 26, 2025 | Mar 26, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2.1 It's A Process (Starting Over) | E-Learning Course | Mar 16, 2025 | Mar 16, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2.2 JoJo's Story (Starting Over) | E-Learning Course | Mar 18, 2025 | Mar 18, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 3. Accepting Your Reality (MANdentity) | E-Learning Course | Mar 26, 2025 | Mar 26, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 3. Shadow Work (Starting Over) | E-Learning Course | Mar 18, 2025 | Mar 18, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 4. Coping With Change (Starting Over) | E-Learning Course | Mar 19, 2025 | Mar 19, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 4. Finding the Power (MANdentity) | E-Learning Course | Mar 27, 2025 | Mar 27, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 5. Surrender to Win (MANdentity) | E-Learning Course | Mar 28, 2025 | Mar 28, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 5. The Content You Consume (Starting Over) | E-Learning Course | Mar 21, 2025 | Mar 21, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 6. Getting Honest (MANdentity) | E-Learning Course | Mar 29, 2025 | Mar 29, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 6. Taking Inventory of Your Relationships (Starting Over) | E-Learning Course | Mar 23, 2025 | Mar 23, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 7. Finding the Pain (MANdentity) | E-Learning Course | Mar 31, 2025 | Mar 31, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. Sticking to Your Plan (Starting Over) | E-Learning Course | Mar 23, 2025 | Mar 23, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 8. Confession (MANdentity) | E-Learning Course | Mar 31, 2025 | Mar 31, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 8. Guilt vs. Shame (Starting Over) | E-Learning Course | Mar 24, 2025 | Mar 24, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 9. Discovering How to Feel (MANdentity) | E-Learning Course | Apr 1, 2025 | Apr 1, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 9. Finding Your Career Path (Starting Over) | E-Learning Course | Mar 24, 2025 | Mar 24, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | May 1, 2025 | May 1, 2025 | 0.05 | 0.50 | Passed | 0 | - | May 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR | E-Learning Course | Apr 18, 2025 | Apr 18, 2025 | 0.2 | 2.00 | Passed | 90 | 80 | Apr 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Apr 16, 2025 | Apr 19, 2025 | 0.1 | 1.00 | Passed | 90 | - | Apr 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Arizona Commercial Driver License Manual | E-Learning Course | - | - | 0 | 6.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Apr 12, 2025 | Apr 12, 2025 | 0.1 | 1.00 | Passed | 100 | - | Apr 12, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Spanish Skills | E-Learning Course | Apr 6, 2025 | Apr 6, 2025 | 0.1 | 1.00 | Passed | 90 | - | Apr 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Apr 13, 2025 | Apr 16, 2025 | 0.05 | 0.50 | Passed | 80 | - | Apr 16, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | - | - | 0.2 | 2.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Exploration | E-Learning Course | Apr 18, 2025 | Apr 18, 2025 | 0.08 | 0.75 | Passed | 100 | - | Apr 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | May 11, 2025 | Jun 3, 2025 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Apr 13, 2025 | Apr 18, 2025 | 0.1 | 1.00 | Passed | 100 | - | Apr 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 1: Disaster Preparedness | E-Learning Course | Apr 28, 2025 | Apr 28, 2025 | 0.1 | 1.00 | Passed | 90 | - | Apr 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 2: Organization | E-Learning Course | May 4, 2025 | May 4, 2025 | 0.08 | 0.75 | Passed | 86 | - | May 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 3 and 4: Disaster Medical Operations | E-Learning Course | May 4, 2025 | May 9, 2025 | 0.15 | 1.50 | Passed | 89 | - | May 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 5: Disaster Psychology | E-Learning Course | Jun 1, 2025 | Jun 1, 2025 | 0.08 | 0.75 | Passed | 80 | - | Jun 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 6: Fire Safety and Utility Controls | E-Learning Course | Jun 5, 2025 | Jun 5, 2025 | 0.1 | 1.00 | Passed | 83 | - | Jun 5, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 7: Light Search & Rescue Operations | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | - | - | 0.15 | 1.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contentious Relationships | E-Learning Course | Apr 8, 2025 | May 31, 2025 | 0.15 | 1.50 | Passed | 100 | - | May 31, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Personal Creativity | E-Learning Course | - | - | 0.13 | 1.34 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| ECS11_Thickening Agents | E-Learning Course | Sep 24, 2025 | Sep 24, 2025 | 0 | 0.00 | Passed | 75 | 70 | Sep 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| ECS16_The Creaming Method | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| ECS17_The Foaming Method | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| ECS23_Cooking Methods | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Emergency First Aid | E-Learning Course | May 2, 2025 | May 2, 2025 | 0.1 | 1.00 | Passed | 100 | - | May 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 33 - A Message for the Incarcerated | E-Learning Course | Jun 19, 2025 | Jun 19, 2025 | 0 | 0.50 | In Progress | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | Apr 30, 2025 | May 1, 2025 | 0.1 | 1.00 | Passed | 0 | - | May 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | May 9, 2025 | May 9, 2025 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 01: Tools | E-Learning Course | May 31, 2025 | Jun 1, 2025 | 0.1 | 1.00 | Passed | 90 | - | Jun 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Happiness: The Ladder Up | E-Learning Course | - | - | 0 | 11.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Happiness: The Ladder Up Book | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Invitation to Accept Christ | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Search and Networking | E-Learning Course | - | - | 0.15 | 1.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 01: God is Good | The Good Creation Video | E-Learning Course | Apr 8, 2025 | Apr 8, 2025 | * | * | Passed | 90 | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 02: God is Good | The Fall From Good Video | E-Learning Course | Apr 28, 2025 | Apr 28, 2025 | * | * | Passed | 80 | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 03: God is Good | The Rescue Video | E-Learning Course | May 4, 2025 | May 4, 2025 | * | * | Passed | 90 | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 04: God is Good | The Good Relationship Video | E-Learning Course | May 4, 2025 | May 9, 2025 | * | * | In Progress | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 05: God is Good | Why God Allows Evil and Suffering Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 06: God Is Mercy | Mercy Defined Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 07: God Is Mercy | Old Testament Mercy Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 08: God Is Mercy | Nations and Individuals Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lesson 09: God Is Mercy \| New Testament Mercy Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 10: God Is Mercy \| Kinds of Mercy Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 11: God Is Love \| Love comes from God Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 12: God Is Love \| God has Feelings and Emotions Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 13: God Is Love \| God Sends His Love Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 14: God Is Love \| The Cross Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 15: God Is Love \| Union with God Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 16: God Is Sovereign \| Ruler of All Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 17: God Is Sovereign \| God Wants to be Known Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 18: God Is Sovereign \| Blessing and Judgment Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 19: God Is Sovereign \| Responsibility for Thoughts and Actions Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 20: God Is Sovereign \| God is Always Right Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 21: God Is Holy \| Set Apart Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 22: God Is Holy \| Friends with the Holy Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 23: God Is Holy \| God's Holy Presence Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 24: God Is Holy \| Holy Jesus Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Lesson 25: God Is Holy \| Holy Heart Video | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Letters from the Lubavitcher Rebbe on Joy: Extra Reading 2 | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| MANdentity: Healing the Wounded Man | E-Learning Course | Mar 23, 2025 | Apr 6, 2025 | 0 | 6.70 | Complete | 0 | - | Apr 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Mental Health in Recovery | E-Learning Course | Jun 8, 2025 | Jun 8, 2025 | 0 | 0.50 | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 11 | E-Learning Course | Dec 20, 2025 | Feb 4, 2026 | 0 | 0.00 | Failed | 57 | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Self-Acceptance | E-Learning Course | - | - | 0 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U | E-Learning Course | May 9, 2025 | Jun 19, 2025 | 0 | 6.00 | In Progress | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Additional Things to Know | E-Learning Course | May 11, 2025 | May 27, 2025 | * | * | In Progress | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Starter U: Closing | E-Learning Course | May 11, 2025 | May 31, 2025 | * | * | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Getting Your Business Off The Ground | E-Learning Course | May 9, 2025 | May 16, 2025 | * | * | Passed | 87 | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Growing Your Business | E-Learning Course | May 9, 2025 | Jun 19, 2025 | * | * | In Progress | 67 | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Introduction | E-Learning Course | May 9, 2025 | May 9, 2025 | * | * | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starting Over | E-Learning Course | Mar 16, 2025 | Apr 1, 2025 | 0 | 5.70 | Complete | 0 | - | Apr 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starting Over: Introduction and Welcome (Starting Over) | E-Learning Course | Mar 16, 2025 | Mar 18, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Successful Reentry and Reintegration | E-Learning Course | - | - | 0.18 | 1.75 | Not Attempted | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Suicide Prevention | E-Learning Course | Apr 26, 2025 | Apr 27, 2025 | 0.13 | 1.25 | Passed | 85 | - | Apr 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Suicide Prevention | E-Learning Course | Jun 8, 2025 | Jun 8, 2025 | 0.13 | 1.25 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #01: Building Blocks 1 & 2 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #02: Building Blocks 3 & 4 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #03: Building Blocks 5 & 6 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #04: Building Blocks 7 & 8 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #05: Life Secrets - Chapters 1 & 2 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #06: Life Secrets - Chapter 3 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #07: Life Secrets - Chapters 4 & 5 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #09: Secrets of the Festivals - Chapters 4 & 5 | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Test #10 Secrets of the Festivals - Chapters 7 - 8 & Epilogue | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 01 - Table of Contents, Introduction & Genesis / Roots | E-Learning Course | Apr 6, 2025 | Apr 6, 2025 | 0 | 1.00 | Passed | 83 | 70 | Apr 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 01 - Table of Contents, Introduction & Genesis / Roots | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 02 - Genesis / A Good Man Is Hard To Find | E-Learning Course | Apr 8, 2025 | Apr 8, 2025 | 0 | 0.50 | Passed | 90 | 70 | Apr 8, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 03 - Genesis / Getting Away From It All | E-Learning Course | Apr 8, 2025 | Apr 8, 2025 | 0 | 1.00 | Passed | 85 | 70 | Apr 8, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 04 - Genesis / Little Children-Little Problems | E-Learning Course | Apr 8, 2025 | Apr 8, 2025 | 0 | 0.50 | Passed | 73 | 70 | Apr 8, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 05 - Genesis / Think You've Got Trouble | E-Learning Course | Apr 9, 2025 | Apr 9, 2025 | 0 | 0.75 | Passed | 73 | 70 | Apr 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type ofEvent | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Bible For The Clueless But Curious - Section 06 - Exodus / The Birth Of A Nation | E-Learning Course | Apr 10, 2025 | Apr 10, 2025 | 0 | 0.75 | Passed | 80 | 70 | Apr 10, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 07 - Exodus / Let's Get The Heck Out Of Here | E-Learning Course | Apr 10, 2025 | Apr 11, 2025 | 0 | 0.75 | Passed | 83 | 70 | Apr 11, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 08 - Exodus / Let's Get Technical | E-Learning Course | Apr 11, 2025 | Apr 13, 2025 | 0 | 0.75 | Passed | 87 | 70 | Apr 13, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 09 - Leviticus / Feed And Care For Your Soul | E-Learning Course | Apr 13, 2025 | Apr 14, 2025 | 0 | 0.75 | Passed | 75 | 70 | Apr 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 10 - Numbers / Journeying To The Promised Land | E-Learning Course | Apr 15, 2025 | Apr 18, 2025 | 0 | 1.00 | Passed | 75 | 70 | Apr 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 11 - Deuteronomy / A Few Words Before We Part | E-Learning Course | Apr 24, 2025 | Apr 25, 2025 | 0 | 2.00 | In Progress | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Chassidic Approach to Joy: Extra Reading | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| ViaPath Career Readiness | Learning Path | - | - | - | - | In Progress | - | - | No | - | - |
| Wellness Programs | E-Learning Course | Apr 27, 2025 | Apr 27, 2025 | 0.03 | 0.25 | Passed | 80 | - | Apr 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Who Is God? (Videos) | E-Learning Course | Apr 8, 2025 | May 9, 2025 | 0 | 7.50 | In Progress | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |